1  SHERYL L. BRATTON, COUNTY COUNSEL
     (State Bar No. 144209)
2  SHERRI S. KAISER, CHIEF DEPUTY
     (State Bar No. 197986)
3  sherri.kaiser@countyofnapa.org
   JASON M. DOOLEY, DEPUTY
4    (State Bar No. 258570)
   jason.dooley@countyofnapa.org
5  COUNTY OF NAPA
   1195 THIRD STREET, SUITE 301
6  NAPA, CA 94559
    (707) 253-4521
7
   Attorneys for Defendant Napa County
8  SPECIALLY APPEARING

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

| HOOPES VINEYARD LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; SUMMIT LAKE VINEYARDS & WINERY LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND COOK'S FLAT ASSOCIATES A CALIFORNIA LIMITED PARTNERSHIP, A CALIFORNIA LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF NAPA,<br><br>Defendant, | Case No.  3:24-cv-06256<br><br>**STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING**<br><br>Complaint Filed:     September 5, 2024<br>Complaint Served:  September 19, 2024 |
|---|---|

Pursuant to Northern District of California Civil Local Rule 6-1(a), the parties, by and through their counsel, hereby stipulate that Defendant Napa County shall have through October 17, 2024, to file a timely response to Plaintiffs' complaint.

//

//

IT IS SO STIPULATED:

Date: October 7, 2024		By:	     /s/ Jason M. Dooley
						Jason M. Dooley, Deputy
						Napa County Counsel
						Attorneys for Defendant Napa County
						SPECIALLY APPEARING


Date: October 7, 2024		By:	     /s/ Eugene M. Pak
						Eugene M. Pak
						FENNEMORE WENDEL
						Attorneys for Plaintiffs Hoopes Vineyard LLC, Summit
						Lake Vineyard & Winery LLC, and Cook's Flat Associates