SHERYL L. BRATTON, COUNTY COUNSEL
  (State Bar No. 144209)
SHERRI S. KAISER
  (State Bar No. 197986)
sherri.kaiser@countyofnapa.org
JASON M. DOOLEY, DEPUTY
  (State Bar No. 258570)
jason.dooley@countyofnapa.org
NAOPA COUNTY COUNSEL'S OFFICE
1195 THIRD STREET, SUITE 301
NAPA, CA 94559
(707) 253-4521

Attorneys for Defendant Napa County

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPES VINEYARD LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; SUMMIT LAKE VINEYARDS & WINERY LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; and COOK'S FLAT ASSOCIATES, A CALIFORNIA LIMITED PARTNERSHIP,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF NAPA,<br><br>    Defendant. | Case No.   3:24-cv-06256 CRB<br><br>[~~PROPOSED~~] ORDER CHANGING TIME AND GRANTING LEAVE TO EXCEED PAGE LIMIT |

Good cause appearing, the deadline for Defendant Napa County to file a response to the complaint in this matter is hereby changed to November 15, 2024. The County is also granted leave to file an opening brief in support of its anticipated motion to dismiss that is no more than 25 pages in length, exclusive of the title page, index of cases, table of contents, exhibits, affidavits and summary of argument.

IT IS SO ORDERED.

Dated:  October 11, 2024

By: _____
Honorable Charles R. Breyer

[~~PROPOSED~~] ORDER CHANGING TIME AND GRANTING LEAVE TO EXCEED PAGE LIMIT

1