1  Q. Scott Kaye (Bar No. 206916)
   kaye@millercanfield.com
2  Joseph M. Infante (pro hac admission pending)
   infante@millercanfield.com
3  Stephen M. Ragatzki (pro hac admission pending)
   ragatzki@millercanfield.com
4  **MILLER, CANFIELD, PADDOCK AND STONE, PLC**
   99 Monroe Avenue NW, Suite 1200
5  Grand Rapids, MI 49503
   Tel: (616) 776-6333 / Fax: (616) 776-6322
6
   Eugene M. Pak (Bar No. 168699)
7  epak@fennemorelaw.com
   Angela Han (Bar No. 317137)
8  ahan@fennemorelaw.com
   **FENNEMORE LLP**
9  1111 Broadway, 24th Floor
   Oakland, California 94607
10 Tel: (510) 834-6600 / Fax: (510) 834-1928

11 Attorneys for Plaintiffs Hoopes Vineyard LLC,
   Summit Lake Vineyard, and Cook's Flat Associates a
12 California Limited Partnership

13                   UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15

16 HOOPES VINEYARD LLC, a California          Case No. 3:24-cv-06256-CRB
   limited liability company;
17 SUMMIT LAKE VINEYARDS & WINERY             **NOTICE OF CHANGE OF FIRM**
   LLC, a California limited liability company; **NAME**
18 and COOK'S FLAT ASSOCIATES A
   CALIFORNIA LIMITED PARTNERSHIP, a
19 California limited partnership,

20                    Plaintiffs,

21 v.

22 COUNTY OF NAPA,

23                    Defendant.

24

25

26

27

28

1

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

2

PLEASE TAKE NOTICE THAT effective immediately the law firm FENNEMORE

3

WENDEL has changed its name to FENNEMORE LLP.  All contact information, including the

4

office address, telephone and facsimile numbers, and email addresses, remain the same.

5

6

7

Dated: January 3, 2025                                        FENNEMORE LLP

8

By: _/s/ Eugene M. Pak_____

9

Eugene M. Pak
Attorneys for Plaintiffs

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE OF FIRM NAME                                   CASE NO. 3:24-CV-06256-CRB
50916567.1/071517.0001