UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HOOPES VINEYARD, LLC, a California limited liability company; et al., | No. 25-2715 |
| Plaintiffs - Appellants, | D.C. No. 3:24-cv-06256-CRB |
| v. | Northern District of California, San Francisco |
| COUNTY OF NAPA, | MANDATE |
| Defendant - Appellee. | |

| | |
|---|---|
| HOOPES VINEYARD, LLC; et al., | No. 25-3903 |
| Plaintiffs - Appellants, | D.C. No. 3:24-cv-06256-CRB |
| v. | Northern District of California, San Francisco |
| COUNTY OF NAPA, | |
| Defendant - Appellee. | |

The judgment of this Court, entered April 13, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT