SHERYL L. BRATTON, County Counsel (SBN 144209)
JASON M. DOOLEY, Chief Deputy (SBN 258570)
jason.dooley@countyofnapa.org
OFFICE OF THE NAPA COUNTY COUNSEL
1195 Third Street, Suite 301
Napa, California 94559
Telephone:   (707) 254-4521
Facsimile:    (707) 259-8220


ARTHUR A. HARTINGER (SBN 121521)
ahartinger@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
JAKE FREITAS (SBN 341837)
jfreitas@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile:  (415) 848-7230

Attorneys for Defendant
COUNTY OF NAPA

RENNE PUBLIC LAW GROUP
Attorneys at Law

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPES VINEYARD LLC, a California limited liability company; SUMMIT LAKE VINEYARDS & WINERY LLC, a California limited liability company; and COOK'S FLAT ASSOCIATES A CALIFORNIA LIMITED PARTNERSHIP, a California limited partnership,<br><br>                  Plaintiffs,<br><br>v.<br><br>COUNTY OF NAPA,<br><br>                  Defendant. | Case No. 3:24-cv-06256-CRB<br><br>[~~PROPOSED~~] ORDER CHANGING TIME<br><br>Action Filed:  September 5, 2024 |

Good cause appearing, the deadline for Defendant Napa County to file a response to Plaintiffs' amended complaints in this matter is hereby stayed until further order of the Court following the forthcoming status conference, at which the parties and the Court will discuss proceedings on remand following the issuance of the mandate by the U.S. Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED

Dated: June 23, 2026

_____

Honorable Charles R. Breyer

RENNE PUBLIC LAW GROUP
Attorneys at Law

-1-

[PROPOSED] ORDER CHANGING TIME                                Case No. 3:24-cv-06256-CRB