# Exhibit 2

ENDORSED
Filed MAR 11 1980
FLORENCE W. CUNLIY
BY KAREN ROBINSON
Deputy Clerk

RESOLUTION NO. 80-21

RESOLUTION OF THE BOARD OF SUPERVISORS OF THE THE COUNTY OF NAPA, STATE OF CALIFORNIA, ESTABLISHING DESIGN CRITERIA FOR "SMALL WINERY" USE PERMIT EXEMPTIONS.

WHEREAS, the Board of Supervisors has adopted Ordinance No. 629 exempting small wineries from use permits in the Agricultural Preserve (AP) District and the Agricultural Watershed (AW) District; and

WHEREAS, the controls established by the use permit procedure will not be applicable to those small wineries meeting the conditions of exemption; and

WHEREAS, the Board desires to ensure that, while small wineries are encouraged, their development be orderly and compatible with existing uses and structures.

NOW, THEREFORE, BE IT RESOLVED by the Board of Supervisors of the County of Napa, State of California, that all wineries requesting exemption from the use permit procedure under the small wineries exemption set forth in Ordinance No. 629 shall conform to the following design criteria:

1. Fire Protection.
   a. In all designated high fire risk areas, a clear zone of 100 feet around each building shall be established and maintained to the satisfaction of the State Department of Forestry.
   b. Adequate year-around access shall be provided to each building for fire department equipment.
   c. Fire resistant construction materials shall be used for all buildings in a designated high fire risk area.

2. Access Roads.
   a. Access road requirements (right-of-way and improvements) shall be as follows:

(1) Access road requirements for a small winery, when the winery is the only facility other than related residential structures served by the access road, shall be the same as for a single-family residence built on the same parcel under the same conditions except for Item a(3).

(2) Access road requirements for a small winery, when the winery is one of two or more uses, or is located on one of two or more parcels, served by the same access road, shall be determined by the County Public Works Department.

(3) A 16-foot wide entrance way with 20-foot radius returns shall be provided within the first 30 feet back from the intersection of the winery access road and edge of the pavement of any public road.

b. Small wineries requiring access by means of the following roadways shall not be eligible for use permit exemption.

(1) State Highway Route 29 between Yountville and St. Helena (Lodi Lane) and all dead-end roads extending from that section of highway;

(2) State Highway 121 west of the City of Napa;

(3) American Canyon Road west of Flosden Road;

(4) Flosden Road.

3. Parking.

At least one parking space per employee, plus one guest parking space shall be provided.

4. Setbacks and Density.

a. The winery shall be so located on the site so as to provide adequate setbacks compatible with the surrounding land uses. The setback shall include a 400-foot front yard setback measured from the center line of Silverado Trail and all state highways and 200-foot front yard setback on all other public roads measured from the center line.

b. The minimum road frontage separation between wineries located within 1,000 feet of any state highway, Stanley Lane, Silverado Trail, arterial county road or collector roads as defined in Napa County Ordinance No. 511 shall be not less than 2,000 feet.

c. A minimum separation shall be maintained between a winery and residential buildings on adjoining parcels of at least 500 feet.

5. Building Site.

a. All construction-related ground disturbance activities are to be restricted to the dry season (April 15th to October 15th) unless the applicant shall provide for the collection and discharge of all runoff from the areas distrubed by construction with properly maintained debris catch basins.

b. Erosion control measures to discharge all the concentrated runoff produced at non-erosive velocities shall be installed.

c. All areas disturbed by winery construction including the cuts and fills along the access road required and around the sewage system shall be reseeded with a grass mixture acceptable to the Napa County Resource Conservation District. Said reseeding shall be done prior to the first winter rains after facility construction.

d. Within the 100-year flood plain as shown on maps designated "FIRM" on file in the office of the Department of Public Works, all winery structures shall be flood-proofed to one foot above the 100-year flood plain in such a manner as to protect against substantial damage.

e. Any ground disturbance or vegetation removal is prohibited within fifty (50) feet of the top of the bank of the ordinary high water channel of any river or stream not covered by the County's Flood Plain Management Ordinance (Ordinance No. 627).

6. Construction Standards.

a. A winery in a recognized historic structure shall comply with all of the U. S. Secretary of Interior's "Standards for

Rehabilitation" and associated "Guidelines for Rehabilitating Historic Structures."

b. Wood, stucco, or rock facing shall be installed on any non-historic structure.

c. Shields shall be installed on all outdoor lights installed to direct the illumination downward and away from nearby residences, roads and airport approach paths.

7. Signs.

Signs shall conform to County ordinance requirements for one-site signs.

8. Landscaping.

In order to blend the winery with the agricultural character of the surrounding area, the applicant for a small winery building permit shall submit a landscape plan acceptable to the Conservation, Development and Planning Department showing the following:

a. Plantings to soften the geometric form of the building and blend it with the agricultural character of the surrounding area.

b. Names and locations of plant materials.

c. Location of parking spaces.

d. Plantings to screen parking lots and outdoor work and storage areas from view from surrounding properties and highways.

e. Method of landscaping maintenance.

Final building inspection approval by the County Building Inspection Division shall not be given for any small winery building until such landscaping has been installed. A temporary certificate of occupancy may be granted when landscaping work is delayed because of bad weather.

All required plantings shall be permanently maintained in good condition and, whenever necessary, replaced with new plant material to insure continued compliance with the preceding requirements.

The foregoing resolution was duly and regularly adopted at a regular meeting of said Board of Supervisors of the County of Napa, State of California, held on the 11th day of March, 1980, by the following vote:

AYES: SUPERVISORS MARTZ, NORRISS, MOSKOWITE AND CHAPMAN

NOES: SUPERVISORS NONE

ABSENT: SUPERVISORS TUTEUR

ATTEST:

FLORENCE W. CUNNY, County Clerk

By AGNES DEL ZOMPO
Clerk of the Board

RCL/ss
2-29-80
Rev. 3/4/80