# Exhibit 6

11-7-79

Hamilton's feelings as to implications of considering a small winery as being equivalent to a single-family dwelling, for road improvement purposes.

Hamilton said his perception of the Board's concern was mainly the time involved in going through the use permit process. They wanted to reduce the process. It has not come to him that the Board feels that the improvements should be reduced any more than they have already been reduced.

Hamilton said if it would be of any help he could give some recent examples of Board requirements and the Board's answers to appeals to improvement requirements. Yesterday, said Hamilton, they had an appeal on a road improvement requirement which involved two small wineries which would meet the criteria which is being discussed now - the Miner Winery and Cook's Flat Winery off of Spring Mountain Road. They made a presentation yesterday involving the Barrett Parcel split and the fact his Department had put road improvement requirements on as a condition of that split. Where it involved those small wineries is both of those small wineries had come in on use permits in the past and his department had put road improvement requirements on them all the way from the wineries out to the public road. Those were both 14 ft. road requirements. One of them had a deferred improvement agreement, said Hamilton. Their minimum two way road requirement now is 16 ft. They have recently varied some winery requirements to 11 feet. So, the 14 ft. requirements that came on those wineries were because at that time they had a topography standard that allowed 14 ft. two-way road. Some of those were constructed and looking at those and using those roads, it appeared that 14 ft. is too narrow for a two-way road and too wide for a one-way road. Consequently, their new standards have dropped the 14 ft. and gone to 16 ft. or 11 ft.

On the two wineries he was talking about, one was covered by a deferred improvement agreement (Miner Winery). Public Works gave Miner a Deferred Improvement Agreement on the rest of his road as there were some property splits on the other winery and they felt the two wineries would want to cooperate in construction of the road improvements. Everybody is waiting for somebody else to put improvement requirements in. The Board indicated yesterday that some sort of resolution should be worked out that called for those improvements now, and that they should be put in in cooperation with the improvements for the Barrett parcel split. The Board had indicated that they feel improved roads are necessary to serve wineries.

Hamilton mentioned the Cadman Winery off of Coombsville Road. They had a paved driveway to a residence. They were going to start a winery in a garage of 2500 gallon capacity. At that point Public Works required a 14 ft. paved roadway and that condition was appealed to the Board of Supervisors, saying they already had a 12 ft. paved driveway. The Board denied their appeal. They had to pave another 2 - 3 ft. of driveway in order to afford two-way access to the winery.

Hamilton said about the first time the Board did not require the two-way requirement was for Davies' winery - Schramsberg. They wanted to add an office to an existing winery. Public Works indicated

recommended for approval by the Board of Supervisors, subject to compliance with all requirements of various County departments and agencies.

This motion carried on the following vote:

RECOMMENDED FOR APPROVAL

AYES: Lilleberg, Fershko, Hawkley, Snowden
NOES: None
ABSTAIN: None
ABSENT: Beckstoffer

CODY G. KIRKHAM USE PERMIT REQUEST (#U-27980)

Public Hearing:
CDPC Tape #107980, Track #8

Request to establish a 5,000 gallon/year winery within an existing structure located on a 6.21 acre parcel on the west side of Silverado Trail approximately midway between Crystal Springs Road and Glass Mountain Road within an AP District (Assessor's Parcel #21-380-01).

The Planning Director presented the Department Report and Recommendation.

Recommendation:

Environmental: None required. Categorically exempt.

Planning: Approval with Findings and subject to Conditions of Approval #1, #3, #4, #9, #10, #11

Speakers:

Proponents: Gene Kirkham
3473 Silverado Trail
St. Helena, California

Opponents: None

Other: None

Public hearing opened at 2:50 P.M.

The applicant, Gene Kirkham asked for a waiver of road requirements of the Public Works Department. He would like to make 500 cases of wine in 1980 from grapes grown on the place. They could conceivably make 5,000 gallons in five years. The road which has been recommended by Public Works Department is going to cost between $18,000 to $21,000. This road requirement makes the entire operation unfeasible for them because of the cost. He felt this requirement was not necessary in his particular case. The grapes come in by truck. The only employees that he will have will be four or five people for three or four days during the crush and bottling. He showed the location of the property itself, tractor shed, vineyard, gates, dirt road around the vineyard, turn-around space for the tractor, garage (on a map he provided and put on the wall). He said they now take the grapes out to the highway and to a winery where they sell them. The proposal is now to bring them back to the garage and make wine out of them. He does not want tours or tasting or sales of wine on the premises. You cannot call it a winery. It is a home operation. They would like to apply for a license to sell some of it.

Kirkham asked that the road requirements be waived or deferred for a number of years until they see if this project will work out for them.

Fershko said this brought up one of his favorite peeves. He realized public Works does not have the authority to vary from their standards, but in the past the Commission has given variances. He would support Kirkham's request to delete road requirements.

Ernest Cabral of Public Works said the standard for a single family residence is 16' and if you created a parcel such as a land division you could be required to improve the road 16' wide.

//.

Applicant has a home and existing road and the fact that he is now required to make additional improvements is because of the need. County is involved in allowing him to use this as a winery, and because of the emergency access, etc. Cabral said he had not seen the property himself. Dicussion followed on location of the road and the requirements.

Fershko said Public Works has made recommendation that he be required to have his road on a different location. Kirkham showed the access to the tractor shed, saying the road is deer fenced on either side. He showed the location of the nearest home. Fershko felt there had to be a way to defer this requirement until such time as necessary. Public Works said they allow three years grace period for just starting a vineyard. Possible alternatives of deferred agreement were discussed, as well as the new Ordinance and grandfather clause. Kirkham said in three years time he would know how this project was going, whether they are still in business.

Fershko said he would prefer that the road requirements be deferred for three years and then have the Commission consider it. Hickey said the standard deferment is that he be required to make that improvement in three years time. Hickey said if you look at the design criteria for small wineries, they are not recommending exemptions for road requirements. Hickey said Fershko was talking about waiving the requirement, not deferring the requirement. Fershko said could they do away with this requirement and give the applicant a three year use permit? Whether or not filing fee could be waived and whether after three years applicant would have to reapply was discussed.

Public hearing closed.

The applicant said the idea of a use permit which expires in three years and then requires him to reapply does not appeal to him. Fershko replied the small winery ordinance will probably be in effect then. Fershko asked if they waived the road requirements for this winery and then passed a small winery ordinance that requires certain mandated improvements, applicant's winery would be exceptional! The applicant agreed to deferred improvement agreement that cannot be called sooner than three years.

Action:

MOTION BY FERSHKO, SECONDED BY LILLEBERG

approval, subject to conditions required by County departments and agencies, with the exception that the road requirement will be made subject to deferred improvement agreement that cannot be called sooner than three years from today's date.

This motion carried on the following vote:

APPROVED

AYES: Lilleberg, Fershko, Hawkley, Snowden
NOES: None
ABSTAIN: None
ABSENT: Beckstoffer

PACIFIC GAS & ELECTRIC COMPANY USE PERMIT REQUEST (#417879)

Public Hearing:
CDPC Tape #107980, Track #9

Request to construct a 115 KV to 21 KV substation and 115 KV transmission switching station with related transmission taps and distribution feeders located on a 33.8 acre parcel southwest of Howell Mountain Road approximately 1,000 feet north of Silverado Trail within an AW District. (Assessor's Parcel #25-130-05).

The Planning Director presented the Department Report and Recommendation.

Recommendation: Environmental: Issue a Negative Declaration.