# Exhibit 7

A Tradition of Stewardship
A Commitment to Service

**Planning, Building & Environmental Services**

1195 Third Street, Suite 210
Napa, CA 94559
www.countyofnapa.org

**David Morrison**
Director

# MEMORANDUM

| | | | |
|---|---|---|---|
| To: | Sean Trippi, Planning | From: | Daniel Hornett, Engineering |
| Date: | May 12, 2021 | Re: | Summit Lake Winery<br>2000 Summit Lake Dr, Napa CA<br>P19-00160 APN: 018-200-021-000 |

The Engineering Division has reviewed the submittal package for the above proposed project, generally requesting the following:

*Recognize visitation, tours and tasting, marketing, and site improvements.*

After careful review of the submittal package, the Engineering Division has determined that several items were either missing or not sufficiently detailed. The comments listed below outline the outstanding issues or additional information that we need to complete our review of the application:

1. The cumulative traffic demand along the roadway is greater than forty (40) Average Daily Traffic (ADT) and, therefore, the project triggers the scope and application of the 2021 Napa County Road and Street Standards (RSS). Please provide driveway plans to the nearest public road to bring the roadway serving the winery into compliance with the RSS requirements for a commercial driveway.
2. Please identify ADA parking stall(s) and accessible paths of travel.
3. Please identify where tours and tastings will be located.
   - Identify the approved occupancy of each structure proposed for hospitality uses.

**Other Information as Required**

- Please be advised that once we receive the above information, issues may arise requiring further submittal items that have not yet been identified or specified above.

If you have any questions or need additional information, please contact Daniel Hornett at (707) 299-1358 or daniel.hornett@countyofnapa.org