# Exhibit 8

**From:** Ryan, Patrick C.
**Sent:** Friday, June 4, 2021 9:57 AM PDT
**To:** Kirsty Shelton; Bordona, Brian; Brian Brakesman; H Griffin; Morrison, David; Hornett, Daniel
**CC:** Kay Philippakis; Mike Muelrath; Rachel Lenihan; Dooley, Jason
**Subject:** RE: Summit Lake Winery Small Winery Exemption

I can be available Thursday June 10th at 10am.

Based on my understanding of the application Summit Lake Winery is requesting an intensification of the existing wineries entitled tours and tastings. Although, the requested/recognition in intensification may allow the application to be processed through the zoning administer per NCC 18.10.020, the applicability of the 2021 Napa County Road and Street Standards is dependent on the cumulative average daily traffic volumes for the private road that serves the facility. The private portion of Summit Lake Drive as it traverses to the Summit Lake Winery Parcel serves over a dozen parcels including multiple wineries. Due to the total or cumulative ADT for all uses served by the private drive the Napa County Road and Street Standards would be applicable.

I am happy to discuss further next week when all parties have provided a date and time they are available.

**Patrick C. Ryan**
Engineering Manager

A Tradition of Stewardship
A Commitment to Service

County of Napa | Engineering Division
Planning, Building & Environmental Services Department
1195 Third Street, 2nd Floor | Napa | CA | 94559
**ph:** (707) 253.4892 | **fax:** (707) 299.4049
: Patrick.Ryan@countyofnapa.org

Please consider your responsibility to the environment before printing this e-mail.

CONFIDENTIALITY NOTICE: This email message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient of the message, please contact the sender immediately and delete this message and any attachments. Thank you.

**From:** Kirsty Shelton <ks@palisadeslanduse.com>
**Sent:** Thursday, June 3, 2021 5:30 PM
**To:** Bordona, Brian <Brian.Bordona@countyofnapa.org>; Brian Brakesman <brakesman8@gmail.com>; H Griffin <hgriffin@summitlakevineyards.com>; Morrison, David <David.Morrison@countyofnapa.org>; Ryan, Patrick C. <Patrick.Ryan@countyofnapa.org>; Hornett, Daniel <daniel.hornett@countyofnapa.org>
**Cc:** Kay Philippakis <kp@fbm.com>; Mike Muelrath <mike@appliedcivil.com>; Rachel Lenihan <rl@palisadeslanduse.com>
**Subject:** Summit Lake Winery Small Winery Exemption

[External Email - Use Caution]

Hello All,

Thank you for taking the time to connect with us about this application. We would like to set up a time to discuss a solution in the spirit of the intention of the Small Winery Exemption Ordinance, attached. Also attached are the comments we received back from the County, mainly we think the engineering comment about the legal nexus to require an existing small winery's request to come under use permit with no physical change nor any increase to the intensity or density to be required to improve the approximate one mile easement to current standards should be re-evaluated.

I suggest next **Thursday June 10th at 10am**. Please suggest another time that day if that is not conducive for your schedule.

We look forward to hearing from you.

Best,
Kirsty

--
Kindly,
Kirsty

Kirsty L. Shelton
Principal Land Use Planner
Palisades Land Use

office: 707.692.6636
mobile: 707.265.6510

--
Kindly,
Kirsty

Kirsty L. Shelton
Principal Land Use Planner
Palisades Land Use

office: 707.692.6636
mobile: 707.265.6510

| | |
|---|---|
| **From:** | Kirsty Shelton |
| **Sent:** | Friday, June 4, 2021 1:12 PM PDT |
| **To:** | Ryan, Patrick C. |
| **CC:** | Bordona, Brian; Brian Brakesman; Dooley, Jason; H Griffin; Hornett, Daniel; Kay Philippakis; Mike Muelrath; Morrison, David; Rachel Lenihan |
| **Subject:** | Re: Summit Lake Winery Small Winery Exemption |

[External Email - Use Caution]

Hi Patrick, thank you for your response and confirming your availability, I will send a calendar invite out shortly. In regards to this application, that is the issue - it is an existing small winery with a certificate of exemption with zero increase to intensity or density. It is treated similar to a certificate of legal non-conformity, the only action is going from a “certificate” to a “use permit” . With that said, this application doesn’t include one new car on the road to trigger the nexus to require improvement of a mile and a half of a shared road.

Please review the recitals of the attached resolution, it is clear that the board wanted the small winery exemptions to come in to compliance under use permit to be treated as if they were an existing legal use.

In this particular case we lovingly call it the “keep on keep oning” application as there is no request for any construction or any new change, the multiple applications over the past three years clearly describe that. In fact this family winery was the poster child for the drafting of this ordinance so if staff is bound to this interpretation of the code I would like our conversation next week to be discussing going back to the board for clarification if you think that would be helpful so that you can have clear direction on the interpretation.

Feel free to give me a call if you want to bounce ideas around so that we can both noodle on it before our call next week.

Thanks again, we very much appreciate your time and attention to this,

Kirsty

(707) 265-6510

On Fri, Jun 4, 2021 at 9:57 AM Ryan, Patrick C. <Patrick.Ryan@countyofnapa.org> wrote:

I can be available Thursday June 10th at 10am.

Based on my understanding of the application Summit Lake Winery is requesting an intensification of the existing wineries entitled tours and tastings. Although,

the requested/recognition in intensification may allow the application to be processed through the zoning administer per NCC 18.10.020, the applicability of the 2021 Napa County Road and Street Standards is dependent on the cumulative average daily traffic

volumes for the private road that serves the facility. The private portion of Summit Lake Drive as it traverses to the Summit Lake Winery Parcel serves over a dozen parcels including multiple wineries. Due to the total or cumulative ADT for all uses served

by the private drive the Napa County Road and Street Standards would be applicable.

I am happy to discuss further next week when all parties have provided a date and time they are available.

**Patrick C. Ryan**

Engineering Manager