# Exhibit 9

| | |
|---|---|
| **From:** | Bordona, Brian |
| **Sent:** | Tuesday, April 5, 2022 9:58 AM PDT |
| **To:** | hgriffin@summitlakevineyards.com |
| **CC:** | Giudice, David; Trippi, Sean; Hornett, Daniel; Ryan, Patrick C.; Robinson-Webb, Akenya; Philippakis, Katherine; Anderson, Laura |
| **Subject:** | RE: Use Permit Compliance Program - P19-00160 |

Hi Heather

While several topics were discussed during our meeting on January 31, the most significant in terms of barriers to proceeding with your application was the ongoing need to meet the County's Road and Street Standards (NCRSS) and the State's Fire Safe Regulations.

During the meeting, we discussed the desire and intent on your part to request the County amend the NCRSS to eliminate the requirements triggering the required road improvements. We then explained the standards requiring the road improvements are dictated by the State (rooted in the State's minimum Fire Safe Regulations) and placed upon County's to implement as part of our NCRSS. In February, preliminary code amendments were provided to the County and subsequently reviewed by County Counsel and PBES. A few weeks ago, I informed Kay Philippakis that we could not amend the ordinance for the reasons mentioned above (and during our 1/31 meeting).

As such, the road improvements triggered by your Use Permit request remain a requirement in order for PBES to support your project. Please provide plans and details illustrating that the access drive (from the nearest public access road to the winery) and parking areas comply with the latest edition of the NCRSS, or provide a request for an exception to the Standards pursuant to Section 3 of the NCRSS. Access submittal information shall provide enough detail and information to demonstrate compliance with all minimum design criteria of the NCRSS or provide sufficient information to demonstrate the exception request provides the same overall practical effect of the NCRSS.

Here's a link to the County's 2021 Road and Street Standards where you can review the requirements and details related to the Exception process:

Napa County Road & Street Standards (countyofnapa.org)

The application for a Road Exception can be found here:

Microsoft Word - ENG_2017_Road Exception Procedure.docx (countyofnapa.org)

At your earliest convenience, please confirm your intent to comply with the NCRSS, which is necessary to enable the County to proceed with the review and processing of your Use Permit Application.

Brian

---

**From:** Heather Griffin <hgriffin@summitlakevineyards.com>
**Sent:** Wednesday, March 23, 2022 11:02 AM
**To:** Robinson-Webb, Akenya <Akenya.Robinson-Webb@countyofnapa.org>

**Cc:** Philippakis, Katherine <KPhilippakis@fbm.com>; Kirsty Shelton <ks@palisadeslanduse.com>; Giudice, David <David.Giudice@countyofnapa.org>; Trippi, Sean <Sean.Trippi@countyofnapa.org>; Bordona, Brian <Brian.Bordona@countyofnapa.org>; Ryan, Patrick C. <Patrick.Ryan@countyofnapa.org>
**Subject:** Re: Use Permit Compliance Program - P19-00160

[External Email - Use Caution]

Good morning Akenya
thank you for the follow up email. I had sent the elevation photos to Sean as requested (on Feb 17 and emailed again on March 16th) and have not heard back. I know how busy everyone is at the county! I believe we left it with all of the county folks having an internal discussion and then getting back to us? Maybe I misunderstood where we left the meeting?
We would of course like to get this resolved. Let me know where to go from here. Happy to schedule another Zoom meeting or whatever is needed to follow up
Thank you and I look forward to hearing from you.
Heather

On Tue, Mar 22, 2022 at 4:55 PM Robinson-Webb, Akenya <Akenya.Robinson-Webb@countyofnapa.org> wrote:

Good afternoon Kirsty, Katherine, and Heather,

Thank you for meeting with County staff to discuss Use Permit P19-00160. Can you please provide an update on your status and plans to proceed?

Thank you,

**Akenya Robinson-Webb**
Code Compliance Supervisor
County of Napa | Code Compliance Division
Planning, Building & Environmental Services Department
1195 Third Street, 2nd Floor | Napa, CA 94559
☎**ph:** (707) 253.4336 | 🖷**fax:** (707) 265.4248
Akenya.Robinson-Webb@countyofnapa.org

A Tradition of Stewardship
A Commitment to Service

CONFIDENTIALITY NOTICE: This email message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient of the message, please contact the sender immediately and delete this message and any attachments. Thank you.

"The wind may blow, the storm may come, but the sun will always follow. Never stop growing. "

---

**From:** Robinson-Webb, Akenya
**Sent:** Wednesday, January 19, 2022 12:08 PM
**To:** Philippakis, Katherine <KPhilippakis@fbm.com>; Kirsty Shelton <ks@palisadeslanduse.com>; Heather Griffin <hgriffin@summitlakevineyards.com>
**Cc:** Giudice, David <David.Giudice@countyofnapa.org>; Trippi, Sean <Sean.Trippi@countyofnapa.org>; Bordona, Brian <Brian.Bordona@countyofnapa.org>
**Subject:** RE: Use Permit Compliance Program - P19-00160

Great!

The link to the meeting is below. Please let us know if you need to cancel or reschedule. I'll see you January 31st at 2pm.

Akenya Robinson-Webb is inviting you to a scheduled Zoom meeting.

Topic: Summit Lake
Time: Jan 31, 2022 02:00 PM Pacific Time (US and Canada)

Join Zoom Meeting
https://countyofnapa.zoom.us/j/88516714578

Meeting ID: 885 1671 4578
One tap mobile
+16699006833,,88516714578# US (San Jose)
+12532158782,,88516714578# US (Tacoma)

Dial by your location
+1 669 900 6833 US (San Jose)
+1 253 215 8782 US (Tacoma)
+1 346 248 7799 US (Houston)
+1 301 715 8592 US (Washington DC)
+1 312 626 6799 US (Chicago)
+1 929 436 2866 US (New York)
Meeting ID: 885 1671 4578
Find your local number: https://countyofnapa.zoom.us/u/kdWOeryojM

Best,

Akenya

---

**From:** Philippakis, Katherine <KPhilippakis@fbm.com>
**Sent:** Wednesday, January 19, 2022 10:08 AM
**To:** Robinson-Webb, Akenya <Akenya.Robinson-Webb@countyofnapa.org>; Kirsty Shelton <ks@palisadeslanduse.com>; Heather Griffin <hgriffin@summitlakevineyards.com>
**Cc:** Cahill, Kelli <Kelli.Cahill@countyofnapa.org>
**Subject:** RE: Use Permit Compliance Program - P19-00160

[External Email - Use Caution]

Yes, thank you!

---

**From:** Robinson-Webb, Akenya <Akenya.Robinson-Webb@countyofnapa.org>
**Sent:** Wednesday, January 19, 2022 8:37 AM
**To:** Kirsty Shelton <ks@palisadeslanduse.com>; Heather Griffin <hgriffin@summitlakevineyards.com>
**Cc:** Cahill, Kelli <Kelli.Cahill@countyofnapa.org>; Philippakis, Katherine (20) x4434 <KPhilippakis@fbm.com>; Philippakis, Katherine (20) x4434 <KPhilippakis@fbm.com>
**Subject:** RE: Use Permit Compliance Program - P19-00160

**External Sender**

---

Hi Kirsty,

Thank you for your response. Kay, does Monday the 31st at 2pm work for you?

Akenya

---

**From:** Kirsty Shelton <ks@palisadeslanduse.com>
**Sent:** Tuesday, January 18, 2022 4:07 PM
**To:** Heather Griffin <hgriffin@summitlakevineyards.com>
**Cc:** Robinson-Webb, Akenya <Akenya.Robinson-Webb@countyofnapa.org>; Cahill, Kelli <Kelli.Cahill@countyofnapa.org>; Kay Philippakis <kp@fbm.com>; Kay Philippakis <KPhilippakis@fbm.com>
**Subject:** Re: Use Permit Compliance Program - P19-00160

[External Email - Use Caution]

I can do Monday 1/31 @ 2pm, I cannot do Tuesday 2/1 @ 3:30. I am also available all day Thursday 2/4 if we need to look at another day.

Best,
KIrsty

On Tue, Jan 18, 2022 at 3:31 PM Heather Griffin <hgriffin@summitlakevineyards.com> wrote:

> Hi All!
> Kay and Kirsty please let us know what works for you two so we can get on the calendar. Akenya, thank you for the flexibility... I know it's like herding cats trying to get everyone's schedules to work. I can do either date.
> Cheers!
> Heather

On Thu, Jan 13, 2022 at 9:59 AM Robinson-Webb, Akenya <Akenya.Robinson-Webb@countyofnapa.org> wrote:

Hi Kirsty,

I understand your constraints. I will include engineering in the meeting as well. I am unavailable on Friday, so let's push the meeting to the week of January 31st. I have the following dates and times available for a 1-hour meeting:

Monday January 31st at 2:00pm
Tuesday February 1st 3:30 pm

Please let me know if either of those dates and times work for your team.

Akenya

---

**From:** Kirsty Shelton <ks@palisadeslanduse.com>
**Sent:** Thursday, January 13, 2022 9:40 AM
**To:** Robinson-Webb, Akenya <Akenya.Robinson-Webb@countyofnapa.org>
**Cc:** Heather Griffin <hgriffin@summitlakevineyards.com>; Cahill, Kelli <Kelli.Cahill@countyofnapa.org>; Kay Philippakis <kp@fbm.com>; Kay Philippakis <KPhilippakis@fbm.com>
**Subject:** Re: Use Permit Compliance Program - P19-00160

[External Email - Use Caution]

All, happy new year and thanks for following up. We very much welcome a call/meeting/zoom as we are in a stand still. In addition to the folks on this email, I suggest including public works/engineering as the only pending aspect is the road exception. To bring everyone up to speed, we have had multiple meetings with engineering and fire. We have performed topographical mapping and surveyed the road. What all of that yielded is this situation is very unique, as it has access from an easement road (Summit Lake is a public road and then turns into an easement). To comply with the County road and street standards because of the unique easement situation the interpretation is that their driveway starts where the public road ends. So, we started to develop a road exception request to the one-mile easement road. To complicate the situation, the road is not built in the easement, so to do the road improvements, it would require rewriting the easement and removing newly constructed fences and negotiating with four other property owners. To put into perspective the road improvements have been scoped and will cost over $2 million dollars if they are even feasible to construct, and this small family winery is only asking to go from a Small Family Winery Use Permit Exception to a Use Permit with no physical changes and no increase of visitors. So, during this time the winery has been in contact with the neighbors and continues to pay thousands of dollars to prepare for road modifications submittal but it is very likely they are simply infeasible to construct. We have explained this situation separately to all the Supervisors and they empathize with the situation and would like to encourage this small family winery to stay in business and are willing to look at alternative solutions, which we would like to discuss with the planning, engineering,and code enforcement team at Napa County.

That week I am free all day Friday if that works for everyone else, you can suggest any time, otherwise my schedule is challenging but could make accommodations.

Thank you,

Kirsty
707.265.6510

On Wed, Jan 12, 2022 at 12:35 PM Robinson-Webb, Akenya <Akenya.Robinson-Webb@countyofnapa.org> wrote:

Hi Heather,

Thank you for your response. Kelli did inform us that all of the Life Safety Items were completed. However, to our knowledge, reasonable progress has not been made on the Use Permit application since completing the Life Safety items on August 25, 2021.

The meeting request is to meet with your Project Planner Sean Trippi and Assistant Director Brian Bordona so that we can discuss the application. Can you please provide some dates and times you'll be available during the week of January 24th so we can schedule a zoom meeting.

Thanks,

**Akenya Robinson-Webb**
Code Compliance Supervisor
County of Napa | Code Compliance Division
Planning, Building & Environmental Services Department
1195 Third Street, 2nd Floor | Napa, CA 94559
☏**ph:** (707) 253.4336 | 🖷**fax:** (707) 265.4248
Akenya.Robinson-Webb@countyofnapa.org

NAPA COUNTY CALIFORNIA
A Tradition of Stewardship
A Commitment to Service

CONFIDENTIALITY NOTICE: This email message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient of the message, please contact the sender immediately and delete this message and any attachments. Thank you.



"The wind may blow, the storm may come, but the sun will always follow. Never stop growing. "

---

**From:** Heather Griffin <hgriffin@summitlakevineyards.com>
**Sent:** Wednesday, January 12, 2022 12:29 PM
**To:** Robinson-Webb, Akenya <Akenya.Robinson-Webb@countyofnapa.org>; Cahill, Kelli <Kelli.Cahill@countyofnapa.org>; Kay Philippakis <kp@fbm.com>; Kay Philippakis <KPhilippakis@fbm.com>
**Cc:** ks@palisadeslanduse.com
**Subject:** Re: Use Permit Compliance Program - P19-00160

[External Email - Use Caution]

Hello Akenya and Kelli,
thank you for reaching out regarding the permit. We are currently, and have been making progress on our permit items. I was under the understanding that all of our Life Safety Items were complete. I met with Kelli and Fire several months ago, and they had signed off on the last item which was the signage on the Main Shut off. Kelli can you please let me know if Fire did not send over their ok? I will follow up again with them as needed. I will also go back through my emails and see if I can find the photos I sent over to them of the installation.

Akenya, can you please let me know if there are other items I am not aware of on the Life Safety list?

Thank you
Heather Griffin

On Tue, Jan 11, 2022 at 7:45 AM Robinson-Webb, Akenya <Akenya.Robinson-Webb@countyofnapa.org> wrote:

> Good Morning Kirsty Shelton and Heather Griffin,
> I want to check in with you to discuss the Summit Lake Use Permit application P19-00160. We are currently reviewing all incomplete applications that fall under the use permit compliance program. One of the conditions of the compliance program is the applicant must make reasonable progress towards completion of the application in order to benefit from continued operation for activities outside of current entitlements. After reviewing your application it appears that reasonable progress has not been made since completion of the Life Safety items on 08/25/2021 with the last documented communication regarding this specific project by email with Kelli Cahill on 08/25/2021 ( over 4 months ago). If we do not hear from you regarding the status of this project within 30 days of the date of this email, we will consider the application abandoned and will be closing out the file. Please contact me as soon as possible, as we would like to take one last opportunity to discuss the application with you prior to taking such action.
>
> If the application is abandoned, you will be required to comply with the terms of your existing entitlement and must immediately cease all unpermitted activities, as well as immediately resolve any remaining life safety matters which may include obtaining required building and/or demolition permits.

Do you have some time available during the week of January 24th to discuss the application with the Project Planner Sean Trippi and our Assistant Director Brian Bordona? If you could provide me some available times, I will set up a Zoom meeting.

Regards,

**Akenya Robinson-Webb**
Code Compliance Supervisor
County of Napa | Code Compliance Division
Planning, Building & Environmental Services Department
1195 Third Street, 2nd Floor | Napa, CA 94559
☎**ph:** (707) 253.4336 | 🖷**fax:** (707) 265.4248
Akenya.Robinson-Webb@countyofnapa.org

A Tradition of Stewardship
A Commitment to Service

CONFIDENTIALITY NOTICE: This email message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient of the message, please contact the sender immediately and delete this message and any attachments. Thank you.



"The wind may blow, the storm may come, but the sun will always follow. Never stop growing. "

--

**Heather Griffin**
**Summit Lake Vineyards & Winery**
**hgriffin@summitlakevineyards.com**
2000 Summit Lake Dr
Angwin, CA 94508
707-965-2488 phone
707-965-2281 fax
**www.summitlakevineyards.com**
**Follow us on Facebook and Instagram!**
Facebook.com/SummitLakeVineyard
@summitlakevineyards