# Exhibit 10

Akenya, can you please let me know if there are other items I am not aware of on the Life Safety list?

Thank you

Heather Griffin

On Tue, Jan 11, 2022 at 7:45 AM Robinson-Webb, Akenya <Akenya.Robinson-Webb@countyofnapa.org> wrote:

Good Morning Kirsty Shelton and Heather Griffin,

I want to check in with you to discuss the Summit Lake Use Permit application P19-00160. We are currently reviewing all incomplete applications that fall under the use permit compliance program. One of the conditions of the compliance program is the applicant must make reasonable progress towards completion of the application in order to benefit from continued operation for activities outside of current entitlements. After reviewing your application it appears that reasonable progress has not been made since completion of the Life Safety items on 08/25/2021 with the last documented communication regarding this specific project by email with Kelli Cahill on 08/25/2021 ( over 4 months ago). If we do not hear from you regarding the status of this project within 30 days of the date of this email, we will consider the application abandoned and will be closing out the file. Please contact me as soon as possible, as we would like to take one last opportunity to discuss the application with you prior to taking such action.

If the application is abandoned, you will be required to comply with the terms of your existing entitlement and must immediately cease all unpermitted activities, as well as immediately resolve any remaining life safety matters which may include obtaining required building and/or demolition permits.

Do you have some time available during the week of January 24th to discuss the application with the Project Planner Sean Trippi and our Assistant Director Brian Bordona? If you could provide me some available times, I will set up a Zoom meeting.

Regards,