# Exhibit 12

A Tradition of Stewardship
A Commitment to Service

Planning, Building, and Environmental Services

1195 Third Street, Suite 210
Napa, CA 94559
www.co.napa.ca.us

Main: (707) 253-4417
Fax: (707) 253-4336

**David Morrison**
Director

July 3, 2019

Grgich Hills Estate
Ms. Violet Grgich, President
P.O. Box 450, Rutherford, CA 94573

Via Certified Mail

RE: Status Determination #P19-00111-SD
Grgich Hills Estate – 1829 St. Helena Hwy, St. Helena
APN: 027-470-033 Winery; 027-470-006 Wine Train Platform
Date of Decision: **July 3, 2019**

Dear Ms. Grgich:

Your request for the County to document and/or delineate the existing property rights for the property located at1829 St. Helena Hwy, St. Helena (APN: 027-470-033 Winery; 027-470-006 Wine Train Platform) (the "property") was received by this office on March 11, 2019. Status determinations merely confirm existing legal entitlements already granted by the County. Status determinations are not permits and do not authorize new uses or structures. They also do not authorize or grandfather historic uses or structures that were not legally established.

Your request has been reviewed by the Planning Division, Code Enforcement Division, and County Counsel. Below is a historic summary, evaluation and conclusion of existing use permits, use permit modifications, other land use entitlements, and any other documentary evidence demonstrating the uses or structures on the property have been legally established.

Historic Assessment of Project Approvals:

Exhibit 1, as attached, provides a historical accounting of the property's entitlement to assist staff in the confirmation of existing legal entitlements already granted by the County.

Staff Analysis & Conclusion:

Based upon the historic assessment provided in Exhibit 1, staff has determined that Grgich Hills Estate Winery has the following operational entitlements based on the Conditions of Approval and Mitigation Measures adopted by the Planning Commission on October 21, 2009 for P08-00648 Major Modification/P08-00656 Variance and U-90-3 Modification Conditions of Approval and Mitigation Measures as revised on October 21, 2009, also by the Planning Commission:

Operational Entitlements:

- Production: 250,000 gallons/year averaged over 3 years not to exceed 300,000 gallons/year; 75% of production over 150,000 gallons/year from Napa County grapes. Records of annual production documenting the source of grapes and a report shall be provided to the Department upon request.

- Visitation: The maximum number of visitor carrying vehicles entering the subject winery for tours and tastings visitation, be it public or by appointment, shall be limited to 220 per day on an annualized basis. The applicant shall submit a plan to the Department for review and approval within 60 days of permit approval to implement this limitation. Based on application materials for Use Permit Major Modification #P08-00648, visitor-carrying vehicles means passenger vehicles carrying an average of 2.6 persons per vehicle on a weekday and 2.8 persons per vehicle on a weekend. On average, this allows for approximately 600 persons per day.

  No tours and tastings visitation, be it public or by-appointment is approved for the hospitality center.

- Marketing:
  a. Private Promotional Tastings with Meals (not to exceed 3 per week) - up to 75 people, with food catered or prepared on site in the hospitality center kitchen. Time of day: a 4 hour window between 11 am and 10 pm;
  b. Small Private Tastings with Food Pairings (not to exceed 4 per week) - up to 30 people, with food catered or prepared on site in the hospitality center kitchen. Time of day: a 3 hour window between 11 am and 10 pm;
  c. Private Tasting Events (not to exceed 15 per year) - up to 100 people, with food catered or prepared on site in the hospitality center kitchen. Time of day: a 4 hour window between 11 am and 10 pm;
  d. Spring and Fall Release of Wines – 2 events annually, up to 100 people, no food service;
  e. July 4th Event – 1 event annually, up to 400 people, with food service;
  f. Blessing of the Grapes – 1 event annually, up to 100 people, with food service;
  g. Anniversary Celebration – 1 event annually, up to 400 people, with food service;
  h. Employee Party – 1 event annually, up to 50 people, with food service; and
  i. Participation in Auction Napa Valley.

  All marketing events shall occur in the hospitality center. Previously-approved marketing events may be relocated to the hospitality center. No tours and tastings visitation, be it public or by-appointment, is approved at the hospitality center.

  All marketing events which are permitted to incorporate food may include catered food or food prepared on site.

No marketing event may begin, end, or otherwise create a substantial volume of traffic to or from the site between the hours of 4 pm and 6 pm on weekdays or 1 pm and 3 pm on weekends. All activity, including clean up and/or event breakdown, shall cease by 10 pm.

The 30, 75, and 100 person marketing events proposed in this project shall be scheduled such that no 30 or 75 person event shall occur on the day of a 100 person event and no two 75 person events may occur on the same day.

- Retail sales shall be limited to wine permitted by Section 12202(g)(5)(c) of the Napa County Code and wine glasses sold only in conjunction with tasting.

- Outdoor Wine Consumption Purchased On-site (e.g., Assembly Bill 2004 provisions): Limited to the following areas: 1) enclosed lawn and garden area adjacent to the private VIP tasting room of the existing winery building; 2) internal courtyard of the new hospitality center; 3) outdoor lawn and garden area surrounding and directly adjacent to the proposed hospitality center.

- All uses of the site undertaken by the winery in conjunction with marketing shall be in compliance with the Marketing Plan. The winery facility shall not be used for events hosted by entities other than the winery itself.

- Number of Employees: 38 FT, 12 PT, up to 2 peak/event employees.

- Parking: A total of 59 spaces with no restrictions on use.

  If any event is held which will exceed the requested 59 on-site parking capacity, the applicant shall arrange for off-site parking and shuttle service to the winery. Off-site parking is presumed to be necessary for any event with a visitation of more than 100 persons, unless adequate alternate measures (such as staggered arrival times) are proposed which would render approved on-site parking adequate.

- Hours of Operation
  Tours of the winery by appointment only shall occur between the hours of 9 am and 3:30 pm

All operational entitlements may be further limited by the Mitigation Measures adopted and revised on October 21, 2009.

It should be noted that a Notice of Violation (NOV) was sent on December 5, 2016 to the Wine Train and Grgich Hills Estate Winery property owners. COA #11 of the Wine Train Use Permit #93542 does not allow for evening train stops after 4pm at Grgich Hills Estate Winery. Therefore, Wine Train stops and evening events are currently outside the scope of the Wine Train Use Permit (CE16-00354 - APN 027-470-006). Please be advised that resolution of the Wine Train Stop at Grgich Hills Estate Winery will be addressed through the processing of the Wine Train's Use Permit Major Modification P19-00054-MOD as submitted on February 27, 2019. Upon resolution of this issue with the Wine Train, Grgich Hills Estate Winery may need to process a

major modification if there is a desired to incorporate additional marketing events then noted above to accommodate Wine Train activities on a regular basis.

This determination is final unless an appeal is filed to the Napa County Board of Supervisors pursuant to Chapter 2.88 of the Napa County Code, including payment of applicable fees. You will be notified if an appeal is filed.

Should you have any questions, please contact Charlene Gallina, Supervising Planner at (707) 299-1355 or e-mail at charlene.gallina@countyofnapa.org.

Sincerely,

David Morrison
Director

Charlene Gallina

By: Charlene Gallina, Supervising Planner

cc: Mitch Hoskins, Facilities Manager, Grgich Hills Estate, P.O. Box 450, Rutherford, CA 94573
Jason Dooley, Deputy County Counsel III

## EXHIBIT 1

## USE PERMITS/BUILDING PERMITS ASSOCIATED WITH THE PROPERTY

| Permit Number or Documentation | Approval Date | Applicable Condition of Approval or Other Documentation | Project Scope or Entitlement |
|---|---|---|---|
| U-407677 - Use Permit | May 4, 1977 – Planning Commission | Condition #6; Staff Report/Application Description | Established a 50,000 gallon/year winery 5,000 sf in size with no public tours and tastings; Tours and tastings by appointment only (6/day; 20 to 40/week); Number of employees 4 FT, 1 PT; 12 parking spaces authorized |
| U-297980-Major Modification | May 21, 1980 – Planning Commission | Conditions #1 & #10, Staff Report/ Application Description | 7,500 sf addition to the winery; Production capacity limited to 50,000 gallons/year; Number of employees 4 FT, 2 PT authorized |
| U-28485 Major Modification | September 20, 1984 – Planning Commission | Condition #1 & #3; Staff Report/ Application Description | 8,150 sf addition to winery; Production increased to 150,000 gallons/year; Tours & tasting by appointment increased to 20/day; 150/week; Number of employees increased to 12 FT, 2 PT; Minimum 20 parking spaces authorized |
| U-90-3 Major Modification | December 5, 1990 – Planning Commission | Conditions #1, #2, #3, #5, #7, #8, #10, #11, Exhibit A, Mitigation Measure #5 & #6 (Left Turn Lane & Driveway), #7 - #14 (Operational Restrictions), #15-#19 (Parking);<br><br>Left Turn Lane was installed;<br><br>Implementation plan determining annual maximum number of visitors was submitted on January 25, 1991; | Increased Production to 250,000 gallons/year averaged over 3 years not to exceed 300,000 gallons/year; 75% of production over 150,000 gallons/year from Napa County grapes; required reporting in December of each year the number of gallons produced during that year.<br><br>Authorized a 18,500 sf addition for fermentation/aging; no more than 35 parking spaces (no more than 15 spaces available to visitors); employees increased to 20 FT, 12 PT; no commercial kitchen or commercial food preparation, picnicking or outdoor wine tasting permitted. Exhibit A – Marketing Plan: Retail Sales open daily 9:30am to 4:30 pm; Public tours & tastings open daily 9:30 am-4:30 pm, |