# Exhibit 13

Planning, Building, and Environmental Services

1195 Third Street, Suite 210
Napa, CA 94559
www.co.napa.ca.us

Main: (707) 253-4417
Fax: (707) 253-4336

**David Morrison**
Director

A Tradition of Stewardship
A Commitment to Service

July 23, 2019

Vineyard 29
Charles McMinn, Manager
2929 St. Helena Highway N.
St. Helena, CA 94574

Via Certified Mail

RE: Status Determination #P19-00123
Vineyard 29 Winery – 2929 St. Helena Hwy N., St. Helena; APN: 022-200-027
Date of Decision: **July 23, 2019**

Dear Mr. McMinn:

Your request for the County to document and/or delineate the existing property rights for the property located at 2929 St. Helena Hwy., N., St. Helena (APN 022-200-027) (the "property") was received by this office on March 27, 2019. Status determinations merely confirm existing legal entitlements already granted by the County. Status determinations are not permits and do not authorize new uses or structures. They also do not authorize or grandfather historic uses or structures that were not legally established.

Your request has been reviewed by the Planning Division and County Counsel. Below is a historic summary, evaluation and conclusion of existing use permits, use permit modifications, other land use entitlements, and any other documentary evidence demonstrating the uses or structures on the property have been legally established.

Historic Assessment of Project Approvals:

Exhibit 1, as attached, provides a historical accounting of the property's entitlement to assist staff in the confirmation of existing legal entitlements already granted by the County.

Staff Analysis & Conclusion:

Based upon the historic assessment provided in Exhibit 1, staff has determined that Vineyard 29 Winery is entitled to the following:

**Production:** 48,500 gallons per year. Custom production (crushing, fermentation, barrel ageing and bottling) with marketing and tasting by alternating proprietors only for a maximum of 5 entities up to a maximum of 50% (24,250 gallons/year of the 48,500 gallon/year production capacity of the winery.)

**Building Floor Area:** 17,804 square feet.

Cave Area: 14,038 square feet of cave area used for barrel storage, and approximately 3,390 square feet of additional private residential cave area to be used for storage of tax paid wine, equipment and supplies, and for storage of the winery owner's personal wine collection with no public access.

Number of Employees: Three (3) full-time employees and two (2) part-time employees.

Hours of Operation: Monday – Friday, 7:00 AM – 5:00 PM.

Parking: Five (5) off-street parking spaces.

Retail Sales: Retail sales by appointment only. Retail sales at the winery are limited to wines fermented or refermented and bottled at the winery. No other retail sales are permitted.

Visitation: 30 visitors on the busiest day, 10 on average per week.

Marketing Activities: Marketing activities by all permitted entities shall occur during the hours of 12:00 to 4:00 PM and 6:00-11:30 PM and are limited to:

a. Private wine and food tastings for trade
   Frequency: 6 per year
   Maximum attendance: 15 persons

b. Private wine and food events (total 10)
   Frequency: 2 per year
   Maximum attendance: 110 persons

   Frequency: 4 per year
   Maximum attendance: 50 persons

   Frequency: 4 per year
   Maximum attendance: 25 persons

c. Private Harvest Event
   Frequency: 1 per year
   Maximum attendance: 50 person

d. Marketing activities are limited to members of the wine trade; persons who have pre-established business or personal relationships with the winery, its owners or its alternating proprietors; or members of a particular group for which the activity is being conducted on a pre-arranged basis. Parking shall be provided on-site or on adjacent parcels utilizing shuttle vans. No on-street parking is permitted.

This determination is final unless an appeal is filed to the Napa County Board of Supervisors pursuant to Chapter 2.88 of the Napa County Code, including payment of applicable fees. You will be notified if an appeal is filed.

Should you have any questions, please contact Sean Trippi at (707) 299-1353 or e-mail at sean.trippi@countyofnapa.org.

Sincerely,

David Morrison
Director

By: Sean Trippi, Principal Planner

cc: Laura Anderson, Deputy County Counsel
David Gilbreth, 1152 Hardman Avenue, Napa, CA 94558

# EXHIBIT 1

## USE PERMITS ASSOCIATED WITH THE PROPERTY

| Permit Number or Documentation | Approval Date | Applicable Condition of Approval or Other Documentation | Project Scope or Entitlement |
|---|---|---|---|
| #00146-UP | February 21, 2001 (Planning Commission) | Condition No. 1 | The permit is limited to:<br>a. The establishment of a 48,500 gallon/year winery, consistent with the application forms and supplemental winery information sheet. No other retail sales are permitted.<br>b. The construction of 20,543 square feet as delineated on the attached and filed site plans, floor plans, and elevation plans.<br>c. Retail sales by appointment only. Retail sales at the winery are limited to wines fermented or refermented and bottled at the winery.<br>d. Custom production (crushing, fermentation, barrel ageing and bottling) with marketing and tasting by alternating proprietors only for a maximum of 5 entities up to a maximum of 50% (24,250 gallons/year of the 48,500 gallon/year production capacity of the winery.)<br>e. All tours of the winery and/or tasting of the wine are limited to members of the wine trade; persons invited by the winery who have pre-established business or personal relationships with the winery, its owners or its alternating proprietors; and persons who have made unsolicited prior appointments for tours or tastings (§ 18.080.620). |

| | | | |
|---|---|---|---|
| | | | Any expansion or changes in use, or project changes which are necessitated by the requirements of other departments or agencies, are subject to further County approval. |
| | | Condition No. 2 | Marketing activities by all permitted entities shall occur during the hours of 12:00 to 4:00 PM and 6:00-11:30 PM and are limited to:<br><br>Private wine and food tastings for trade<br>Frequency: 6 per year<br>Maximum attendance: 15 persons<br>Private wine and food events<br>Frequency: 12 per year<br>Maximum attendance: 110 persons<br>Private harvest event<br>Frequency: 1 per year<br>Maximum attendance: 50 person<br><br>Marketing activities are limited to members of the wine trade; persons who have pre-established business or personal relationships with the winery, its owners or its alternating proprietors; or members of a particular group for which the activity is being conducted on a pre-arranged basis. Parking shall be provided on-site or on adjacent parcels utilizing shuttle vans. No on-street parking is permitted. |
| | | Condition No. 4 | Provide 5 off-street parking spaces on a dust-free all-weather surface approved by the Public Works Department. |
| | | Condition No. 7 | The permittee shall report to the Department on an annual basis by December 31 the source of his grapes, verifying that 75% of the annual production is from Napa County grapes. The report shall include the grape tonnage and the Assessor's Parcel Number(s) where grown. Such report shall be proprietary and not available to the public. A separate report, for the |

| | | | |
|---|---|---|---|
| | | | public record, shall include a statement certifying compliance with the source requirement and indicating the percentage of Napa County grapes utilized. |
| | | Condition No. 9/Mitigation Measure No.1 | Noise<br>Motor vehicles shall not stand idling outside of the "grape delivery area" delineated on the winery third-level floor plan, between the hours of 7:00 PM and 7:00 AM, unless written waiver of this requirement by the inhabitants of every residence within 1300 feet is submitted to the Napa County Conservation, Development and Planning Department. Truck traffic shall be scheduled on weekdays and daytime hours whenever possible. |
| | | Information contained in the Staff Report, Environmental document, and/or application materials | • 16,110 square feet of cave area.<br>• Three full-time employees and two part-time employees.<br>• 30 visitors on the busiest day, 10 on average per week.<br>• The applicant proposes to install a left turn lane from Highway 29. |
| #00397-MOD | May 25, 2001 (Zoning Administrator) | The permit modification is limited to Modification of Use Permit #00146-UP as follows: Condition No. 1 | Condition #1 is revised to read in full as follows:<br>a. The establishment of a 48,500 gallon/year winery, consistent with the application forms and supplemental winery information sheet. No other retail sales are permitted.<br>b. The construction of a 17,804 square feet winery structure as delineated on revised site plans, floor plans, and elevation plans to be submitted within 14 days of this approval.<br>c. The use of 14,038 square feet of caves for barrel storage, as delineated on site plans, floor plans, and elevation plans submitted within 14 days in |

| | | | |
|---|---|---|---|
| | | | accordance with the applicant's letter received April 2, 2001.<br>d. Retail sales by appointment only. Retail sales at the winery are limited to wines fermented or refermented and bottled at the winery.<br>e. Custom production (crushing, fermentation, barrel ageing and bottling) with marketing and tasting by alternating proprietors only for a maximum of 5 entities up to a maximum of 50% (24,250 gallons/year of the 48,500 gallon/year production capacity of the winery.)<br>f. All tours of the winery and/or tasting of the wine are limited to members of the wine trade; persons invited by the winery who have pre-established business or personal relationships with the winery, its owners or its alternating proprietors; and persons who have made unsolicited prior appointments for tours or tastings (§ 18.080.620).<br><br>Any expansion or changes in use, or project changes which are necessitated by the requirements of other departments or agencies, are subject to further County approval. |
| | | Condition No. 2 | Condition #2 is revised to read in full as follows:<br>Marketing activities by all permitted entities shall occur during the hours of 12:00 to 4:00 PM and 6:00-11:30 PM and are limited to:<br><br>a. Private wine and food tastings for trade<br>Frequency: 6 per year<br>Maximum attendance: 15 persons |

| | | | |
|---|---|---|---|
| | | | b. Private wine and food events (total 10)<br>Frequency: 2 per year<br>Maximum attendance: 110 persons<br><br>Frequency: 4 per year<br>Maximum attendance: 50 persons<br><br>Frequency: 4 per year<br>Maximum attendance: 25 persons<br><br>c. Private Harvest Event<br>Frequency: 1 per year<br>Maximum attendance: 50 person<br><br>d. Marketing activities are limited to members of the wine trade; persons who have pre-established business or personal relationships with the winery, its owners or its alternating proprietors; or members of a particular group for which the activity is being conducted on a pre-arranged basis. Parking shall be provided on-site or on adjacent parcels utilizing shuttle vans. No on-street parking is permitted. |
| #04067-MOD | January 22, 2004 (Director) | First paragraph of approval letter. | The approval applies only to the rearranging interior spaces within the approved winery structure. The approval of this modification does not affect the exterior appearance. |
| P11-00122 | April 29, 2011 (Director) | Condition No. 1, Scope | The permit shall be limited to: Modification of the previously approved Use Permit #00146 to recognize the existing private residential cave for use by the winery. The private residential cave will be used for storage of tax paid wine, equipment and supplies, and for storage of the winery owner's personal wine collection with no public access. |

| | | | |
|---|---|---|---|
| | | Application submittal materials | Add to the existing wine production facility approx. 3,390 square feet of additional cave storage located less than 1/10th of a mile to the south of the winery premises. |
| | | Fire Department Condition No. 2 | This cave shall be classified as a TYPE I cave. As such case good storage will not be allowed. Storage of case goods shall require an automatic fire sprinkler system conforming to NFPA 13, 2002 edition with water flow monitoring to a Central Receiving Station. |
| P16-00317 | May 15, 2017 (Zoning Administrator) | 1.0 Scope | This permit encompasses and shall be limited to:<br><br>1.1 Deleting the previous condition of approval to construct a left-turn lane on State Route 29.<br><br>No changes to production, tours and tastings visitation, marketing activities, employees, number of parking space, hours of operation, water use or wastewater treatment are proposed or approved as part of this modification.<br><br>The winery shall be designed in substantial conformance with the submitted site plan, elevation drawings, and other submittal materials and shall comply with all requirements of the Napa County Code (the County Code). It is the responsibility of the applicant to communicate the requirements of these conditions and mitigations (if any) to all designers, contractors, employees, and guests of the winery to ensure compliance is achieved. Any expansion or changes in use shall be approved in accordance with County Code Section 18.124.130 and may be subject to the Use Permit modification process. |