# Exhibit 14

# 2026

Adopted April 27, 1991
Revised May 10, 1977
Revised August 18, 1987
Revised June 5, 1990
{Ordinance 854}
Revised August 2, 1999
{Ordinance 1160}
Revised August 31, 2004
{Resolution 04-150}
Revised November 21, 2006
{Resolution 06-198}
Revised August 9, 2011
{Resolution 2011-95}
Revised January 26, 2016
{Resolution 2016-06}
Revised June 7, 2016
{Resolution 2016-72}
Revised October 4, 2016
{Resolution 2016-131}
Revised November 22, 2016
{Resolution 2016-167}
Revised September 26, 2017
{Resolution 2017-156}
Revised April 23, 2019
{Resolution 2019-053}
Revised February 4, 2020
{Resolution 2020-12}
Revised January 1, 2021
{Resolution 2020-133}
Revised April 18, 2023
{Resolution 2023-59}
Revised August 25, 2026
{Resolution 2026-95}

A Tradition of Stewardship
A Commitment to Service

# NAPA COUNTY
# ROAD & STREET STANDARDS

**Department of Planning, Building & Environmental Services**
**1195 Third Street * 2nd Floor * Napa, California 94559**
Phone: (707) 253-4417 * Fax: (707) 299-4138 * www.countyofnapa.org

# Table of Contents

SECTION ................................................................ PAGE NO.

1. OBJECTIVES ........................................................ 1
2. SCOPE OF STANDARDS ................................................ 2
   Disaster Reconstruction ........................................... 2
   Exempt ............................................................ 3
3. EXCEPTIONS TO STANDARDS ........................................... 3
4. DEFINITIONS ....................................................... 5
5. LOCAL RESPONSIBILITY AREA (LRA) EXCEPTION ......................... 9
6. [RESERVED.] ....................................................... 10
7. [RESERVED.] ....................................................... 10
8. PRIVATE ROAD DEVELOPMENTS ......................................... 10
9. PARKING REQUIREMENTS .............................................. 10
10. PEDESTRIAN, BICYCLE AND/OR BUS FACILITIES ......................... 11
11. CURB, GUTTER AND SIDEWALK ......................................... 11
12. RESIDENTIAL DRIVEWAYS ............................................. 12
13. COMMERCIAL, INDUSTRIAL AND NON-RESIDENTIAL ROADS .................. 12
14. STREET AND ROAD CLASSIFICATIONS ................................... 12
   Major Roads ....................................................... 13
   Minor Roads ....................................................... 13
15. DESIGN CRITERIA ................................................... 14
   Roadway Width ..................................................... 14
   Roadway Surface ................................................... 14
   Roadway Grade ..................................................... 14
   Road Radius ....................................................... 15
   Vertical Curves ................................................... 15
   Roadway Turnarounds ............................................... 16
   Roadway Turnouts .................................................. 16
   Roadway Structures ................................................ 16
   One-Way Roads ..................................................... 17
   Dead-End Roads .................................................... 17
   Agricultural Roads ................................................ 17
   Residential Driveways ............................................. 17
   Design Criteria Chart ............................................. 19

16. INDUSTRIAL AND COMMERCIAL DEVELOPMENT ........ 20
17. TRAFFIC CONTROL DEVICES ........ 20
18. TYPICAL CROSS SECTIONS ........ 23
C-1 Arterial Cross Sections ........ 24
C-2 Arterial Cross Sections Without Parking ........ 24
C-3 Collector Cross Sections ........ 25
C-4 General Minor Cross Sections ........ 27
C-5 Non-Continuing Minor, Loop Road and Cul-De-Sac ........ 28
C-6 One Way Loop Cross Sections ........ 28
C-7 Common Drive Cross Sections ........ 29
C-8 Industrial Collector Standards ........ 30
C-9 Industrial Minor ........ 31
C-11 Standard Driveway Turn Out ........ 34
C-13 Standard Hammerhead Turnaround ........ 36
C-14 Residential Driveway Shunt Turnaround ........ 36
19. DETERMINATION OF TRAFFIC VOLUMES ........ 38
20. DETERMINATION OF STRUCTURAL SECTION ........ 38
Traffic Index Chart ........ 39
Structural Section Thickness Chart ........ 39
21. GRADING REQUIREMENTS AND SOILS INVESTIGATIONS (FOR ROADS) ........ 41
22. DRAINAGE REQUIREMENTS ........ 41
Design Discharge For Small Basins ........ 44
Watershed Types and Factors ........ 45
Precipitation Chart – Lower County ........ 48
Precipitation Chart – Upper County ........ 49
Mean Annual Precipitation vs. 60 Minute Rainfall ........ 50
Intensity – Duration Chart ........ 51
Critical Slopes and Capacities of Round Pipes Table ........ 51
Nomograph Chart ........ 53
Unlined Channel Velocity ........ 53
23. PLANNED UNIT DEVELOPMENT AND OTHER TYPES ........ 55
24. ASSESSMENT DISTRICTS ........ 55
25. PARCEL MAP IMPROVEMENTS - RESIDENTIAL DEVELOPMENT ........ 56
26. PARCEL MAP IMPROVEMENTS - COMMERCIAL AND INDUSTRIAL DEVELOPMENT ........ 57

27. SPECIFICATIONS ..... 57
Road and Streets ..... 57
Utilities ..... 58
Drainage ..... 59
Street Signs ..... 59
Monuments ..... 59
General ..... 60
Hydrant/Fire Valve ..... 60
Signing of Water Sources ..... 61
Permits ..... 61
STANDARD DETAILS ..... 62
P-1 On Lot Parking Detail ..... 63
P-2 Driveway Connection to Arterial Roads – Rural Roads ..... 64
P-3 Residential Driveway and Adjoining Sidewalk ..... 64
P-4 Commercial and Industrial Driveway and Adjoining Sidewalk ..... 66
P-5 Standard Vertical Curb and Gutter ..... 67
P-6 Mountable Curb ..... 68
P-7 P.C.C. Cross Gutter ..... 69
P-8 Standard Asphalt Dike ..... 70
P-9 Typical Dike Installation ..... 71
P-10 Trench Backfill Typical Section ..... 72
P-11 Drainage Outlet ..... 73
D-1 Storm Drain Inlet Type "A" ..... 74
D-2 Storm Drain Inlet Type "B" ..... 75
D-3 Storm Drain Inlet Type "C" ..... 76
D-4 Standard Barricade ..... 77
D-5 Driveway Setback ..... 78
D-6 Standard Street Sign ..... 79
D-6a Standard Street Signs, Type 'A' and Type 'B' ..... 80
Subdivision Street Monuments Accuracy ..... 81
D-7 Survey Monument ..... 82
D-8 Off Street Parking ..... 83
D-9 Handicap Symbol ..... 84
D-10 Wheel Chair Ramp ..... 85
D-11 Gated Entrance ..... 86
D-12 Address Signage ..... 87

## 1. OBJECTIVES

The following material was originally prepared through the cooperation of the Road Standards Advisory Committee of 1970. Since then, updates have been incorporated to reflect changes in accepted health and safety practices and to comply with changes in County Ordinances and State and Federal Law. These Road and Street Standards ("Standards") attempt to meet the related interests of several other agencies, including but not limited to, the Resource Conservation District, California Board of Forestry and Fire Protection (CBOF), CAL FIRE, Napa County Fire Department, Napa County Planning, Building and Environmental Services (PBES) Department, Napa County Public Works Department, the Federal Emergency Management Agency, and the California Department of Fish and Wildlife. The objectives of these Standards are summarized below:

(a) To provide reasonable Standards that relates to terrain and parcel size.

(b) To preserve the natural landscape and desirable aesthetic features while balancing the needs of property owners.

(c) To encourage the location of roads to minimize disturbance or impacts on wetlands, critical native plant communities, or other environmentally sensitive areas.

(d) To minimize diversion and concentration of storm runoff, including selection of appropriate discharge locations, outlet dispersion appurtenances and selection of practices that maximize soil infiltration.

(e) To encourage use of native grasses and other native plant materials for erosion control and habitat enhancement.

(f) To minimize alteration of streams and ephemeral drainage at discharge outfalls, utilizing "bio-technical" stream stabilization techniques and preservation of natural stream morphological conditions.

(g) To identify "impacted" runoff basins where special design considerations may be necessary to minimize downstream flooding and other impacts to neighboring properties.

(h) To provide adequate safety and service.

(i) To provide low maintenance cost road facilities.

(j) To produce Standards compatible with city requirements within areas of influence.

(k) To produce Standards which equal or exceed the State Minimum Fire Safe Regulations.

The Standards were developed and revised over the years in an effort to meet all of the objectives noted above while striving to maintain the preservation of the health, safety, and welfare of the public. The 2023 revisions are intended to provide clarification and flexibility in order to ensure conformance with local, State and Federal regulations while also incorporating appropriate general engineering and construction practices and accommodation of unique project elements.

Users of the Standards are encouraged to become familiar with all of the codes, rules, regulations, and guidance documents available. These include, for example, the State Minimum

Fire Safe Regulations[1]; the Conservation Regulations; Floodplain Ordinance; Grading Ordinance; Policies, Practices and County Code Sections Administered by the Environmental Health Division of the PBES Department; County Fire Code; Policies and Procedures of the California Department of Fish and Wildlife (DFW); the State Water Resources Control Board's Construction General Permit; the BASMAA Post-Construction Manual; and the Napa Countywide Stormwater Pollution Prevention Program Erosion and Sediment Control Plan Guidance manual. Roadway design guidance can be found in "A Policy on Geometric Design of Highways and Streets" generated by the American Association of State Highway and Transportation Officials ("AASHTO"), and the Caltrans "Highway Design Manual" and "Standard Specifications." Where these Standards refer to the Caltrans Specifications or the Caltrans Standard Specifications, the reference shall mean the current edition of the Caltrans Standard Specifications.

## 2. SCOPE OF STANDARDS

These Standards are not applicable retroactively to existing roads, streets and driveways or facilities. These Standards shall apply to all construction within the unincorporated portions of Napa County beginning on the date they are adopted by the Board of Supervisors. Activities which will trigger application include, but are not limited to:

(a) Application for a building permit for new construction (as defined in Section 4), not relating to an existing structure.

(b) Reserved.

(c) Application for a Use Permit or any modification thereto resulting in an increase in average daily trips (ADT) and/or proposing an affected activity described in subsections (a), (d), and (e).

(d) A change of use and/or occupancy classification of an existing structure resulting in a higher hazard, based on life and fire risk as defined in the California Fire Code.

(e) Road construction, including construction of a new road that does not currently exist, or the extension of an existing road, construction or extension of an existing road that was not legally established, or the construction of a new parking lot.

(f) New subdivisions created by Parcel Map or Final Map.

(g) Conditional certificates of compliance.

(h) Left turn lane warrant and/or other public road improvement required by the Director of Public Works.

(i) Application for an Administrative Permit proposing an affected activity described in subsection (a), (d), and (e) above.

### DISASTER RECONSTRUCTION

In the event a legally constructed residential, commercial or industrial structure(s) is destroyed by a Disaster, the reconstruction or repair of that legally constructed structure(s) may

[1] The State Minimum Fire Safe Regulations are set forth at Title 14, the Natural Resources Division of the California Code of Regulations, Division 1.5, Chapter 7 Fire Protection, Subchapter 2, Articles 1-5.

be considered new construction related to an existing structure and not subject to these Standards provided all of the following conditions are met:

(a) The replacement structure does not increase the total legal square footage of the residential, commercial, or industrial building or buildings that previously existed;
(b) The replacement structure does not change the use of the building that had previously existed before the disaster; and
(c) The Fire Marshal determines that:
    i. The access was not a contributing factor in delaying or prohibiting emergency responders from accessing the original structure or for safe evacuation during the disaster; and
    ii. The access provides reasonable ingress, egress, and capacity for evacuation and emergency response during future emergencies.

If all of the conditions above cannot be met, then reconstruction of the structure shall be considered new construction not relating to an existing structure and shall be subject to these Standards accordingly.

**EXEMPT**

These regulations do not apply where an application for a Building permit is filed after January 1, 1991, for Building construction on a parcel that was formed from a parcel map or tentative map (if the final map for the tentative map is approve within the time prescribed by Napa County Code) approved prior to January 1, 1991, to the extent that conditions relating to the perimeters and access to the Building were imposed by the parcel map or final tentative map approved prior to January 1, 1991.

## 3. EXCEPTIONS TO STANDARDS

(a) A property owner or leaseholder of a site seeking an exception to an applicable provision of the Standards shall make a written request to the Director of PBES for review and concurrence by the County Engineer and Fire Marshal. The request shall state the specific section(s) for which an exception is requested, material facts supporting the contention of the developer, the details of the exception or mitigating measures proposed, a map showing the proposed location and siting of the exception or mitigation measures, and shall be accompanied by that fee established by resolution of the Board of Supervisors.

(b) An application for an exception from these Standards submitted in connection with a building permit clearance for a single family residence shall be decided by the Zoning Administrator after the appropriate environmental review has been completed by the PBES Department. An application for an exception from these Standards submitted in connection with a use permit, variance, subdivision map or other discretionary permit shall be heard and decided by the Planning Commission or other approving body at the same time as the use permit, zoning variance, subdivision map or other discretionary permit.

(c) An exception to these Standards, when properly submitted, reviewed, and approved by the Zoning Administrator, Planning Commission or other approving body, is intended to serve as an alternate method by which adherence to these Standards may be achieved at the same time as the County assures compliance with its goal to protect and ensure the preservation of the unique features of the natural environment. It is also intended to ensure compliance with the State Responsibility Area (SRA) Fire Safe Regulations and procedures set forth therein.

(d) An exception to these Standards may be allowed as provided if one or more of the following findings can be made and the findings in subsection (e) can also be made:

i. The exception will preserve unique features of the natural environment which includes, but is not limited to, natural water courses, steep slopes, geological features, heritage oak trees, or other trees of least six inches in diameter at breast height and found by the decision-maker to be of significant importance, but does not include human altered environmental features such as vineyards and ornamental or decorative landscaping, or artificial features such as, rock walls, fences or the like;
ii. The exception is necessary to accommodate physical site limitations such as grade differentials; and/or
iii. The exception is necessary to accommodate other limiting factors such as recorded historical sites or legal constraints.

Exceptions are only allowed "where the exceptions provide the same overall practical effect as 'the SRA Fire Safe Regulations' towards providing defensible space." Exceptions shall be made on a case-by-case basis only. Exceptions granted by the County shall be forwarded to the Sonoma-Lake-Napa Unit of CAL FIRE.[2]

(e) The Zoning Administrator, Planning Commission, or other approving body shall not grant an exception unless it finds that grant of the exception, as conditioned by the Zoning Administrator, the Planning Commission, or other approving body provides the same overall practical effect as these Standards towards providing defensible space, and consideration towards life, safety, and public welfare. Monetary hardship alone shall not be considered as a basis for an exception.

(f) The Fire Department shall recommend to the Zoning Administrator, the Planning Commission or other approving body that certain conditions (as determined necessary by the Fire Department) be imposed on the project to achieve the same overall practical effect as these Standards towards providing defensible space, consideration of life, safety and public welfare and not compromising civilian egress or Fire Department access. Such conditions may include, but are not limited to, installation of built-in fire protection systems, limited marketing events or visitors to the site, and improved defensible space for structures and roads.

[2] 14 CCR 1270.07 and 1270.09.

(g) Notwithstanding the above, a request for an exception to these Standards for a public road or public drainage facility (i.e., catch basins, storm drain lines, bio-retention areas, etc.) shall be decided by the Director of Public Works and determined on a case-by-case basis.

(h) The grant or denial of an exception shall be considered part of the decision of the underlying permit and appeals shall be processed in the same manner as provided by the Napa County Code for appeals of the underlying permit.

**4. DEFINITIONS**

| | |
|---|---|
| 'AB' | Aggregate Base – a gravel mixture meeting material and compaction requirements as defined in Section 26 of the Caltrans Standard Specs. |
| 'Access' | The vehicular route from the nearest publicly maintained Road to Building construction. |
| 'Average Daily Traffic' | (ADT) The average 24-hour traffic volume, both in-bound and out-bound, at a given location during peak season (e.g. harvest season August 15 – October 31). |
| 'Bay' | A clearly delineated space in a designated parking area |
| 'Building' | Any structure used or intended for supporting or sheltering any use or occupancy except utility and miscellaneous Group U structures. |
| 'CAL FIRE' | California Department of Forestry and Fire Protection -Sonoma-Lake-Napa Unit of CAL FIRE. |
| 'Caltrans' | The State of California, Department of Transportation. |
| 'Caltrans Standard Specs' | State of California, Department of Transportation, Standard Specifications in latest edition. |
| 'County Engineer' | The PBES Engineering Manager or designee. |
| 'Dead-end road' | A road that has only one point of vehicular ingress/egress, including cul-de-sacs and Roads that loop back on themselves. |
| 'Defensible Space' | The area within the perimeter of a parcel, development, neighborhood or community where basic wildland fire protection practices and measures are implemented, providing the key point of defense from an approaching wildfire or defense against encroaching |

| | |
|---|---|
| | wildfires or escaping structure fires. The perimeter as used in this regulation is the area encompassing the parcel or parcels proposed for construction and/or development, excluding the physical structure itself. The area is characterized by the establishment and maintenance of emergency vehicle access, emergency water reserves, street names and building identification, and fuel modification measures. |
| 'Developer' | The owner of land on which activities are proposed which are subject to the application of these Standards, as listed in Section 2 (Scope of Standards) above, or designated representative of the landowner. |
| Disaster | A Local Emergency Declaration by the Board of Supervisors declaring a specific event as a distaster. |
| 'Distance Measurements' | All specified or referenced distances are measured along the ground, unless otherwise measured. |
| 'Drivable Shoulder' | See shoulder. |
| 'Drivable Swale' | A shallow sloped drainage way that runs parallel to the travel lane of a driveway and is surfaced with non-erodible material designed to support apparatus weighing 75,000 pounds at all times even during periods of saturation. For guidance refer to Section 1411.7 of Chapter 7, Division 2, Title 21 of the California Code of Regulations for axle weight distribution. |
| 'Driveway' | A vehicular pathway that serves no more than four (4) Residential Units and any number of non-commercial or non-industrial Utility or Miscellaneous Group U Buildings on each parcel. A Driveway shall not serve commercial or industrial uses at any size or scale. |
| 'Dwelling Unit' | See residential unit. |
| 'Engineer' | The agent of the developer with the responsibility for the preparation of construction plans for the activities which are subject to the application of these Standards, as listed in Section 2 (Scope of Standards) above. |
| 'Exception' | An alternative to the specified standard requested by the developer that may be necessary due to health, safety, environmental conditions, physical site limitations or other limiting conditions such as recorded historical sites that mitigates the problem. |

| | |
|---|---|
| 'Fire Apparatus' | A vehicle designed to be used under emergency conditions to transport personnel and equipment or to support emergency response, including but not limited to the suppression of fires. |
| 'Fire Marshal' | The Napa County Fire Department Fire Marshal or designee. |
| 'Fuel Modification Area' | An area where the volume of combustible vegetation has been reduced, providing reduced fire intensity and duration. |
| 'Greenbelts' | A facility or land-use, designed for a use other that fire protection, which will slow or resist the spread of a wildfire. Includes parking lots, irrigated or landscaped areas, golf courses, parks, playgrounds, maintained vineyards, orchards or annual crops that do not cure in the field. Subdivision and other developments, which propose greenbelts as a part of the development plan, shall locate said greenbelts strategically, as a separation between wildland fuels and structures. The locations shall be approved by the local authority having jurisdiction and may be consistent with the CAL FIRE Unit Fire Management Plan or Contract County Fire Plan. |
| 'Hammerhead/T' | A "T" shaped, three-point Turnaround space for Fire Apparatus on a Road or Driveway, being no narrower than the Road or Driveway that it serves. |
| 'HMA' | Hot Mix Asphalt (HMA) meeting material and compaction requirements as defined in Section 39 of the Caltrans Standard Specs. |
| 'Inspection Authority' | The CBOF has certified the several Napa County Ordinances that expressly incorporate these Standards into the Napa County Code (14 CCR Sections 1270.1 and 1270.3). In accordance with 14 CCR Section 1270.05, Napa County has been delegated Inspection Authority for ensuring compliance with the SRA Fire Safe Regulations.[3] For the purposes of Napa County's implementation of this authority and compliance with the Standards, "Inspection Authority" and/or "Local Jurisdiction" shall be vested with the Napa County Fire Chief who with their authority has delegated the Inspection Authority to the Napa County Fire Marshal. |

[3] A copy of the aforementioned letter from CAL FIRE delegating Inspection Authority in accordance with 14 CCR 1270.05 is attached to these Standards as Appendix "A".

| | |
|---|---|
| 'Inter-Visible Turnout' | Turnouts where the driver of a vehicle within a turnout can visibly identify a vehicle in the other turnout and vice versa. |
| 'New Construction' | Construction of a new structure not relating to an existing structure. New structures relating to an existing structure include but are not limited to: accessory utility and miscellaneous Group U buildings, and guest cottages |
| 'Paved' | A road surface meeting either the minimum structural section of 2 inches HMA over 5 inches Class 2 AB or as designed and approved by the County Engineer with both meeting Caltrans Standard Specs for material type and compaction. |
| 'PBES' | Planning, Building and Environmental Services Department. |
| 'Occupancy' | The Purpose for which a Building, or part thereof, is used or intended to be used. |
| 'One-way Road' | A Road that provides a minimum of one Traffic Lane width designed for traffic flow in one direction only. |
| 'Residential Unit' | Any Building or portion thereof which contains living facilities, including provisions for sleeping, eating, cooking, and/or sanitation for one or more persons. Manufactured homes, mobile homes, and factory-built housing are considered residential units. |
| 'Road' | A public or private vehicular pathway to more than four (4) Residential Units, or to any industrial or commercial Occupancy. |
| 'Roadway' | Any surface designed, improved or ordinarily used for vehicle travel that is either publicly owned and maintained, or privately owned and maintained, but dedicated for public use. |
| 'Same Practical Effect' | Means an exception or alternative with the capability of applying accepted wildland fire suppression strategies and tactics, and provisions for fire fighter safety, including, but not limited to:<br>(a) Access for emergency wildland fire equipment,<br>(b) Safe civilian evacuation,<br>(c) Signing that avoids delays in emergency equipment response,<br>(d) Available and accessible water to effectively attack wildfire or defend a structure from wildfire, and<br>(e) Fuel modification sufficient for civilian and fire fighter safety. |

| | |
|---|---|
| 'Shoulder' | Vehicular access adjacent to the traffic lane. |
| 'Structure' | That which is built or constructed or any piece of work artificially built up or composed of parts joined together in some definite manner. |
| 'Traffic Lane' | The surfaced portion of a Road or Driveway that provides a single line of vehicle travel. |
| 'Travel Way' | The combination of Traffic Lane and drivable Shoulder that shall constitute the full width area a vehicle can safely traverse. |
| 'Turnaround' | An area which allows for a safe opposite change of direction for Fire Apparatus at the end of a Road or Driveway. |
| 'Turnout' | A widening in a Road or Driveway to allow vehicles to pass. |
| 'Utility and Miscellaneous Group U Buildings' | A Structure of an accessory character or a miscellaneous Structure not classified in any specific Occupancy permitted, constructed, equipped, and maintained to conform to the requirements of Title 24, California Building Standards Code. |
| 'Wildfire' | Has the same meaning as "Forest Fire" in Public Resources Code Section 4103 as may be amended. |
| 'Zoning Administrator' | The Napa County Director of Planning, Building and Environmental Services has been appointed by the Napa County Board of Supervisors to serve as the Napa County Zoning Administrator in accordance with the Napa County Code and Government Code Sections 65900, et seq. |

**5. <u>LOCAL RESPONSIBILITY AREA (LRA) EXCEPTION</u>**

Improvements to an existing driveway are not required for the construction of new second dwelling units located in the LRA and not designated within a Very High Fire Hazard Severity Zone (VHFHSZ) as determined by the Office of the State Fire Marshal. For new second dwellings that require new access driveways, the new access driveways shall be constructed to the residential driveway standard from the point of access to the new second dwelling unit.

Furthermore, in addition to the exceptions provided for in Section 3(d), of these Standards, owners and leaseholders of property that is located completely within the LRA and not designated as being in a VHFHSZ, may apply for an exception to these Standards. The exception request must provide measures which provide safe access for emergency apparatus, safe civilian

evacuation, and the avoidance of delays in emergency response based on the demands of the property as determined by the County Engineer and Fire Marshal on a case-by-case basis.

Unlike exceptions within the SRA or for property located within the VHFHSZ, exceptions for property located completely within the LRA *may* be permitted when they do not provide the same overall practical effect as the SRA Fire Safe Regulations. The overall safety of the residents, visitors, and first responders to fires and other incidents within Napa County, however, will remain a factor in determining whether or not an exception shall be granted for property solely within the LRA that is not in a VHFHSZ. Section 3 of these Standards shall apply to properties designated as being in a VHFHSZ.

The application for an exception will be made in the manner addressed in Section 3 of these Standards. Any exceptions granted under this provision must comply with all applicable Federal, State, and Local laws and regulations. The provisions of Section 5 exclude any public road improvement required by these Standards or by the Director of Public Works.

## 6. [RESERVED.]

## 7. [RESERVED.]

## 8. PRIVATE ROAD DEVELOPMENTS

Private road developments may be allowed upon specific approval of the County and are subject to the same improvement requirements as public road requirements. However, the roads will not be maintained by the County. In order to secure access rights for the public, developers are generally required to offer to dedicate roadways, but the County will not accept maintenance responsibility for the roads that are to remain private.

## 9. PARKING REQUIREMENTS

(a) Off-street parking space requirements for new or modified structures and new uses shall be as required by Napa County Code Chapter 18.110 and 18.104 or as required by the County Engineer or approving body based on the required parking demand associated with the proposed use, see Detail P-1 and D-8 for design standards. Parking maximums may be set and enforced by the County Engineer or approving body to prevent over-supply of parking that could stimulate unnecessary vehicle trips or commercial activity exceeding the site’s capacity.

(b) Full street parking consisting of bays, parallel parking lanes, or an acceptable alternate as long as the distance from the parking bay to the lot served does not exceed 150 feet. Set back requirements shall be shown on a document to be recorded concurrently with the final subdivision map, parcel map, and/or development project. All streets without on-street parking provisions shall be posted with "No Parking" signs or other suitable regulatory devices.