# Exhibit 16

Menu

NAPA COUNTY

Search Napa County...

Back to County Home

Home › Departments › Fire Department › Fire Marshal's Office
› Special Events, Tents & Estate Tasting Event Permit (AB 720)
› Estate Tasting Event Permit (AB 720)
› Frequently Asked Questions about Estate Tasting Event Permits (AB 720)

# Frequently Asked Questions about Estate Tasting Event Permits (AB 720)

## What is the Type 93 Estate Tasting Event Permit?

The Type 93 permit is a state-issued ABC permit that allows eligible winegrowers to host limited outdoor wine-tasting events on certain vineyard parcels they own or control that do not contain a winery production facility, subject to local approval.

Select Language
Google Translate

# When does the pilot program take effect?

The Napa County pilot program:

- Begins: January 1, 2026
- Expires: July 1, 2027

# Why is Napa County reviewing these permits?

Although the permit is issued by the California Department of Alcoholic Beverage Control (ABC), state law requires local review by law enforcement, including the Fire Marshal. State law expressly preserves the County's authority to regulate land use and public safety, and Napa County's review ensures events meet fire and life-safety standards, protect emergency access, and comply with local road and land-use requirements.

# How did Napa County develop this approach?

Following direction from the Board of Supervisors, County staff analyzed and identified how the new activity could be absorbed within the current regulatory framework while leaving unchanged current land use controls. Staff subsequently worked closely with members of the wine industry and other stakeholders to refine the approach in a practical manner with a primary focus on public safety. The resulting pilot program reflects collaborative input and is designed to balance state law, agricultural operations, and Napa County's longstanding public safety and land-use standards.

# Who is eligible?

Eligible applicants must:

Google Translate

- Hold a valid ABC Type 02 winegrower license
- Own or control the vineyard parcel where the event will occur
- Use parcels without a winery production facility

## Where can events be held?

Events must:

- Occur outdoors only
- Take place on vineyard parcels without a winery production facility
- Use agricultural roads that maintain required emergency access

Events are not allowed inside buildings or under structures that require a building permit.

## What activities are allowed?

Approved events may include on-sale and off-sale tasting of wine produced by or for the licensed winegrower, consistent with all ABC rules and AB 720 permit conditions.

## How many people and events are allowed?

- Up to 49 people per event (including staff)
- Up to 36 events per calendar year
- Events must occur during daylight hours and within one calendar day

## Why is the event limited to a maximum of 49 people, including staff and guests?

The 49-person limit keeps the event below Fire Code assembly occupancy thresholds and below other Napa County permit thresholds, allowing the

Google Translate

event to operate without triggering additional permitting or life-safety requirements.

## Are there traffic and safety limits?

Yes. Events must:

- Remain below 40 Average Daily Trips (ADT) as specified and described in the 2023 Napa County Road and Street Standards [insert link]
- Maintain unobstructed emergency access
- Cannot occur during Red Flag Warning days or hazardous conditions

## Why is the event limited to 40 Average Daily Trips, and how is emergency access maintained?

Limiting events to 40 Average Daily Trips (ADT) allows the roadway to maintain its agricultural road classification under the Napa County Road and Street Standards. Emergency access is preserved by requiring a minimum 14-foot clear roadway width, along with code-compliant turnouts and turnarounds to support fire and emergency response.

## Does this permit override other County approvals?

No.

The Type 93 permit does not override existing use permits, entitlements, or local land-use, fire, accessibility, or public health requirements.

Google Translate

# Does this pilot program create new regulations?

No.

The pilot provides interpretive guidance and a review process for a state-mandated ABC permit. It does not create new zoning or land-use regulations.

# How do you apply for an AB 720 (Type 93) Estate Tasting Event Permit?

To apply for an AB 720 (Type 93) Estate Tasting Event Permit, an applicant should submit the following to the Napa County Fire Marshal's Office

- A completed Annual Permit Application
- Valid 02 ABC License
- Fire and Life Safety Acknowledgement Form
- Aerial Site Map(s)

# What is the local permit fee?

- $343 annual flat fee, paid to the Napa County Fire Marshal's Office (ABC and other agency fees may also apply.)

## Contact Us

### Fire Marshal's Office

[Email the Fire Marshal's Office]

**Physical Address**

[illegible]51 California Blvd

Google Translate

Napa, CA 94559

Phone: 707-299-1464

**Additional Phone Numbers:**
Tents/Events: 707-299-1464

Directory

Frequently Asked Questions about Estate Tasting Event Permits (AB 720)

NAPA COUNTY

## Contact Us

Google Translate

**Fire Marshal's Office**

951 California Blvd
Napa, CA 94559

707-299-1464

**More Contact Information**

## Quick Links

- Agendas & Minutes
- Department Directory
- Jobs & Careers
- Permits & Certificates
- Procurement
- Code of Ordinances
- County Holiday Closures

## Follow & Engage

Google Translate

Connect Napa County

Facebook

X

Threads

Instagram

YouTube

LinkedIn

## Site Links

County Home Page

Site Map

Accessibility

Copyright Notices

Privacy Policy

Public Records

Account/Sign-In

County Employees

Google Translate