# Exhibit 18

2/22/19

# NAPA COUNTY

## Planning, Building and Environmental Services

A Tradition of Stewardship
A Commitment to Service

## USE PERMIT/MAJOR MODIFICATION APPLICATION
## WINERY USES

## *Before you file an application...*

Before you submit your application materials, and generally as early in the process as possible, you may schedule a Pre-Application Review Meeting (or Pre-App) with a member of the Planning Department Staff. The Pre-App is helpful as it will give you an opportunity to: get initial feedback from Planning Staff; discuss the specific items which will need to be included in your submittal; and, (as necessary) review the property's history and the County's environmental sensitivity mapping. Please give the Planning Division a call at 707.253.4417 or send us an email at planning@countyofnapa.org to schedule a meeting.

## Contents

x General Application Form

x Use Permit Checklist of Required Application Materials

x **Signed** Indemnification Form

x **Signed** Hourly Fee Agreement

x **Signed** Code Compliance Program Acknowledgement Documentation

x Supplemental Application for Winery Uses

Planning, Building, & Environmental Services
1195 Third Street, Suite 210
Napa, CA 94559
Main: (707) 253-4417
Fax: (707) 253-4336

NAPA COUNTY CALIFORNIA

A Tradition of Stewardship
A Commitment to Service

# PLANNING APPLICATION FORM

## Applicant Information

| | | |
|---|---|---|
| Applicant's Name: Summit Lake Winery | Phone: (707)965-2488 | E-Mail Address: hgriffin@summitlakevineyards.com |
| Applicant's Mailing Address: 2000 Summit Lake Dr. | City: Angwin | State/Zip Code: CA, 95408 |
| Property Owner's Name: (if different from Applicant) Summit Lake Vineyards GP | Phone: | E-Mail Address: hgriffin@summitlakevineyards.com |
| Property Owner's Mailing Address: | City: | State/Zip Code: |
| Agent's Name: (if different from Applicant) Kirsty Shelton | Phone: (707)692-6636 | E-Mail Address: ks@palisadeslanduse.com |
| Agent's Mailing Address: 101 S. Coombs Suite Y6 | City: Napa | State/Zip Code: CA, 94559 |
| Other Representative: (Engineer/Architect) | Phone: | E-Mail Address: |
| Representative's Mailing Address: | City: | State/Zip Code: |

## Property Information

Project Name and Address: Summit Lake Winery

Assessor's Parcel Number(s): 018-200-021

Site of site (acreage and/or square footage): 20.7

General Plan Designation: AWOS Zoning: AW

## Application Type[1] (For Staff Use)

| Administrative | Zoning Administrator | Planning Commission/ALUC/BOS | Misc. Services |
|---|---|---|---|
| ☐ Admin Viewshed | ☐ Certificate of Legal Non Conformity | ☐ AG Preserve Contract | ☐ Use Determination |
| ☐ Erosion Control Plan: Track II | ☐ Viewshed | ☐ Development Agreement | ☐ Status Determination |
| ☐ Erosion Control Plan: Track I | ☐ Minor Modification | ☐ Airport Land Use Consistency Determination | |
| ☐ Fence Entry Structure Permit | ☐ Road Exception | ☐ General, Specific or Airport Land Use Plan Amendment | |
| ☐ Land Division/Mergers | ☐ Variance | ☐ Use Permit | |
| ☐ Site Plan Approval/Modif. | | ☐ Major Modification | |
| ☐ Temporary Event: ________ | | ☐ Variance | |
| ☐ Very Minor Modification | | ☐ Zoning Map/Text Amendment | |
| ☐ Addressing | | ☐ Road Exception | |
| ☐ Signs | | ☐ Con. Reg. Exception | |
| ☐ Other: ________ | ☐ Other: ________ | ☐ Other: ________ | ☐ Other: ________ |

[1]: **Include corresponding submittal requirements for each application type.**

**Detailed Project Description (required):** A typed, detailed project description is required that describes the proposed development or use(s); the existing site conditions/uses; the number, size, type and nature of any proposed residential dwelling units or total amount of new non-residential square-footage by type of use. Please refer to specific Supplemental Application submittal handouts for details to describe the project and required special studies.

## Conditions of Application

1. All materials (plans, studies, documents, etc.) and representations submitted in conjunction with this form shall be considered a part of this application and publicly available for review and use, including reproduction.
2. The owner shall inform the Planning Division in writing of any changes.
3. Agent authorization: The property owner authorizes the listed agent(s) and/or other representative(s) to appear before staff, the Director, the Zoning Administrator, and Planning Commission to represent the owner's interests and to file applications, plans and other information on the owner's behalf.
4. Certification and Indemnification Form: Refer to attached form for notifications and required signature.
5. Fees: The applicant agrees to pay the County any and all processing fees imposed by Board of Supervisor Resolution No. 2018-102 including the establishment of an hourly fee application agreement and initial deposit (Section 80.250 Hourly Project Policies and Procedures). Applicant understands that fees include, but not limited to: Planning, Engineering, Public Works, and County Counsel staff time billed at an hourly rate; required Consultant service billed rates; production or reproduction of materials and exhibits; public notice advertisements; and postage. In the event the property owner is different than the applicant, the property owner must sign to indicate consent to the filing and agreement to pay fees in the event of the applicant's failure to pay said fees. Failure to pay all accumulated fees by the time of public hearing will result in a continuance.
6. This form, together with the corresponding application forms for specific permits, will become the Permit Document.

I have read and agree with all of the above. The above information and attached documents are true and correct to the best of my knowledge. All property owners holding a title interest must sign the application form. If there are more than two property owners, list their names, mailing addresses, phone numbers and signatures on a separate sheet of paper.

If you wish notice of meetings/correspondence to be sent to parties other than those listed on Page 1, please list them on a separate piece of paper.

[signature] 3/27/19
Property Owner's Signature and Date

Property Owner's Signature and Date

## Applicant/Agent Statement

I am authorized and empowered to act as an agent on behalf of the owner of record on all matters relating to this application. I declare that the foregoing is true and correct and accept that false or inaccurate owner authorization may invalidate or delay action on this application.

[signature] 3/27/19
Applicant's Signature and Date

| | Application Fees | |
|---|---|---|
| **Date Received:** | **Deposit Amount** | **$** |
| **Received by:** | **Flat Fee Due** | **$** |
| **Receipt No.** | **Total** | **$** |
| **File No.** | **Check No** | |

# Checklist of Required Application Materials

*Please make sure that the following documents are complete and legible. Consistent with the State Permit Streamlining Act and Departmental policy, the Planning, Building and Environmental Services (PBES) Department will make an application completeness determination within thirty days of application submittal and the payment of all required initial fees.*

✓ **General Application Form:** The attached General Application Form must be completed in full and signed by the property owner or their authorized agent. Corporations, partnership, and the like have special signature requirements as noted on the Form.

✓ **Application Fee:** Total Fees are based on actual time and materials. A deposit in the amount of **$10,000, check made payable to County of Napa.**

✓ **Read and Sign the Hourly Fee Agreement**

✓ **Detailed Project Description:** The Project Description should address all of the applicable items listed below:

1. Existing site conditions and uses.
2. Proposed type of development and size, proposed uses/business, development phases, changes or alterations to the property or building including new/modified improvements and off-site improvements.
3. Days of the week and hours of operation.
4. Maximum number of employees per shift and hours of shifts.
5. Are there additional licenses and/or approvals from outside agencies needed from a Special District, Regional, State, Federal?
6. What is your water supply? How/where is liquid/solid waste disposed?

✓ **To-Scale Site Development Plans (ALL plans must be to an identified architect's or engineer's scale and shall be legible):**
Submit **three (3)** 24" X 36" and **one** 11" x 17" copies of plans consistent with information contained in the ***Building Department Site Plan Handout.***

✓ **To-Scale Floor Plans (ALL plans must be to an identified architect's or engineer's scale, shall show the existing and proposed conditions of the building and shall be legible):**
Submit **three (3)** 24" X 36" and **one** 11" x 17" copies of plans with the following information and details:

1. Dimensions and area of all rooms, hallways and covered or partially enclosed outdoor areas.
2. Use of each area within each structure/building.
3. Location of emergency exists.

✓ **To-Scale Building Elevations (ALL plans must be to an identified architect's or engineer's scale, shall show the existing and proposed conditions of the building and shall be legible):**

Submit **three (3)** 24" X 36" and **one** 11" x 17" copies of plans with the following information and details:

1. All relevant dimensions.
2. Exterior materials.
3. Exterior colors.
4. Existing grade.
5. Finished grade.
6. Finished floor level.
7. Building height consistent with Figure 209-1 of the 1997 UBC Handbook.

✓ **Technical Information and Reports**
The following technical information and studies are generally required unless waived by County Planning Staff at or following a Pre-Application Review Meeting. Please see County Planning Staff for a list of pre-qualified consultants.

1. FOR WINERY PROJECTS: Additional submittal information is necessary and should be included with the submittal packet consistent with the Winery Use Permit Supplemental Submittal Requirements.
2. Traffic Study consistent with Traffic Impact Study Preparation Requirements link: https://www.countyofnapa.org/DocumentCenter/View/2514/Requirements-for-Preparation-of-Traffic-Impact-Studies-PDF.
3. Archeological/Cultural Resources Study (consistent with State of California requirements)
4. Historic Resources Study (consistent with State Office of Historic Preservation requirements)
5. Biological Study – Includes Special Status Survey (consistent with *Guidelines for Preparing Biological Resources Reconnaissance Surveys* and *Guidelines for Preparing Special-Status Plant Studies*)

6. Water Availability/Groundwater Study (consistent with the WAA Guidance Document adopted by the Board 5/12/2015)
7. Special Studies (The following may be required on a project-specific basis at the discretion of the PBES Director.)
   - ☐ Noise Study (demonstrating consistency with Napa County Code Chapter 8.16).
   - ☐ Aviation Compatibility Study (consistent with Airport Land Use Compatibility Plan requirements)
   - ☐ Visual Impacts Study (Photographic simulations)
   - ☐ Geological/Geotechnical Hazard Report – Alquist Priolo Act
   - ☐ Hydraulic Analysis (flood impact) if within Floodplain and/or Floodway
   - ☐ Stormwater Control Plan (consistent with Napa County BASMAA Post Construction Manual)
   - ☐ Other: ____________________
   - ☐ Other: ____________________

☐ **Additional Information Required by the Environmental Health Department:**

1. Soil Evaluation Report if an on-site septic system is proposed.
2. Septic Feasibility Report for any new or upgraded septic systems or any expansion of use relying on an existing septic system.
3. Water System Feasibility Report if the water supply system will serve 25 or more people inclusive of employees, visitors, and residents or if kitchen is proposed. See enclosed handout provided by Environmental Services.
4. Water and/or Sewage Disposal Easement if an off-site spring, well, reservoir, storage tank, or individual sewage disposal system is proposed.
5. Completed Business Activities form, enclosed.
6. Solid Waste & Recycling Storage area location and size included on overall site plan. See guidelines at www.countyofnapa.org/DEM/.
7. Cave setback plan if a cave is proposed. See handout provided by Environmental Services.

Please click on Other Information tab at https://www.countyofnapa.org/1904/Environmental-Health-Division for forms and handouts related to use permit application submittal.

Please click on Other Information tab at https://www.countyofnapa.org/1904/Environmental-Health-Division for forms and handouts related to use permit application submittal.

☐ **Additional Information Required by the Engineering Services:**
Please contact Engineering Services for any additional handouts or forms related to use permit application submittal.

☐ ***Please Note***
While this checklist includes all information generally required to process a Use Permit application, it is primarily focused on winery uses. Additional information may be required at the discretion of the Planning Manager, and in particular in those cases where non-winery commercial uses (such as restaurants) are proposed. **The Planning Division will make every effort to identify any additional required information at or directly following the Pre-application Review Meeting.**

☑ **Plans and Studies provided electronically via CD, USB Drive and/or DropBox link.**

## Certification and Indemnification

Applicant certifies that all the information contained in this application, including all information required in the Checklist of Required Application Materials and any supplemental submitted information including, but not limited to, the information sheet, water supply/waste disposal information sheet, site plan, floor plan, building elevations, water supply/waste disposal system site plan and toxic materials list, is complete and accurate to the best of his/her knowledge. Applicant and property owner hereby authorize such investigations including access to County Assessor's Records as are deemed necessary by the County Planning Division for preparation of reports related to this application, *including the right of access to the property involved.*

Pursuant to Chapter 1.30 of the Napa County Code, as part of the application for a discretionary land use project approval for the project identified below, Applicant agrees to defend, indemnify, release and hold harmless Napa County, its agents, officers, attorneys, employees, departments, boards and commissions (hereafter collectively "County") from any claim, action or proceeding (hereafter collectively "proceeding") brought against County, the purpose of which is to attack, set aside, void or annul the discretionary project approval of the County, or an action relating to this project required by any such proceeding to be taken to comply with the California Environmental Quality Act by County, or both. This indemnification shall include, but not be limited to, damages awarded against the County, if any, and cost of suit, attorneys' fees, and other liabilities and expenses incurred in connection with such proceeding that relate to this discretionary approval or an action related to this project taken to comply with CEQA whether incurred by the Applicant, the County, and/or the parties initiating or bringing such proceeding. Applicant further agrees to indemnify the County for all of County's costs, attorneys' fees, and damages, which the County incurs in enforcing this indemnification agreement.

Applicant further agrees, as a condition of project approval, to defend, indemnify and hold harmless the County for all costs incurred in additional investigation of or study of, or for supplementing, redrafting, revising, or amending any document (such as an EIR, negative declaration, specific plan, or general plan amendment) if made necessary by said proceeding and if the Applicant desires to pursue securing approvals which are conditioned on the approval of such documents.

In the event any such proceeding is brought, County shall promptly notify the Applicant of the proceeding, and County shall cooperate fully in the defense. If County fails to promptly notify the Applicant of the proceeding, or if County fails to cooperate fully in the defense, the Applicant shall not thereafter be responsible to defend, indemnify, or hold harmless the County. The County shall retain the right to participate in the defense of the proceeding if it bears its own attorneys' fees and costs, and defends the action in good faith. The Applicant shall not be required to pay or perform any settlement unless the settlement is approved by the Applicant.

Robert J. Brakesman
Print Name of Property Owner

Same
Print Name Signature of Applicant (if different)

[signature]
Signature of Property Owner

3/27/19
Date

Signature of Applicant

Date

# Hourly Fee Agreement

PROJECT File: Summit Lake Winery ; request for

Use Permit Major Modification . I,

, the undersigned, hereby authorize the County of Napa to process the above referenced permit request in accordance with the Napa County Code. I am providing $ 10,000 as a deposit to pay for County staff review, coordination and processing costs related to my permit request based on actual staff time expended and other direct costs. **In making this deposit, I acknowledge and understand that the deposit may only cover a portion of the total processing costs. Actual costs for staff time are based on hourly rates adopted by the Board of Supervisors in the most current Napa County fee schedule. I also understand and agree that I am responsible for paying these costs even if the application is withdrawn or not approved.**

I understand and agree to the following terms and conditions of this Hourly Fee Agreement:

1. Time spent by Napa County staff in processing my application and any direct costs will be billed against the available deposit. "Staff time" includes, but is not limited to, time spent reviewing application materials, site visits, responding by phone or correspondence to inquiries from the applicant, the applicant's representatives, neighbors and/or interested parties, attendance and participation at meetings and public hearings, preparation of staff reports and other correspondence, or responding to any legal challenges related to the application during the processing of your application. "Staff" includes any employee of the Planning, Building and Environmental Services Department (PBES), the Office of the County Counsel, or other County staff necessary for complete processing of the application. "Direct costs" include any consultant costs for the peer review of materials submitted with the application, preparation of California Environmental Quality Act (CEQA) documents, expanded technical studies, project management, and/or other outside professional assistance required by the County and agreed to by the applicant. The cost to manage consultant contracts by staff will also be billed against the available deposit.

2. Staff will review the application for completeness and provide me with a good faith estimate of the full cost of processing the permit. Any requested additional deposit shall be submitted to PBES to allow continued processing of the project.

3. I understand that the County desires to avoid incurring permit processing costs without having sufficient funds on deposit. If staff determines that inadequate funds are on deposit for continued processing, staff shall notify me in writing and request an additional deposit amount estimated necessary to complete processing of my application. I agree to submit sufficient funds as requested by staff to process the project through the hearing process within 30 days of the request.

4. I understand that if the amount on deposit falls below zero, staff will notify me and stop work on the application until sufficient additional funds are provided

5. If the final cost is less than the amount remaining on deposit, the unused portion of the deposit will be refunded to me. If the final cost is more than the available deposit, I agree to pay the amount due within 30 days of billing.

6. If I fail to pay any invoices or requests for additional deposits within 30 days, the County may either stop processing my permit application, or after conducting a hearing, may deny my permit application. If I fail to pay any amount due after my application is approved, I understand that my permit may not be exercised, or may be subject to revocation. I further agree that no building, grading, sewage, or other project related permits will be issued if my account is in arrears.

7. I may file a written request for a further explanation or itemization of invoices, but such a request does not alter my obligation to pay any invoices in accordance with the terms of this agreement.

Name of Applicant responsible for payment of all County processing fees (Please Print):
Summit Lake Vineyards & Winery

Mailing Address of the Applicant responsible for paying processing fees:
2000 Summit Lake Dr
Angwin, CA 95408

Signature:* [signature]

Email Address: hgriffin@summitlakevineyards.com

Date: 3/27/19

Phone Number: (707)965-2488

*ATTENTION - The applicant will be held responsible for all charges.

**NAPA COUNTY CODE COMPLIANCE PROGRAM**
**RESOLUTION NO. 2018-164**
**ACKNOWLEDGEMENT DOCUMENTATION**

PLEASE SELECT ONE BOX:

☐ Applicant represents that this project **WILL NOT BE** participating in the County's Voluntary Compliance Program established through Resolution No. 2018-164. This application represents a standard Major Modification of the project's existing Use Permit.

☒ Applicant represents that this project **WILL BE** participating in the County's Voluntary Compliance Program.

The following information shall be submitted with this application in order to qualify under this program:

1. Visitation and/or Marketing Changes - Please provide visitation logs/records for all "Public" and "By Appointment Only" tours and tastings and/or all marketing events occurring at the winery within the past 12 months based upon your date of application submittal. Please include a complete listing of temporary events conducted at the winery under Napa County Code Chapter 5.36, Temporary Events.

   enclosed

2. Employee Changes – Please provide official employee records and/or signed employee affidavits confirming the number of all employees at the winery within the past 12 months, including vineyard workers, based upon your date of application submittal. no change

3. Production Changes – Please provide the following information from the past 12 months, based upon your date of application submittal:

   - One copy of the Federal *Report of Wine Premises Operations* TTB Form 5120.17 (sometimes referred to as the 702 form). Please provide only the forms for the winery located at the subject application address.
   - A copy of your current license from the California Department of Alcoholic Beverage Control.
   - One copy of the State of California of Food and Agriculture Grape Crush Workbook, showing all sources and amounts of grapes/juice and/or bulk use.
   - Information for all custom crush clients who utilize your winery for their production. Please write a very short narrative describing the name of each client and the amount of wine produced for each client.

   not out of compliance

Pursuant to Napa County Resolution No. 2018-164, I hereby certify that the current application submittal and submitted documentation with regards to the requested information above is to the best of my knowledge true and correct under penalty of perjury.

[signature] 3/27/19

Winery Owner's Signature Date

[signature] 3/27/19

Property Owner's Signature Date

# Supplemental Application for Winery Uses

## Definitions

The below are paraphrased from County Code, please see referenced code sections for full text.

a. **Winery Development Area** – All aggregate paved or impervious or semi-permeable ground surface areas of the production facility which includes all storage areas (except caves), offices, laboratories, kitchens, tasting rooms and paved parking areas for the exclusive use of winery employees. *See Napa County Code §18.104.210*

b. **Winery Coverage** – The total square foot area of all winery building footprints, all aggregate paved or impervious ground surface areas of the production facility which includes all outside work, tank and storage areas (except caves); all paved areas including parking and loading areas, walkways, and access driveways to public or private roads or rights-of-way; and all above-ground wastewater and run-off treatment systems. *See Napa County Code §18.104.220*

c. **Production Facility** – (For the purpose to calculate the maximum allowable accessory use) The total square footage of all winery crushing, fermenting, bottling, bulk and bottle storage, shipping, receiving, laboratory, equipment storage and maintenance facilities, and employee-designated restrooms but does not include wastewater treatment or disposal areas which cannot be used for agricultural purposes. *See Napa County Code §18.104.200*

d. **Accessory Use** - The total square footage of area within winery structures used for accessory uses related to a winery that are not defined as "production facility" which would include offices, lobbies/waiting rooms, conference/meeting rooms, non-production access hallways, kitchens, tasting rooms (private and public areas), retail space areas, libraries, non-employee designated restrooms, art display areas, or any area within winery structures not directly related to wine production. *See Napa County Code §18.104.200*

**Planning, Building & Environmental Services**

## Winery Production Process

The Napa County Code contains various references to winery production and refers to production capacity as "the wine bottled or received" at a winery and refers to "bottling and storage of bottled wine and shipping and receiving of bulk and bottled wine "(Code Section 18.16.030(G)(4)).[1]

This handout was developed by the County planning staff with the assistance of a number of local industry representatives to assist property owners and other interested parties in interpreting Napa County Code references to winery production. It does not create a new definition or regulation.

A winery's total annual production equals either (1) the sum of all wine created through fermentation in a given year, plus the net total of all fermented bulk wine received and shipped in the same year, including all bottled wine received on the premises during the same year; or (2) the amount of wine bottled on the premises in the same given year, *whichever is greater.*

Using the diagram on the right, this means the greater of A+(B-C), or D. If B-C is a negative number, total production is equal to either A or D, whichever is greater.

This interpretation holds true for all physical winery facilities regardless of the number of business entities (e.g. Alternating Proprietors/Custom Crush) they accommodate or the date that their production capacity was established or recognized. However, wineries occupying multiple facilities are governed by the specific terms of their use permit or Certificate of Legal Non-conformity (CLN), which may vary.

Quantities represented by items A through D on the diagram can be determined by reviewing a winery's annual submittals to the federal Alcohol and Tobacco Tax and Trade Bureau (TTB). The County may periodically request a copy of these submittal (s) as a way to monitor compliance with previously adopted conditions/requirements. The County recognizes that annual variations can occur due to the grape harvest and the timing of finishing/bottling, and will generally review and average three consecutive years of data.




**Figure 1. Winery Production Process**

[1] The complexity of these statements can be attributed to the authors' desire to avoid "double counting" bulk wine that is both received and bottled at a winery, and the fact that multiple vintages are present within a winery at any given time.

February 2019

## WINERY OPERATIONS

Please indicate whether the activity or uses below are already legally **EXISTING**, whether they exist and are proposed to be **EXPANDED** as part of this application, whether they are **NEWLY PROPOSED** as part of this application, or whether they are neither existing nor proposed (**NONE**).

| | | | | |
|---|---|---|---|---|
| Retail Wine Sales | ☒ Existing | ☐ Expanded | ☐ Newly Proposed | ☐ None |
| Tours and Tasting- Open to the Public | ☐ Existing | | | |
| Tours and Tasting- By Appointment | ☒ Existing | ☐ Expanded | ☐ Newly Proposed | ☐ None |
| Food at Tours and Tastings | ☐ Existing | ☐ Expanded | ☒ Newly Proposed | ☐ None |
| Marketing Events* | ☐ Existing | ☒ Expanded | ☐ Newly Proposed | ☐ None |
| Food at Marketing Events | ☒ Existing | ☐ Expanded | ☐ Newly Proposed | ☐ None |
| Will food be prepared… | ☐ On-Site? | ☒ Catered? | | |
| Public display of art or wine-related items | ☐ Existing | ☐ Expanded | ☐ Newly Proposed | ☒ None |
| Wine Sales/Consumption – AB 2004 | ☐ Existing | | ☒ Proposed | ☐ None |

** For reference please see definition of "Marketing," at Napa County Code §18.08.370 -* http://library.municode.com/index.aspx?clientId=16513

## Production Capacity *

**Please identify the winery's…**

Existing permitted production capacity: 12,000 gal/y Per permit: 18-200-21 Permit date: 3/1/1984

Current maximum actual production: *will be provided under separate cover gal/y For what year? ________

Average 3 year production: *will be provided under separate cover gal/y

Proposed production capacity: 30,000 g/yr

** For this section, please see "Winery Production Process," at page 11.*

## Visitation and Operations

**Please identify the winery's…**

| | | |
|---|---|---|
| Maximum daily tours/tastings visitation: | 18 existing | 18 proposed |
| Maximum weekly tours/tastings visitation: | 126 existing | 126 proposed |
| Visitation hours (e.g. M-Sa, 10am-4pm): | 10 am-6pm existing | 10am-6pm proposed |
| Production days and hours[1]: | 7 days existing | 7 days proposed |

[1] It is assumed that wineries will operate up to 24 hours per day during crush.

## Grape Origin

All new wineries and any existing (pre-WDO) winery expanding beyond its winery development area must comply with the 75% rule and complete the attached "Initial Statement of Grape Source". See Napa County Code §18.104.250 (B) & (C). The project statement should include information on location and quantity of grapes.

## Marketing Program

Please describe the winery's proposed marketing program. Include event type, maximum attendance, hours, location/facilities to be used, food service details, etc. Provide a site plan showing where the marketing event activities will occur, including overflow/off-site parking. Differentiate between existing and proposed activities. (Attach additional sheets as necessary.)

Existing operations include 2 annual catering events in the amount of 150 guests.

Proposed operations include an additional ten (10) events per year with 30 guests.

## Food Service

Please describe the nature of any proposed food service including type of food, frequency of service, whether prepared on site or not, kitchen equipment, eating facilities, etc. Please differentiate between existing and proposed food service. (Attach additional sheets as necessary.)

Food and wine pairings as part of the daily visitation & catered food at events.

## Winery Coverage and Accessory/Production Ratio

**Winery Development Area**. Consistent with the definition at "a.," at page 11 and with the marked-up site plans included in your submittal, please indicate your proposed winery development area. If the facility already exists, please differentiate between existing and proposed.

Existing ____________________ sq. ft. ____________________ acres

Proposed ____________________ sq. ft. ____________________ acres

*to be provided with civil engineering plans under separate cover

**Winery Coverage**. Consistent with the definition at "b.," at page 11 and with the marked-up site plans included in your submittal, please indicate your proposed winery coverage (maximum 25% of parcel or 15 acres, whichever is less).

____________________ sq. ft. ____________________ acres ____________________ % of parcel

*to be provided with civil engineering plans under separate cover

**Production Facility**. Consistent with the definition at "c.," at page 11 and the marked-up floor plans included in your submittal, please indicate your proposed *production* square footage. If the facility already exists, please differentiate between existing and proposed.

Existing 2,063 sq. ft. Proposed 5,648 sq. ft.

**Accessory Use**. Consistent with the definition at "d.," at page 11 and the marked-up floor plans included in your submittal, please indicate your proposed *accessory* square footage. If the facility already exists, please differentiate between existing and proposed. (maximum = 40% of the production facility)

Existing 625 sq. ft. 30 % of productionfacility

Proposed 1633 sq. ft. 29 % of productionfacility

## Caves and Crush pads

If new or expanded caves are proposed please indicate which of the following best describes the public accessibility of the cave space: ☐

None – no visitors/tours/events (**Class I**) ☐ Guided Tours Only (**Class II**) ☐ Public Access (**Class III**)

☐ Marketing Events and/or Temporary Events (**Class III**)

*N/A

**Please identify the winery's...**

| | | |
|---|---|---|
| Cave area (total) | Existing: n/a sq. ft. | Proposed: n/a sq. ft. |
| Cave area (Production) | Existing: n/a sq. ft. | Proposed: n/a sq. ft. |
| Cave area (Accessory) | Existing: n/a sq. ft. | Proposed: n/a sq. ft. |
| Covered crush pad area | Existing: n/a sq. ft. | Proposed: 400 sq. ft. |
| Uncovered crush pad area | Existing: 432 sq. ft. | Proposed: n/a sq. ft. |
| Cave Spoils total: n/a | | Proposed: n/a cy. |

Cave Spoils Use: ☐ Onsite ☐ Offsite.

## Initial Statement of Grape Source

Pursuant to Napa County Zoning Ordinance Sections 12419(b) and (c), I hereby certify that the current application for establishment or expansion of a winery pursuant to the Napa County Winery Definition Ordinance will employ sources of grapes in accordance with the requirements of Section 12419(b) and/or (c) of that Ordinance.

[signature] 3/28/19

Owner's Signature Date

*Letters of commitment from grape suppliers and supporting documents may be required prior to issuance of any building permits for the project. Recertification of compliance will be required on a periodic basis. Recertification after initiation of the requested wine production may require the submittal of additional information regarding individual grape sources. Proprietary information will not be disclosed to the public.*

## Existing Conditions Winery Traffic Information / Trip Generation Sheet

### Maximum Daily Weekday Traffic (non-harvest season)

Total number of FT employees: 1 x3.05 one-way trips per employee = 3.1 daily trips.

Total number of PT employees: 2 x1.90 one-way trips per employee = 3.8 daily trips.

Anticipated weekday visitors: 18 / 2.6 visitors per vehicle x 2 one-way trips = 13.8 daily trips.

Gallons of production: 12,000 / 1,000 x .009 truck trips daily[3] x 2 one-way trips = .22 daily trips.

**Total** = **20.9** **daily trips.**

(№ of FT employees) + (№ of PT employees/2) + (sum of visitor and truck trips x .38) = 7.4 **PM peak trips.**

### Maximum Daily Weekend Traffic (non-harvest Saturday)

Number of FT employees (on Saturdays): 1 x 3.05 one-way trips per employee = 3.15 daily trips.

Number of PT employees (on Saturdays): 2 x 1.90 one-way trips per employee = 3.8 daily trips.

Anticipated Saturday visitors: 18 / 2.8 visitors per vehicle x 2 one-way trips = 12.9 daily trips.

**Total** = **19.8** **daily trips.**

(№ of FT employees) + (№ of PT employees/2) + (visitor trips x .57) = 10.4 **PM peak trips.**

### Maximum Daily Weekend Traffic – Saturday Harvest Season

Number of FT employees (during crush): 3 x 3.05 one-way trips per employee = 9.2 daily trips.

Number of PT employees (during crush): 3 x 1.90 one-way trips per employee = 5.7 daily trips.

Anticipated Saturday visitors: 18 / 2.8 visitors per vehicle x 2 one-way trips = 12.9 daily trips.

Gallons of production: 12,000 / 1,000 x .009 truck trips daily x 2 one-way trips = .22 daily trips.

Avg. annual tons of grape on-haul: 60 / 144 truck trips daily[4] x 2 one-way trips = .8 daily trips.

**Total** = **28.82** **daily trips.**

### Largest Marketing Event- Additional Traffic

Number of event staff (largest event): 5 x 2 one-way trips per staff person = 10 trips.

Number of visitors (largest event): 150 / 2.8 visitors per vehicle x 2 one-way trips = 107.1 trips.

Number of special event truck trips (largest event): 4 x 2 one-way trips = 8 trips.

---

[3] Assumes 1.47 materials & supplies trips + 0.8 case goods trips per 1,000 gallons of production / 250 days per year (see *Traffic Information Sheet Addendum* for reference).

[4] Assumes 4 tons per trip / 36 crush days per year (see *Traffic Information Sheet Addendum* for reference).

# Proposed Project Winery Traffic Information / Trip Generation Sheet

## Maximum Daily Weekday Traffic (non-harvest season)

Total number of FT employees:________ x3.05 one-way trips per employee = 3.1 daily trips.

Total number of PT employees:________ x1.90 one-way trips per employee = 3.8 daily trips.

Anticipated weekday visitors:________ / 2.6 visitors per vehicle x 2 one-way trips = 13.8 daily trips.

Gallons of production: 30,000 / 1,000 x .009 truck trips daily[3] x 2 one-way trips = .5 daily trips.

**Total = 21.2 daily trips.**

(№ of FT employees) + (№ of PT employees/2) + (sum of visitor and truck trips x .38) = 7.3 **PM peak trips.**

## Maximum Daily Weekend Traffic (non-harvest Saturday)

Number of FT employees (on Saturdays):________ x 3.05 one-way trips per employee = ________ daily trips.

Number of PT employees (on Saturdays):________ x 1.90 one-way trips per employee = ________ daily trips.

Anticipated Saturday visitors:________ / 2.8 visitors per vehicle x 2 one-way trips = ________ daily trips.

**Total = ________ daily trips.**

(№ of FT employees) + (№ of PT employees/2) + (visitor trips x .57) = ________ **PM peak trips.**

## Maximum Daily Weekend Traffic – Saturday Harvest Season

Number of FT employees (during crush):________ x 3.05 one-way trips per employee = 9.2 daily trips.

Number of PT employees (during crush):________ x 1.90 one-way trips per employee = 5.7 daily trips.

Anticipated Saturday visitors:________ / 2.8 visitors per vehicle x 2 one-way trips = 12.9 daily trips.

Gallons of production: 30,000 / 1,000 x .009 truck trips daily x 2 one-way trips = .5 daily trips.

Avg. annual tons of grape on-haul: 80 / 144 truck trips daily[4] x 2 one-way trips = 1.1 daily trips.

**Total = 29.4 daily trips.**

## Largest Marketing Event- Additional Traffic

Number of event staff (largest event):________ x 2 one-way trips per staff person = ________ trips.

Number of visitors (largest event):________ / 2.8 visitors per vehicle x 2 one-way trips = ________ trips.

Number of special event truck trips (largest event):________ x 2 one-way trips = ________ trips.

Yellow = only changes

[3] Assumes 1.47 materials & supplies trips + 0.8 case goods trips per 1,000 gallons of production / 250 days per year (see *Traffic Information Sheet Addendum* for reference).

[4] Assumes 4 tons per trip / 36 crush days per year (see *Traffic Information Sheet Addendum* for reference

## Traffic Information Sheet Addendum

### Information for Caltrans Review

Application should include:

**Project Location**

- Site Plan showing all driveway location(s)
- Show detail of Caltrans right-of-way
- Aerial photo at a readable scale

**Trip Generation Estimate**

- Please provide separate **Winery Traffic Information / Trip Generation Sheets** for existing and proposed operations.

### Napa County Winery Traffic Generation Characteristics

**Employees**

| | |
|---|---|
| Half-hour lunch: | All - 2 trips/day (1 during weekday PM peak) |
| Hour lunch: | Permanent Full-Time – 3.2 trips/day (1 during weekday PM peak) |
| | Permanent Part-Time – 2 trips/day (1 during weekday PM peak) |
| Seasonal: | 2 trips/day (0 during weekday PM peak)—crush |
| | see full time above—bottling |
| Auto Occupancy: | 1.05 employees/auto |

**Visitors**

Auto occupancy:

Weekday = 2.6 visitors/auto
Weekend = 2.8 visitors/auto

Peaking Factors:

| | |
|---|---|
| Peak Month: | 1.65 x average month |
| Average Weekend: | 0.22 x average month |
| Average Saturday: | 0.53 x average weekend |
| Peak Saturday: | 1.65 x average Saturday |
| Average Sunday: | 0.8 x average Saturday |
| Peak Sunday: | 2.0 x average Sunday |

Peak Weekend Hour: Winery (3-4 PM) - 0.57 x total for weekend day involved

Average 5-Day Week (Monday-Friday) - 1.3 x average weekend

Average Weekday: 0.2 x average 5-day week

Peak Weekday Hour: Winery (3-4 PM) - 0.57 x total for weekday involved
Roadway PM Peak(4-5 PM?) - 0.38 x total for weekday involved

**Service Vehicles**

Grapes (36 days (6weeks)/season): 1.52 trips/1000 gals/season (4 ton loads assumed)
Materials/Supplies (250 days/yr): 1.47 trips/1000 gals/yr
Case Goods (250 days/yr): 0.8 trips/1000 gal/yr

Planning, Building & Environmental Services - Hillary Gitelman, Director
1195 Third Street, Napa, CA 94559 - (707) 253-4417 - www.countyofnapa.org

A Tradition of Stewardship
A Commitment to Service

Project name & APN:
Project number if known:
Contact person:
Contact email & phone number:
Today's date:

# Voluntary Best Management Practices Checklist for Development Projects

Napa County General Plan Policy CON-65 (e) and Policy CON-67 (d) requires the consideration of Greenhouse Gas (GHG) emissions in the review of discretionary projects and to promote and encourage "green building" design. The below Best Management Practices (BMPs) reduce GHG emissions through energy and water conservation, waste reduction, efficient transportation, and land conservation. The voluntary checklist included here should be consulted early in the project and be considered for inclusion in new development. It is not intended, and likely not possible for all projects to adhere to all of the BMPs. Rather, these BMPs provide a portfolio of options from which a project could choose, taking into consideration cost, co-benefits, schedule, and project specific requirements. Please check the box for all BMPs that your project proposes to include and include a separate narrative if your project has special circumstances.

## Practices with Measurable GHG Reduction Potential

**The following measures reduce GHG emissions and if needed can be calculated. They are placed in descending order based on the amount of emission reduction potential.**

| Already Doing | Plan To Do | ID # | BMP Name |
|---|---|---|---|
| ☐ | ■ | BMP-1 | **Generation of on-site renewable energy** |
| ☐ | ☐ | BMP-2 | **Preservation of developable open space in a conservation easement** |

**BMP-1 Generation of on-site renewable energy**

*If a project team designs with alternative energy in mind at the conceptual stage it can be integrated into the design. For instance, the roof can be oriented, sized, and engineered to accommodate photovoltaic (PV) panels. If you intend to do this BMP, please indicate the location of the proposed PV panels on the building elevations or the location of the ground mounted PV array on the site plan. Please indicate the total annual energy demand and the total annual kilowatt hours produced or purchased and the potential percentage reduction of electrical consumption. Please contact staff or refer to the handout to calcuate how much electrical energy your project may need.*

______________________________
______________________________
______________________________
______________________________

**BMP-2 Preservation of developable open space in a conservation easement**

*Please indicate the amount and location of developable land (i.e.: under 30% slope and not in creek setbacks or environmentally sensitive areas for vineyards) conserved in a permanent easement to prohibit future development.*

______________________________
______________________________

As approved by the Planning Commission
07/03/2013

| Already Doing | Plan To Do | | |
|---|---|---|---|
| ☐ | ☐ | **BMP-3** | **Habitat restoration or new vegetation (e.g. planting of additional trees over 1/2 acre)** |

*Napa County is famous for its land stewardship and preservation. Restoring areas within the creek setback reduces erosion potential while planting areas that are currently hardscape (such as doing a bio-retention swale rather than underground storm drains) reduces storm water and helps the groundwater recharge. Planting trees can also increase the annual uptake of CO2e and add the County's carbon stock.*

______________________________

☐ ☐ **BMP-4 Alternative fuel and electrical vehicles in fleet**

*The magnitude of GHG reductions achieved through implementation of this measure varies depending on the analysis year, equipment, and fuel type replaced.*

**Number of total vehicles** ______________________________
**Typical annual fuel consumption or VMT** ______________________________
**Number of alternative fuel vehicles** ______________________________
**Type of fuel/vehicle(s)** ______________________________
**Potential annual fuel or VMT savings** ______________________________

☐ ■ **BMP-5 Exceed Title 24 energy efficiency standards: Build to CALGREEN Tier 2**

*The California Building Code update effective January 1, 2011 has new mandatory green building measures for all new construction and has been labeled CALGREEN. CALGREEN provides two voluntary higher levels labeled CALGREEN Tier I and CALGREEN Tier II. Each tier adds a further set of green building measures that go above and beyond the mandatory measures of the Code. In both tiers, buildings will use less energy than the current Title 24 California Energy Code. Tier I buildings achieve at least a 15% improvement and Tier 2 buildings are to achieve a 30% improvement. Both tiers require additional non-energy prerequisites, as well as a certain number of elective measures in each green building category (energy efficiency, water efficiency, resource conservation, indoor air quality and community).*

______________________________

☐ ☐ **BMP-6 Vehicle Miles Traveled (VMT) reduction plan**

*Selecting this BMP states that the business operations intend to implement a VMT reduction plan reducing annual VMTs by at least 15%.*

Tick box(es) for what your Transportation Demand Management Plan will/does include:

- ☐ employee incentives
- ☐ employee carpool or vanpool
- ☐ priority parking for efficient transporation (hybrid vehicles, carpools, etc.)
- ☐ bike riding incentives
- ☐ bus transportation for large marketing events
- ☐ Other:

______________________________

______________________________

Estimated annual VMT ______________________________

Potential annual VMT saved ______________________________
% Change ______________________________

| Already Doing | Plan To Do | | |
|---|---|---|---|
| ☐ | ☐ | **BMP-7** | **Exceed Title 24 energy efficiency standards: Build to CALGREEN Tier 1** |

*See description below under BMP-5.*

______________________________________________

______________________________________________

☐ ☐ **BMP-8 Solar hot water heating**

*Solar water heating systems include storage tanks and solar collectors. There are two types of solar water heating systems: active, which have circulating pumps and controls, and passive, which don't. Both of them would still require additional heating to bring them to the temperature necessary for domestic purposes. They are commonly used to heat swimming pools.*

______________________________________________

______________________________________________

☐ ■ **BMP-9 Energy conserving lighting**

*Lighting is approximately 25% of typical electrical consumption. This BMP recommends installing or replacing existing light bulbs with energy-efficient compact fluorescent (CF) bulbs or Light Emitting Diode (LED) for your most-used lights. Although they cost more initially, they save money in the long run by using only 1/4 the energy of an ordinary incandescent bulb and lasting 8-12 times longer. Typical payback from the initial purchase is about 18 months.*

______________________________________________

______________________________________________

☐ ☐ **BMP-10 Energy Star Roof/Living Roof/Cool Roof**

*Most roofs are dark-colored. In the heat of the full sun, the surface of a black roof can reach temperatures of 158 to 194 °F. Cool roofs, on the other hand, offer both immediate and long-term benefits including reduced building heat-gain and savings of up to 15% the annual air-conditioning energy use of a single-story building. A cool roof and a green roof are different in that the green roof provides living material to act as a both heat sink and thermal mass on the roof which provides both winter warming and summer cooling. A green (living) roof also reduces storm water runoff.*

______________________________________________

______________________________________________

☐ ☐ **BMP-11 Bicycle Incentives**

*Napa County Zoning Ordinance requires 1 bicycle rack per 20 parking spaces (§18.110.040). Incentives that go beyond this requirement can include on-site lockers for employees, showers, and for visitor's items such as directional signs and information on biking in Napa. Be creative!*

______________________________________________

______________________________________________

☐ ☐ **BMP-12 Bicycle route improvements**

*Refer to the Napa County Bicycle Plan (NCPTA, December 2011) and note on the site plan the nearest bike routes. Please note proximity, access, and connection to existing and proposed bike lanes (Class I: Completely separated right-of-way; Class II: Striped bike lane; Class III: Signed Bike Routes). Indicate bike accessibility to project and any proposed improvements as part of the project on the site plan or describe below.*

______________________________________________

______________________________________________

As approved by the Planning Commission
07/03/2013

| Already Doing | Plan To Do | |
|---|---|---|
| ☐ | ☐ | **BMP-13 Connection to recycled water** |

*Recycled water has been further treated and disinfected to provide a non-potable (non-drinking water) water supply. Using recycled water for irrigation in place of potable or groundwater helps conserve water resources.*

______________________________

______________________________

| | | |
|---|---|---|
| ☐ | ☐ | **BMP-14 Install Water Efficient fixtures** |

*WaterSense, a partnership program by the U.S. Environmental Protection Agency administers the review of products and services that have earned the WaterSense label. Products have been certified to be at least 20 percent more efficient without sacrificing performance. By checking this box you intend to install water efficient fixtures or fixtures that conserve water by 20%.*

______________________________

______________________________

| | | |
|---|---|---|
| ☐ | ☐ | **BMP-15 Low-impact development (LID)** |

*LID is an approach to land development (or re-development) that works with nature to manage storm water as close to its source as possible. LID employs principles such as preserving and recreating natural landscape features, minimizing effective imperviousness to create functional and appealing site drainage that treat storm water as a resource rather than a waste product. There are many practices that have been used to adhere to these principles such as bioretention facilities, rain gardens, vegetated rooftops, rain barrels, and permeable pavements. By implementing LID principles and practices, water can be managed in a way that reduces the impact of built areas and promotes the natural movement of water within an ecosystem or watershed. Please indicate on the site or landscape plan how your project is designed in this way.*

______________________________

______________________________

| | | |
|---|---|---|
| ■ | ☐ | **BMP-16 Water efficient landscape** |

*If your project is a residential development proposing in excess of 5,000 sq. ft. or a commercial development proposing in excess of 2,500 sq. ft. The project will be required to comply with the Water Efficient Landscape Ordinance (WELO).*

*Please check the box if you will be complying with WELO or If your project is smaller than the minimum requirement and you are still proposing drought tolerant, zeroscape, native plantings, zoned irrigation or other water efficient landscape.*

______________________________

______________________________

| | | |
|---|---|---|
| ■ | ☐ | **BMP-17 Recycle 75% of all waste** |

*Did you know that the County of Napa will provide recycling collectors for the interior of your business at no additional charge? With single stream recycling it is really easy and convenient to meet this goal. To qualify for this BMP, your business will have to be aggressive, proactive and purchase with this goal in mind.*

______________________________

______________________________

| Already Doing | Plan To Do | |
|---|---|---|
| ■ | ☐ | **BMP-18 Compost 75% food and garden material**<br>*The Napa County food composting program is for any business large or small that generates food scraps and compostable, including restaurants, hotels, wineries, assisted living facilities, grocery stores, schools, manufacturers, cafeterias, coffee shops, etc. All food scraps (including meat & dairy) as well as soiled paper and other compostable - see http://www.naparecycling.com/foodcomposting for more details.* |
| ■ | ☐ | **BMP-19 Implement a sustainable purchasing and shipping programs**<br>*Environmentally Preferable Purchasing (EPP) or Sustainable Purchasing refers to the procurement of products and services that have a reduced effect on human health and the environment when compared with competing products or services that serve the same purpose. By selecting this BMP, you agree to have an EPP on file for your employees to abide by.* |
| ☐ | ☐ | **BMP-20 Planting of shade trees within 40 feet of the south side of the building elevation**<br>*Well-placed trees can help keep your building cool in summer. If you choose a deciduous tree after the leaves drop in autumn, sunlight will warm your building through south and west-facing windows during the colder months. Well-designed landscaping can reduce cooling costs by 20%. Trees deliver more than energy and cost savings; they are important carbon sinks. Select varieties that require minimal care and water, and can withstand local weather extremes. Fruit or nut trees that produce in your area are great choices, providing you with local food as well as shade. Please use the site or landscape plan to indicate where trees are proposed and which species you are using.* |
| ☐ | ☐ | **BMP-21 Electrical Vehicle Charging Station(s)**<br>*As plug-in hybrid electric vehicles (EV) and battery electric vehicle ownership is expanding, there is a growing need for widely distributed accessible charging stations. Please indicate on the site plan where the station will be.* |
| ☐ | ☐ | **BMP-22 Public Transit Accessibility**<br>*Refer to http://www.ridethevine.com/vine and indicate on the site plan the closest bus stop/route. Please indicate if the site is accessed by transit or by a local shuttle. Provide an explanation of any incentives for visitors and employees to use public transit. Incentives can include bus passes, informational hand outs, construction of a bus shelter, transportation from bus stop, etc.* |

| Already Doing | Plan To Do | |
|---|---|---|
| ☐ | ☐ | BMP-23 |

**Site Design that is oriented and designed to optimize conditions for natural heating, cooling, and day lighting of interior spaces, and to maximize winter sun exposure; such as a cave.**

*The amount of energy a cave saves is dependent on the type of soil, the microclimate, and the user's request for temperature control. Inherently a cave or a building burned into the ground saves energy because the ground is a consistent temperature and it reduces the amount of heating and cooling required. On the same concept, a building that is oriented to have southern exposure for winter warmth and shading for summer cooling with an east-west cross breeze will naturally heat, cool, and ventilate the structure without using energy. Please check this box if your design includes a cave or exceptional site design that takes into consideration the natural topography and sitting. Be prepared to explain your approach and estimated energy savings.*

____________________________________________

☐ ☐ **BMP-24 Limit the amount of grading and tree removal**

*Limiting the amount of earth disturbance reduces the amount of CO2 released from the soil and mechanical equipment. This BMP is for a project design that either proposes a project within an already disturbed area proposing development that follows the natural contours of the land, and that doesn't require substantial grading or tree removal.*

____________________________________________

☐ ☐ **BMP-25 Will this project be designed and built so that it could qualify for LEED?**

| | | |
|---|---|---|
| BMP-25 (a) | ☐ | **LEED™ Silver** (check box BMP-25 and this one) |
| BMP-25 (b) | ☐ | **LEED™ Gold** (check box BMP-25, BMP-25 (a), and this box) |
| BMP-25 (c) | ☐ | **LEED™ Platinum** (check all 4 boxes) |

## Practices with Un-Measured GHG Reduction Potential

■ ☐ **BMP-26 Are you, or do you intend to become a Certified Green Business or certified as a"Napa Green Winery"?**

*As part of the Bay Area Green Business Program, the Napa County Green Business Program is a free, voluntary program that allows businesses to demonstrate the care for the environment by going above and beyond business as usual and implementing environmentally friendly business practices. For more information check out the Napa County Green Business and Winery Program at www.countyofnapa.org.*

■ ☐ **BMP-27 Are you, or do you intend to become a Certified "Napa Green Land"?**

*Napa Green Land, fish friendly farming, is a voluntary, comprehensive, "best practices" program for vineyards. Napa Valley vintners and growers develop farm-specific plans tailored to protect and enhance the ecological quality of the region, or create production facility programs that reduce energy and water use, waste and pollution. By selecting this measure either you are certified or you are in the process of certification.*

| Already Doing | Plan To Do | |
|---|---|---|
| ■ | ☐ | **BMP-28 Use of recycled materials**<br>*There are a lot of materials in the market that are made from recycled content. By ticking this box, you are committing to use post-consumer products in your construction and your ongoing operations.* |
| ☐ | ☐ | **BMP-29 Local food production**<br>*There are many intrinsic benefits of locally grown food, for instance reducing the transportation emissions, employing full time farm workers, and improving local access to fresh fruits and vegetables.* |
| ☐ | ☐ | **BMP-30 Education to staff and visitors on sustainable practices**<br>*This BMP can be performed in many ways. One way is to simply put up signs reminding employees to do simple things such as keeping the thermostat at a consistent temperature or turning the lights off after you leave a room. If the project proposes alternative energy or sustainable winegrowing, this BMP could include explaining those business practices to staff and visitors.* |
| ■ | ☐ | **BMP-31 Use 70-80% cover crop**<br>*Cover crops reduce erosion and the amount of tilling which is required, which releases carbon into the environment.* |
| ■ | ☐ | **BMP-32 Retain biomass removed via pruning and thinning by chipping the material and reusing it rather than burning on-site**<br>*By selecting this BMP, you agree not to burn the material pruned on site.* |
| ☐ | ☐ | **BMP-33 Are you participating in any of the above BMPS at a 'Parent' or outside location?** |
| ☐ | ☐ | **BMP-34 Are you doing anything that deserves acknowledgement that isn't listed above?** |

**Comments and Suggestions on this form?**

As approved by the Planning Commission
07/03/2013

**Sources:**


1. *Napa County Bicycle Plan, NCTPA, December 2011*
2. *California Air Pollution Control Officers Associate (CAPCOA). January 2008. CEQA and Climate Change*
3. *Napa County General Plan, June 2008.*
4. *California Office of the Attorney General. 2010. Addressing Climate Change at at the Project Level available at http: //ag.ca.gove/global warming/pdf/GW_mitigation_measures.pdf*
5. *U.S. Green Building Council (2009). LEED 2009 for New Construction and Major Renovations Rating System. Washington, DC: United States Green Building Council, Inc.*
6. *California Energy Commission (2008). Title 24, Part 6, of the California Code of Regulations: California's Energy Efficiency Standards for Residential and Nonresidential Buildings. Sacramento, CA: California Energy Commission.*
7. *U.S. Department of Energy (2010). Cool roof fact sheet.*
8. http://www1.eere.energy.gov/buildings/ssl/ledlightingfacts.html
9. *Compact Fluorescent Light Bulbs". Energy Star. Retrieved 2013-05-01.*
10. *http://energy.gov/energysaver/articles/solar-water-heaters. Retrieved 2013-05-02.*
11. *http://energy.gov/energysaver/articles/solar-water-heater. Retrieved 2013-05-09*
12. *http://www.bchydro.com/powersmart/residential/guides_tips/green-your-home/cooling_guide/shade_trees.html*
13. *http://www.napagreen.org/about. Retrieved 2013-05-09*
14. *http://www.countyofnapa.org/pages/departmentcontent.aspx?id=4294971612*
15. *http://www.napasan.com/Pages/ContentMenu.aspx?id=109*
16. *http://water.epa.gov/polwaste/green/index.cfm*

## Additional Environmental Management Information

A Tradition of Stewardship
A Commitment to Service

Planning, Building and Environmental Services

1195 Third Street, Suite 101
Napa, CA 94559
www.co.napa.ca.us

Main: (707)253-4471
Fax: (707)253-4545

**David Morrison**
Director

# Memorandum

**DATE:** **January 5, 2005**

**TO:** **All interested parties**

**FROM:** **Department of Environmental Management**

**SUBJECT:** **Use Permits and Regulated Water Systems**

The purpose of this memo is to provide information regarding the current requirements for regulated water system permitting. The Department of Environmental Management has a contract with the State to administer the small water system program. County Code Chapter 13.08 addresses the requirements for local public water systems and includes the definition of a "public water system". This definition states that a public water system is one that is required to be permitted or approved by the Department of Health Services (DHS) Office of Drinking Water or the environmental management director pursuant to the California Safe Drinking Water Act and related laws (which contain selected portions of the Health and Safety Code, Water Code, Business and Professions Code and the California Code of Regulations, Titles 17 and 22). The State regulates the large public water systems and as stated above, this department regulates the small water systems.

The most common new small water system is that serving a winery. During the use permit process, this department reviews the numbers of anticipated visitors and employees and makes a determination if the proposed winery will meet the threshold for a regulated water system. In general, we are looking for either (1) a combined number of peak users (visitors and employees) greater than 25 on a daily basis or (2) the total number of employees equal to or greater than 25. If either of these thresholds is met, the water system will be regulated. If you have questions on whether your proposed project will be regulated as a small water system, you may contact this department as discuss this with the district inspector. If you do not meet these thresholds, but <u>will</u> have a regulated kitchen used for food service for marketing events, you will be regulated as a different type of water system. You will need to submit bacteriological quality sample results from your source(s) with your use permit application, but not the full feasibility report as discussed below.

If your project will be regulated as a small water system, a water system feasibility report will be required as a completeness item at the time of a Use Permit application. This report will ensure that the proposed project can satisfy the technical, managerial and financial requirements of this department and DHS and must include the information listed on the attached worksheet. There is a good chance that existing wells will not meet the construction requirements for a regulated water system. As such, a new supply will have to be developed. If this is the case, the information provided in the feasibility report must reflect this fact. Prior to issuance of a building permit the new water supply must be developed and full plans for the water system must be submitted to and approved by this department.

# New Community and Non-Community Water Systems

**Technical, Managerial and Financial Capacity Worksheet**
(Use Permit Applications and Water System Feasibility Reports)

1. **Water system name**

2. **Name of person who prepared the report**

3. **Technical Capacity:**

   - System description-from source to point of use-what is expected (including treatment, etc).

   - One year projection for water demand and an analysis of the water system to meet the projected demand (project expansion and improvements for a ten year period).

   - Source adequacy:
     - Groundwater: Does the well have a 50-foot seal with a 3-inch annular space? Is a well log available?
     - Surface water treatment: Can the water system comply with the Surface Water Treatment Rule?

   - Water supply capacity. Can the water system (including all sources and storage facilities) supply a minimum of three gallons per minute for at least 24 hours for each service connection served?

   - Provide a characterization of the water quality (or expected water quality if a new source is required), including a comparison with established or proposed drinking water standards and the feasibility of meeting these standards.

   - An evaluation of the feasibility of consolidation with other (existing) water systems.

4. **Managerial:**

   - Description of the organization's ability to manage a water system (personnel to be hired and/or job descriptions for water system maintenance responsibilities). For systems that use land that is not owned by the water system, the terms for a long-term agreement for use of the land/facilities must be disclosed.

   - Document the system's water rights.

5. **Financial:**
   - Budget projection and description of system's financial capacity (your ability to financially support the operation of a water system).

*Please address and questions on this worksheet or the information required to the water specialist in the Department of Environmental Management.*

A Tradition of Stewardship
A Commitment to Service

Planning, Building and Environmental Services
1195 Third Street, Suite 101
Napa, CA 94559
www.co.napa.ca.us

Main: (707) 253-4471
Fax: (707) 253-4545

David Morrison
Director

**Stormwater:**

There are two different stormwater programs that facilities may qualify for in Napa County. The first program is based on the State of California Water Resources Board's (SWRCB) Industrial Permitting program. If a facility has a regulated Standard Industrial Classification (SIC) Code, it must register with the SWRCB by completing a Notice of Intent and complete a Stormwater Pollution Prevention Plan. Additional information, including a list of regulated SIC codes, may be found at:

http://www.swrcb.ca.gov/water_issues/programs/stormwater/industrial.shtml

The most prevalent regulated industry in Napa County is wineries with a SIC code of 2084.

The second program requires facilities that do not have a regulated SIC code but may still pose a threat to stormwater obtain a permit from Napa County, but the preparation of a SWPPP is not required.

*Please provide accurate information as this information will be used to determine what conditions, if any, will be placed on the Use Permit Application. If questions arise, you are encouraged to contact the Napa County Department of Environmental Management at 707.253.4471 for further assistance.*

Planning, Building and
Environmental Services

1195 Third Street, Suite 101
Napa, CA 94559
www.co.napa.ca.us

Main: (707) 253-4471
Fax: (707) 253-4545

David Morrison
Director

A Tradition of Stewardship
A Commitment to Service

# MEMORANDUM

| | | | |
|---|---|---|---|
| To: | All interested parties (applicants, engineers, property owners) | From: | Department of Environmental Management |
| Date: | Revised March 7, 2011<br>Revised November 2009<br>January 2004 | Re: | Procedure to verify septic system and cave clearance distances |

The clearance distances between caves and septic systems were established to ensure that appropriate health and safety considerations have been made with respect to the location of cave structures and septic systems. Napa County Code, Section 13.28.040 establishes minimum clearance distances between septic systems and cave structures and this memo describes the process for demonstrating the proposed cave meets the appropriate clearance. In developing the clearance distances and this procedure, the potential impact of cave drains on existing septic systems was considered as well as the potential impact of the septic system on a cave.

The following procedure will be used to verify distances between the cave and septic system(s) meet the minimum clearance distances specified in County Code, Section 13.28.040:

> *Prior to this Department recommending approval of Use Permit applications and building permit applications not requiring a Use Permit, an accurate legible plan showing all existing septic systems within 1500 feet of the cave must be submitted for review and approval. Full scaled drawings of the cave structure must be submitted showing cave tunnel elevations. Additionally, if a cave is proposed upgradient of an existing or proposed septic system the plan must include details on cave drainage to evaluate the potential impact on existing or proposed septic systems located downgradient of the cave structures.*

G:\chris\Sewage\policies\Cave setback memo January 2011.docx

## A NEW REQUIREMENT FOR ALL DEVELOPERS AND LANDSCAPE CONTRACTORS FROM THE COUNTY AGRICULTURAL COMMISSIONER

*Please notify our office of all impending deliveries of live plants with points of origin outside Napa County.*

Napa County needs your help in preventing the introduction of the Glassy-Winged Sharpshooter (GWSS) into our area. The magnitude of the threat that this half-inch long leafhopper insect poses to our local economy, the environment and our quality of life cannot be overstated.

GWSS feeds off a wide variety of plants and possesses the capability of transmitting a bacterium that causes Pierce's Disease (PD). Grapevines are highly susceptible to a particular strain of this bacterium, which chokes off the water and nutrient flow and eventually kills the plant. GWSS is a stronger flier and a more voracious eater than the common native vectors of PD, and it can quickly spread to all types of habitats in a given location. Ornamental plants and native vegetation may not show any symptoms, but they can serve as reservoirs of PD for many years. GWSS picks up the disease from these infected plants and transmits it to the vineyards while feeding on the grapevines. No other county has as much at risk economically from the threat of PD spread by GWSS.

To combat this threat, Napa County has gone beyond the standard state quarantine regulations in implementing the most rigorous inspection program of any county in the state for incoming plant shipments. *We are asking for your cooperation to purchase plant materials locally when possible and notify our office of all impending deliveries of live plants with points of origin outside Napa County.* An evaluation based on the origin and contents of each shipment will then be made, and, if necessary, trained personnel will be promptly dispatched to perform an inspection upon its arrival at your destination site. When you purchase ornamental plants from local nurseries, the special restrictions imposed by this county program would not apply.

In conjunction with these plant inspections, the Napa County Agricultural Commissioner's Office has developed an extensive year „round pest detection program aimed at discovering any possible existing GWSS infestations. Thousands of traps have been set up throughout the county and are routinely monitored by staff members and with the help of vineyards personnel. Sweep surveys are conducted at developments which have been landscaped within the last few years as well as at other high-risk locations. We also participate in meetings, discussions and the distribution of informational materials to educate the public and members of the industry about this matter. Please look over the attached brochures, share them with your employees and contact us if you have any training needs, questions or concerns. Our goal is to have everyone in the community aware and helping us look for GWSS!

Thank you for your continued assistance in providing a greater level of protection to safeguard our community from this serious menace.

Sincerely,

*David R. Whitmer*

Napa County Agricultural Commissioner

## Adjoining Property Owner List Requirements

All applications shall include a list of the current owners of all the properties whose outer perimeters are within **1,000 feet** of the property boundary of the project site. The list shall include the property owner's names, their addresses, and the assessor's parcel numbers of the property owned. The list may be expanded to include other affected property owners at the discretion of the Planning Director as well as individuals having a request for notice on file with the Commission Clerk.

Preparation, verification and submission of this list of property owners is the responsibility of the applicant. Lists of the property owners appearing on County tax rolls in the form required are available from all local title insurance companies. Each such list must be certified by a title insurance company as reflecting the most recent County tax roll information. While the mailing list is not necessarily required at initial project submittal, the project cannot be noticed for hearing without it.

### Instructions to the Title Company

Please prepare the property owners' list as follows:

1 Type the property owners' names, parcel numbers and mailing addresses on an 8½" by 11" sheet of Avery #5160 Laser Labels so that this information can be readily used in mailing by the Planning, Building,& Environmental Department.

2. Submit a full page copy of the assessors' parcel book page(s) and a copy of the latest equalized assessment roll used to compile the property owners' list. Please indicate the location of all parcels listed, by check mark or colored parcel number circled on the pages.

*If you have any questions, please contact the Planning, Building, & Environmental Services Department at (707) 253-4417.*