# Exhibit 19

| | |
|---|---|
| **From:** | Robinson-Webb, Akenya |
| **Sent:** | Wednesday, January 12, 2022 12:35 PM PST |
| **To:** | Heather Griffin; Cahill, Kelli; Kay Philippakis; Kay Philippakis |
| **CC:** | ks@palisadeslanduse.com |
| **Subject:** | RE: Use Permit Compliance Program - P19-00160 |

Hi Heather,

Thank you for your response. Kelli did inform us that all of the Life Safety Items were completed. However, to our knowledge, reasonable progress has not been made on the Use Permit application since completing the Life Safety items on August 25, 2021.

The meeting request is to meet with your Project Planner Sean Trippi and Assistant Director Brian Bordona so that we can discuss the application. Can you please provide some dates and times you'll be available during the week of January 24th so we can schedule a zoom meeting.

Thanks,

**Akenya Robinson-Webb**
Code Compliance Supervisor
County of Napa | Code Compliance Division
Planning, Building & Environmental Services Department
1195 Third Street, 2nd Floor | Napa, CA 94559
**ph:** (707) 253.4336 | **fax:** (707) 265.4248
Akenya.Robinson-Webb@countyofnapa.org

A Tradition of Stewardship
A Commitment to Service

CONFIDENTIALITY NOTICE: This email message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient of the message, please contact the sender immediately and delete this message and any attachments. Thank you.



"The wind may blow, the storm may come, but the sun will always follow. Never stop growing. "

**From:** Heather Griffin <hgriffin@summitlakevineyards.com>
**Sent:** Wednesday, January 12, 2022 12:29 PM
**To:** Robinson-Webb, Akenya <Akenya.Robinson-Webb@countyofnapa.org>; Cahill, Kelli <Kelli.Cahill@countyofnapa.org>; Kay Philippakis <kp@fbm.com>; Kay Philippakis <KPhilippakis@fbm.com>

**Cc:** ks@palisadeslanduse.com
**Subject:** Re: Use Permit Compliance Program - P19-00160

[External Email - Use Caution]

Hello Akenya and Kelli,
thank you for reaching out regarding the permit. We are currently, and have been making progress on our permit items. I was under the understanding that all of our Life Safety Items were complete. I met with Kelli and Fire several months ago, and they had signed off on the last item which was the signage on the Main Shut off. Kelli can you please let me know if Fire did not send over their ok? I will follow up again with them as needed. I will also go back through my emails and see if I can find the photos I sent over to them of the installation.

Akenya, can you please let me know if there are other items I am not aware of on the Life Safety list?

Thank you
Heather Griffin

On Tue, Jan 11, 2022 at 7:45 AM Robinson-Webb, Akenya <Akenya.Robinson-Webb@countyofnapa.org> wrote:

> Good Morning Kirsty Shelton and Heather Griffin,
> I want to check in with you to discuss the Summit Lake Use Permit application P19-00160. We are currently reviewing all incomplete applications that fall under the use permit compliance program. One of the conditions of the compliance program is the applicant must make reasonable progress towards completion of the application in order to benefit from continued operation for activities outside of current entitlements. After reviewing your application it appears that reasonable progress has not been made since completion of the Life Safety items on 08/25/2021 with the last documented communication regarding this specific project by email with Kelli Cahill on 08/25/2021 ( over 4 months ago). If we do not hear from you regarding the status of this project within 30 days of the date of this email, we will consider the application abandoned and will be closing out the file. Please contact me as soon as possible, as we would like to take one last opportunity to discuss the application with you prior to taking such action.
>
> If the application is abandoned, you will be required to comply with the terms of your existing entitlement and must immediately cease all unpermitted activities, as well as immediately resolve any remaining life safety matters which may include obtaining required building and/or demolition permits.
>
> Do you have some time available during the week of January 24th to discuss the application with the Project Planner Sean Trippi and our Assistant Director Brian Bordona? If you could provide me some available times, I will set up a Zoom meeting.
>
> Regards,

**Akenya Robinson-Webb**
Code Compliance Supervisor
County of Napa | Code Compliance Division
Planning, Building & Environmental Services Department
1195 Third Street, 2nd Floor | Napa, CA 94559
☎**ph:** (707) 253.4336 | 🖷**fax:** (707) 265.4248
Akenya.Robinson-Webb@countyofnapa.org

A Tradition of Stewardship
A Commitment to Service

CONFIDENTIALITY NOTICE: This email message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient of the message, please contact the sender immediately and delete this message and any attachments. Thank you.



"The wind may blow, the storm may come, but the sun will always follow. Never stop growing. "

--

**Heather Griffin**
**Summit Lake Vineyards & Winery**
**hgriffin@summitlakevineyards.com**
2000 Summit Lake Dr
Angwin, CA 94508
707-965-2488 phone
707-965-2281 fax
**www.summitlakevineyards.com**
**Follow us on Facebook and Instagram!**
Facebook.com/SummitLakeVineyard
@summitlakevineyards