Joseph M. Infante (pro hac admission)
infante@millercanfield.com
Stephen M. Ragatzki (pro hac admission)
ragatzki@millercanfield.com
**MILLER, CANFIELD, PADDOCK AND STONE, PLC**
99 Monroe Avenue NW, Suite 1200
Grand Rapids, MI 49503
Tel: (616) 776-6333 / Fax: (616) 776-6322

Eugene M. Pak (Bar No. 168699)
epak@fennemorelaw.com
Angela Han (Bar No. 317137)
ahan@fennemorelaw.com
**FENNEMORE LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Tel: (510) 834-6600 / Fax: (510) 834-1928
Attorneys for Plaintiffs Hoopes Vineyard LLC, Summit Lake Vineyard, and Cook's Flat Associates a California Limited Partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HOOPES VINEYARD LLC, a California limited liability company; SUMMIT LAKE VINEYARDS & WINERY LLC, a California limited liability company; and COOK'S FLAT ASSOCIATES A CALIFORNIA LIMITED PARTNERSHIP, a California limited partnership,

Plaintiffs,

v.

COUNTY OF NAPA,

Defendant.

Case No. 3:24-cv-6256-CRB

**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION TO PLAINTIFF SUMMIT LAKE REGARDING ROAD EXACTIONS**

Action Filed: September 5, 2024

Plaintiff Summit Lake Vineyards & Winery, LLC moved under Federal Rule of Civil Procedure 65 for a preliminary injunction regarding Defendant County of Napa's requirement to improve the private road leading to Summit Lake's property. Upon consideration of Summit Lake's motion, and Defendant County of Napa's response, the Court **GRANTS** Summit Lake's

motion and hereby enjoins Defendant County of Napa under Federal Rule of Civil Procedure 65 as follows.

Napa is hereby enjoined from conditioning Summit Lake's continued operation of its existing, recognized winery uses on Summit Lake's funding or construction of the road improvement described in the County's May 12, 2021 memorandum; and commencing or continuing any enforcement action against Summit Lake's existing uses on the ground that Summit Lake has not funded or constructed that road improvement. This preliminary injunction takes immediate effect and does not require Summit Lake to seek, or Napa to issue, any permit or application.

Except as otherwise stated, nothing in this preliminary injunction prevents Napa from enforcing neutral and generally applicable health, safety, fire, parking, noise, hours-of-operation, or alcohol-service requirements.

Good cause appearing, the Court waives the security requirement of Federal Rule of Civil Procedure 65(c).

This preliminary injunction shall continue until further order of the Court.

**IT IS SO ORDERED**.

Dated: ____________, 2026

By: ______________________________________
Honorable Charles R. Breyer
United States District Court Judge

51803388.1/162870.00001