# Exhibit 1

# SMITH~MADRONE

Dear Friends,

The 1982 Chardonnay is ready for the marketplace.

Blessed with solid fruit and acid, and rounded off with the "kiss of oak," the wine forcefully asserts its Chardonnay character yet remains lively and fun to drink. Because of it fine balance, it has depth without heaviness and a tasty tartness at the finish that makes you want to drink more. Drunk slightly chilled, the '82 Chardonnay is as uplifting to the spirit as a sunny day in mid-winter. It is our best yet!




The pre-release price of $10.00 plus tax will remain in effect until April 15 when the wine will be released to regular retail outlets at $12.50/bottle.

| | Wine | Tax | Shipping | Total |
|---|---|---|---|---|
| 12 bottles | 120.00 | 7.20 | 5.00 | 132.20 |

We regret that we are unable to ship less than a case, but as usual, odd lots, as well as cases, of wine may be reserved upon receipt of payment and picked up at the winery at a later date. More than three cases will be delivered free.

The Open House will be held this year on June 9 and we encourage you to come and enjoy yourselves.

Good Luck and Best Wishes,

The Smiths

VINEYARDS & WINERY 4022 Spring Mountain Road P.O. Box 451 St. Helena, California 94574 (707) 963-2283

*You are cordially invited*
*to celebrate with us the release*
*of*
*our 1984 Chardonnay*
*and our 1985 Riesling*
*at our Annual Open House*
*held at the winery*
*June 21, 1986 10 - 5:00 p.m.*

*Current and older vintages of Pinot Noir, Chardonnay and Cabernet Sauvignon will also be tasted.*

*RSVP: Smith Madrone*
*P.O. Box 451*
*St. Helena, CA*
*94574*
*707-963-2283*

## 1985 Riesling

| | |
|---|---|
| Harvest Date | September 1985 |
| Sugar at Harvest | 22.7° Brix |
| Residual Sugar | 1.6% |
| Total Acid | .78 |
| pH | 3.28 |
| Alcohol | 12.1% |
| Quantity Produced | 1,800 |
| Price (until June 30) | $6.00/bottle |

Same Time, Same Place
Same great Wine!
What more can we say!

## 1984 Chardonnay

| | |
|---|---|
| Harvest Date | August 22, September 2,3,4, 1984 |
| Sugar at Harvest | 23.4° Brix |
| Residual Sugar | .02 grams/l |
| Total Acid | .74 grams/100 ml |
| pH | 3.40 |
| Alcohol | 13.1% |
| Quantity Produced | 1,575 cases |
| Price (until June 30) | $10.00 |

1984 Chardonnay, Barrel Fermented - This is our seventh chardonnay produced by us, and we are pleased to say that without question it is our finest. 1984 was a difficult growing year. The harvest was the earliest, the shortest and the hardest for us; we measure harvests by how many 24-hour days are worked, and in 1984 we had three (3) and in sequence - 72 hours straight! But out of adversity comes greatness: our 1984 Reisling was the finest to date and the 1984 Chardonnay is the same. This 100% barrel fermented chardonnay is medium-yellow in color, with an intense chardonnay varietal nose. The wine is full bodied with big rich flavors of fruit which comes from our warm California Sunshine.

# SMITH~MADRONE

## 19TH ANNUAL OPEN HOUSE

Being poured today are our current releases:
Smith-Madrone 1996 Riesling
Smith-Madrone 1994 Cabernet Sauvignon
Smith-Madrone 1994 Chardonnay.

We also will be pouring an assortment of older wines from our cellar. Please enjoy these older vintages; these are precious bottles and are not available for sale.

In a departure from our format in past years, we are welcoming you to our "Wedding Grove," a short walk above the winery. We will be pouring current release wines in the winery and at the Wedding Grove. You will find older vintages, music, oysters and other items to munch at the Wedding Grove as well.

We are offering wineglasses etched with our name and logo

We are offering license plate frames etched "I'D RATHER BE SIPPING SMITH-MADRONE WINES" FOR $15.00 each. If you don't purchase a set today, get home and wish you'd bought some, just give us a call!

This summer Stu's sons Sam Smith (10) and Tom Smith (7) have been making pesto with basil they've grown at the gardens here. Today will be your opportunity to buy that pesto, either in 1-pint jars for $7.00 or in 1-quart jars for $10.00. Sam and Tom will be happy to point out where they grew the basil when you stop by their table!

We would like to thank the following friends for so generously contributing their products to our open house:
Fred Halpert of Napa Valley Ovens and Brava Terrace Restaurant, in St. Helena, for an assortment of breads from Napa Valley Ovens;
Bob Pusey from Calistoga Mineral Water Company for an assortment of their waters;
Dorothy Felton and Justin Rashid from American Spoon Foods in Petoskey, Michigan, for their steak sauce and Fruit Perfect sauces;
Anni Minuzzo of Biscotti Nucci in Napa for her biscotti.

The musicians are Madrigal Mariachi from Yountville.

We encourage you to take a long walk around the ranch!

SMITH-MADRONE
VINEYARDS AND WINERY



Smith-Madrone Vineyards
is pleased to announce
the release
of our
1988 Chardonnay
and
1988 Riesling




1. **OPEN HOUSE** – After a two year absence, our Smith-Madrone Open House is scheduled for Saturday, July 28, 1990, 11:00 a.m. to 4:30 p.m.
2. **BEWARE** – Alcohol Tax Act of 1990 initiative (ATA), the so-called nickel-a-drink tax would increase the California wine tax by 12,800% and raise the retail price of wine by 18%. The initiative will be on the November 6, 1990 ballet. This is the first of several attacks on wine consumers. Become informed – watch out – beware – fight back!

*You are cordially invited*
*to celebrate with us the release*
*of*
*the Chardonnay and Riesling*
*at our Annual Open House*
*held at the Winery*
*June 22, 1991 12:00 - 4:30 p.m.*

*Current and older vintages of Chardonnay and Cabernet Sauvignon will also be tasted.*

*RSVP: Smith-Madrone*
*P.O. Box 451*
*St. Helena, CA 94574*
*707-963-2283*

## 1990 Riesling

*Oh my gosh! — What a disaster!*

1990 was a drought year but it was rain that brought us grief. Beginning late in the evening of Saturday, May 19, 1990, it started to rain and didn't stop for ten days. This series of storms was the largest of the year and brought over 9 inches of rain. "Great you say" — — WRONG! The vines were in full bloom and what the rains didn't get, the fungus, Botrytis Cinerea, got by attacking the flower cluster stems. Our Farm Advisor said, "You win the cake, I've never seen anything so bad."

Well as the saying goes "If you're not an eternal optimist you shouldn't be farming." Our Riesling crop was reduced by 60%, but the quality is wonderful — — absolutely wonderful! It better have been!!!

Needless to say, we've had to raise the price to partially cover our loss. And unfortunately, there will not be enough to go around, so it must be first come, first serve. *Sorry.*

305 CASES PRODUCED / $8.50 PER BOTTLE

## 1989 Chardonnay

For us on the mountain, 1989 is a superb vintage; in fact possibly that proverbial vintage reminiscent of our 1979 and 1985 Chardonnays. Harvest was particularly easy because of the cool temperatures allowing harvest at exactly the right sugar level (23.7 Brix). Fortunately, the rains held off until after our Chardonnay was harvested.

The grapes were given skin contact over night and then fermented in French oak barrels. The wine was then barrel aged "sur lie" for 9 months with periodic stirring of the lees. Descriptions are always difficult, but this is a big full flavored wine with great structure with hints of tropical fruit, melons and pears. The wine is very well balanced with a long, smooth finish and reminds people who have tasted it of our 1987 Chardonnay.

P.S. I'm having a glass right now and it sure is good!

2,320 CASES / $11.00 PER BOTTLE TILL JUNE 30

# SMITH~MADRONE

**OPEN HOUSE** **1988 CABERNET SAUVIGNON RELEASE**

September 20, 1993

Greetings:

Wow, a second newsletter in as many months. But don't worry - there won't be another until next year. We promise - well, maybe! But then Stu's favorite saying, "We're never late for this year, we're just early for next year!" **might** have some meaning here.

**Our Annual Open House** will be Saturday, October 2, 1993 from 11:00 a.m. until 4:30 p.m. Come early and stay late. As usual, we will have older wines from big bottles, current wines and samples of the fermenting must (that's really young wine in winemaker speak). Also, there will be music and as always, a beautiful day in the wine country. Bring a friend...bring two friends!

**1988 Cabernet Sauvignon release** - This wine is unusual in that we aged the wine for 4 years in 60 gallon French oak barrels before bottling. That's unusual, even for us, and we're considered unusual in the best of times! But then there are only 405 cases of this wine that was harvested from over 10 acres of vineyard. **What!** The 1987 Cabernet Sauvignon produced 1,150 cases and the 1989 Cabernet Sauvignon produced 1,325 cases. **That** means the crop was off 60 to 70% - now you know what we mean when we said that in 1988 we "sent out search parties, not harvesting crews." **What happened**? On June 2, 1988 at 5:00 p.m. Stu called his wife, Susan, and said "there must be 2 inches of hail on the ground and it looks like a white Christmas up here. It's pretty much destroyed the crop!" The wine is 100% Cabernet Sauvignon and is unfined, but given the lightest of filtrations just to get the big chunks out. The wine is the softest and most drinkable red wine that we've made in our 15 years of crushing grapes. The wine has a very dark ruby red color, with a strong Cabernet herbal briary aroma, and finishes with a nice long medium-weight chewy mouth-filling taste. Charley thinks the 1988 Cabernet Sauvignon is the best ever and Stu thinks it's damn good.

**SAMPLER PAK** - In an effort to be more user-friendly we are initiating the Sampler Pak: one bottle each of Riesling, Chardonnay and Cabernet Sauvignon for a total of $35.00 - tax and shipping included. We hope this is a good way for many of you to keep in touch with us and our wines. Consider having us send a sampler pak to your friends.

- over -

VINEYARDS & WINERY 4022 Spring Mountain Road P.O. Box 451 St. Helena, California 94574 (707) 963-2283

**Friends** - As you can see from the enclosed press clipping Stu's getting his share of the limelight. Distribution is getting ugly out there! If you have any friends that would like to be on our mailing list please let us know. We hope you agree it's a good way to enjoy **good wine at a good value.** If you will send us 10 names and addresses of people who you think might be interested in buying our wines and being on our mailing list, we will send you **a bottle of Riesling** as a thank you.

**Croquet News** - In late August Charley won the **Ink Grade Invitational Croquet** Tournament, held here in the Napa Valley. As a result, he has been invited to play at The Chattooga Invitational in South Carolina this fall. As the host country America gets 4 invitations to this tournament and Charley is one. The eight other invitations go only to the national champions of Britain, New Zealand, Australia, Wales, South Africa, etc. Pretty good, huh?!

**Children** - Charley's son Alec just graduated from Dartmouth and will return to the winery to help with harvest again. Alec graduated with a degree in biochemistry. Stu's daughter Meg just graduated from U.C. Berkeley with a degree in art history (emphasis in photography) and is sprucing up the winery's photo library. This summer one of her pictures was used in the San Francisco Examiner.

**Zenzero Restaurant** - is the hot new restaurant in Santa Monica - hometown for the Smith boys - and as part of a review Los Angeles Times wine writer Dan Berger wrote "...There's more, including elegant glassware, good service and a house white wine, 1992 Smith-Madrone Riesling, that I happen to love."

See you on October 2,

Sincerely,

Stu

Charley & Stu

# SMITH~MADRONE

FOR IMMEDIATE RELEASE CONTACT: 707/963-2283

**SMITH-MADRONE ANNOUNCES SUMMER OPEN HOUSE**---July 25, 1995, St. Helena, CA. Smith-Madrone is holding its **17th Annual Summer Open House** on Saturday, August 12 from 11:00 a.m. until 4:00 p.m. Admission is free, and attendees will be able to tour the winery, taste the newly released 1993 Chardonnay and 1994 Riesling (all estate-grown and estate-bottled from the dramatic slopes of this romantic and rustic winery), enjoy a variety of foods including freshly shucked oysters from Hog Island Oyster Farm and various older wines from the winery's wine library.

Winery owners and winemakers Stuart Smith and Charles Smith will be conducting the festivities. Families and friends are welcome. Guests will be able to hike through the property, directed to various landmarks such as a "warehouse" tree used by woodpeckers, a row of century-old olive trees and the namesake madrones.

Smith-Madrone is a family-owned winery dedicated to producing fine artisanal wines exclusively from its own vineyards. The winery was founded in 1971 by Stuart and Charles Smith with the purchase of 200 acres high atop Spring Mountain, west of St. Helena in the northern Napa Valley. The dry-farmed vineyards extend across steep slopes with elevations ranging from 1,200 to 1,800 feet. In exploring the property before purchasing it, Stuart Smith discovered old grape stakes interspersed with the tall trees, evidence of a vineyard in the 1880s. The name for the winery came as a tribute to the Smiths who pursued their dream and to the madrone trees which distinguish the property. Enclosed by forest, the property thrives with wildlife including deer, fox, rabbits, porcupines, raccoons, coyotes and the occasional bear or puma; the bird population includes red-tailed hawks, golden eagles, turkey vultures, piliated woodpeckers and spotted owls.

Smith-Madrone's vineyards were featured on the cover of the April 1995 issue of Sunset Magazine and the new book Dreamers of the Valley of Plenty by Stephanie Barron. The winery produces a Cabernet Sauvignon as well as Chardonnay and Riesling.

# # #

| | |
|---|---|
| **WHEN:** | Saturday, August 12, 11:00 a.m. - 4:00 p.m. |
| **WHAT:** | 17th Annual Summer Open House at Smith-Madrone Vineyards & Winery: free admission for all; older library wines and freshly shucked oysters featured |
| **WHERE:** | 4022 Spring Mountain Road, 5 1/4 miles from the intersection of Madrona and Spring Mountain Road in St. Helena: Spring Mountain Road is known as one of California's most beautiful back roads |
| **WHO:** | Hosts are owners and winemakers Stuart Smith and Charles Smith |
| **WHY:** | Why not! Help celebrate Smith-Madrone's release of their 1993 Chardonnay and 1994 Riesling (estate-grown and estate-bottled). |

# SMITH-MADRONE
## Vineyards and Winery

SPRING/SUMMER 1996

# Greetings:

*Issue Highlights*

- ***25th Celebration Party***
  *June 1, 12:00-4:00*
- ***New Releases:***

  *1995 Riesling*

  *1992 Cabernet Sauvignon*

**Twenty-five** years ago, on May 14, 1971 we purchased 200 acres of heavily forested mountain that Stuart somehow envisioned would one day become Smith-Madrone. Only 22 years old, a grad student at U.C. Davis with 5 month old daughter Meg, this dream became a reality through hard work, perseverance and the support of our customers. Now that both Meg and the winery are 25 years old it's time to party!

**Anniversary Party**— On June 1st we will be celebrating the 25th anniversary of the founding of Smith-Madrone Vineyards & Winery. This special event will feature Hog Island Oysters, a festive BBQ'd Baron of Beef, a sampling of rare older vintage from large bottles. The food and wine will be accompanied by a blue grass band, a magician, and an amazing specialty act —the Bubble Man aka—The Pope of Soap!

Charley, Stu and Kristine hope you'll join them for this whale of a party, June 1 from 12:00 until 4 P.M. At the party we will be introducing the two new wines, "the finest, the most exciting Riesling and Cabernet Sauvignon ever made by us. One thin dime, the tenth of a dollar"... Oops gettin' a little carried away there. The new wines are wonderful and it'll be a day to remember.

**1995 Riesling**— Sometimes things work just right! The fruit was perfect, the harvest was perfect, the fermentation was perfect, the balance was perfect, the bottling was perfect. The 1995 Riesling is perfect. Really! The wine is light, fruity, delicate. Germans won't know this wine isn't one of theirs. Charles can't say enough about it, he thinks it may be the best Riesling since our 1977.

**1992 Cabernet Sauvignon**— The 1992 Cabernet Sauvignon is unfined and unfiltered, and estate bottled from 20 year-old, dry-farmed vines. The 1992 vintage was one of eight consecutive drought years; Smith-Madrone only received 50% of normal rainfall with 2 inches arriving on June 30, 1992.

One look at this wine and you know it can't be from the valley floor. The wine is a very dark ruby red color, with strong aromas of black cherry, cassis, oak and cabernet sauvignon fruit. The taste confirms what the color and the smell promise—this is a very special wine. This is a big briary, chewy wine— yet balanced with soft tannins and a long lingering finish.

A very limited release with only 538 cases bottled. Get your order in now!

*SEE YOU AT THE JUNE 1st ANNIVERSARY PARTY!*

*Sincerely,*

Stu
Charley

Charley & Stu

4022 Spring Mountain Rd.
P.O. Box 451
St. Helena, CA 94574
707-963-2283
Fax: 707-963-2291

# SMITH~MADRONE

Summer 1997

Greetings!

It's been an entire year since our last communication to you and there is a whopping amount of news we'd like to share with you.

**OPEN HOUSE** - This year our Open House will be **September 13** from 12:00 noon until 4:00 p.m. This year's party will be held at what we now call the Wedding Grove because Stuart was married there last June to Julie Ann Kodmur. The Wedding Grove is a very short walk from the winery, on a plateau literally carved out of the mountainside, and has spectacular views looking over the Napa Valley. There will be music, entertainment, wonderful food and of course, great wine. Please RSVP by September 3, if possible.

**HUGH JOHNSON AND BOB THOMPSON** - Wine writers from England and the Napa Valley (respectively) visited last fall with Charley and Stu to taste our Rieslings. Hugh Johnson is probably the most respected world authority on wine and Bob Thompson is the dean of California's wine writers. We all agreed that the 1995 Riesling was absolutely stunning, but it was the **1977 Riesling**, 19 years old, that got everyone's attention: it was still pale in color with a brilliance that sparkled. The wine's aroma and flavor had taken on a honey-like character that lingered for a very long time on the palate. There was unanimous agreement that it was great and we all agreed that it would last another five years or so. Alas, only four bottles left!! Hang onto your 1995 Riesling.

**LESS IS MORE** - Beginning with the 1993 vintage of Cabernet Sauvignon we are introducing wines vinified with new production techniques for red wine we've developed over the past several vintages. By changing our cellar treatment, with more hand work involved and gentler treatment of the wine, we are able to move to a more natural vinification process and dispense with both filtering and fining our red wines. While necessary for fine white wines, fining and filtering are particularly rough on red wine and we believe detract from the overall quality and enjoyment of the finished product---great red wine. Less is more.

**SOME VINEYARD PERSPECTIVE** - As you may know, or remember from having visited, our 13.5 acres of dry-farmed Cabernet are planted in five distinct blocks, and each block is harvested and vinified separately. We use a range of techniques, seeking to maximize that tantalizing uniqueness in each block---we hand-punch the cap in open-top fermenters, we do extended-skin contact, all to respect the wines' powerful old-mountain heritage. In the past five years we've been pouring huge amounts of energy and time into understanding our Cabernets and attempting to "perfect" them (if that's achievable!). Apart from tasting the fruit of our tender-loving-care, you'll also see it reflected in the prices, which have increased this year. In a time when merely "good" Cabernets can be atrociously expensive, we believe you will agree that the increase in price is more than justified by the quality of these outstanding wines.

...more...

**MORE NEWS** - Kristine Waldenburg, who managed our office so ably when she arrived in the Valley from Los Angeles, has left us to open **Lolo's**, St. Helena's only consignment shop. She welcomes you to stop by (1424 Main Street next to Pairs Parkside Café and across from Vanderbilt's) and browse amongst the clothing, furniture and eclectica. She proudly pours Smith-Madrone wines at her monthly **Girls' Night Out** events at the store. The friendly voice you'll hear next time you call us belongs to Susie Knight.

**A GLORIOUS GARDEN** - For years Stu has been recycling pomace at a spot near the reservoir, and occasionally there's been a garden there. This year there is an enormous and enormously producing garden, the inspiration for an event we're organizing with Sally Gordon at **Gordon's Café & Wine Bar** in Yountville. In case you don't know, Gordon's is the best-kept secret in the Valley: you'll have to wander in (6770 Washington Street) to find out why. On Saturday, **October** 4, Gordon's will open especially for **an all-estate Smith-Madrone feast-dinner**, featuring produce from the garden as well as wines (yes, there will be an older vintage or two) and Stuart Smith in person. We hope to see you there; please RSVP to 707/944-8246 as soon as you can, since space is limited. Cost is $75.00 per person. How often can you taste terroir as well as drink it?!

**HOT AND HEAVY** - is how we see this year's harvest. The grapes should come in early and be plentiful, thanks to the dry and hot spring and summer.

**1993 CABERNET SAUVIGNON** - The first of two vintages we are offering is very limited in production and introduces our gentler vinification techniques, resulting in an unfined and unfiltered wine. The wine has been awarded several gold medals and won the San Francisco Vintners' Club tasting of mountain Cabernets, most of which were much more expensive. In fact, the median price of wines in that tasting was $28.00 per bottle. The Vintners' Club described our wine as "...aromatic nose of bay leaves, plums, mint and nicely balanced oak. Earthy, briary, lavender and mint. Well-balanced flavors of varietal fruit, olives, cedar wood and chocolate. Tannic and young; cassis and berries; needs time." Estate bottled, unfined, unfiltered. 183 cases produced.

**1994 CABERNET SAUVIGNON** - Even the harshest critic or the grumpiest curmudgeon smiles and says "WOW" when a glass of our 1994 Cabernet Sauvignon is offered or poured. Similiar to the 1993 Cabernet Sauvignon, this wine is a very beautiful deep dark red with a Cabernet aroma laced with earthy tones of truffles, oak and black cherries. The taste is big, soft and almost sweet and finishes with a smoothness that is tantalizingly long and velvety, proudly displaying its powerful old-mountain heritage. The bearded ones think this may be the best Cabernet they have produced yet. Estate bottled, unfined, unfiltered. 831 cases produced.

**1996 RIESLING** - Most of you know Charley and Stu's love of Riesling, but others love it too. An unexpected fan of our Riesling turns out to be Martha Stewart, who recommended it in a nationally syndicated newspaper article this past spring. In a recent **Los Angeles Times** Dan Berger wrote: "A new release I love is the dramatically floral, soft 1996 Smith-

...more...

Madrone Riesling, with 1.6% residual sugar. It has a lovely pear, apple and clove scent, a flowery note and the wine is dry enough to serve with food. Try it with a grilled eggplant and roasted red pepper sandwich." Also this spring Bob Thompson wrote about the wine in the **San Francisco Examiner**: "Grabbed up a bottle of Smith-Madrone Napa Valley Riesling 1996, a bargain at $10.00. Dinner was pasta with clams. There is not a Chardonnay on this planet that would have made me trade my Riesling away. Riesling has an uncanny capacity to strike a sweet-tart balance not only in the technical sense but also in its flavors. The Smith-Madrone does both in spades. In warm weather, especially, such is just the ticket. More to the immediate point, sweet clams offset it just right. When the fit is as good as this one was, I think it is a case of the right grape in the right place. Smith-Madrone's little patch of Riesling is way up Spring Mountain. Great Rieslings have been coming from vineyards up there since 1968 that I know about." Estate bottled, fined, filtered. 1,017 cases produced.

**1994 CHARDONNAY** - Melons, pears, apples, yeast and toast are words that come to mind when sniffing the 1994 Chardonnay. Soft, sweet, crisp, smooth, nice, another glass please, are words that come to mind when tasting this wine. Hmmm? Do I open the Riesling? Hmmm? Do I open the Chardonnay? What a decision to make! Estate bottled, fined, filtered. 1,361 cases produced.

**VARIOUS & SUNDRY** - Charlie was delighted---and exhausted---when he placed third in the 11th Annual Meadowood Croquet Classic this summer. You may have seen our vineyards on the cover of a recent book about the Napa Valley, Cheryll Barron's **Dreamers of the Valley of Plenty**.

**RECOMMENDATIONS** - Think that you've seen the inside of every winery up and down the Valley?! Next trip we might suggest booking a **flight above** the Valley with Nielsen and Carol Ann Rogers, with their company, Above The West Ballooning (at 800/NAPA SKY). We can tell you from a recent experience that it is truly magical. We'd also like to recommend a new venture by wine writer Dan Berger, a new weekly newsletter, **Dan Berger's Vintage Experiences**. Subscribe and you can be the beneficiary of his expertise and sense of humor. Call 310/455-WINE or fax 310/455-2294 or e-mail at RLLS921@prodigy.com to start a subscription.

**OTHER STUFF** - Stu and Charley and their families drive around the Valley with license plate frames reading **I'd rather be....sipping Smith-Madrone wines**. If you'd like one, we're making them available at our cost of $15.00 each. Let us know when you place your wine order. Why not enliven the life of that driver stuck behind you in traffic?!

We send you very warm greetings, and hope you and your family are well, and that you'll have an interlude of R&R this summer.

Sincerely,

Stuart Smith Charles Smith III

SMITH~MADRONE

# WELCOME TO
# OUR 20TH ANNUAL OPEN HOUSE
# JUNE 12, 1999

**At the current release table on the lawn:**
1998 SMITH-MADRONE RIESLING

1995 CABERNET SAUVIGNON

**At the library wine table in the winery:**
1985 CABERNET SAUVIGNON

1984 CHARDONNAY

1985 RIESLING

**At the cooking station:**
Smith-Madrone-Cabernet-Sauvignon Risotto
And
BBQ'd Smith-Madrone-Cabernet-Sauvignon marinated Lamb

**Our thanks to:**
David Auerbach, master of rare and exotic international instruments, including the Celtic harp and steel drums from the Caribbean
and
The Hog Island Oyster Co.

VINEYARDS & WINERY 4022 Spring Mountain Road P.O. Box 451 St. Helena, California 94574 (707) 963-2283

**From:** Bonnie J. Zimmermann [mailto:smithbros@smithmadrone.com]
**Sent:** Tuesday, September 25, 2018 2:37 PM
**Subject:** Celebrate Harvest with us and our Newest Grape Sampler

## Smith-Madrone Vineyards 45th Harvest Celebration October 6, 2018





Dear Friends,

We are so excited that you will be joining us in celebrating our 45th, and wanted to share a few details with you. The event will run from 12:00 noon to 4:00 p.m. and held up on the lawn. When you arrive at the winery, staff

will show you where to park, then please head to the cellar where we will have a check-in desk. You will receive a wrist band and wine glass and a splash of our soon-to-be released 2016 Chardonnay. It's stunning.

Where else would you want to be on a sunny Saturday afternoon tasting freshly harvested Cabernet juice, fermenting wines, and a range of library wines poured for you especially selected from our cellar? We will be offering a taste of our 2013 Cook's Flat Reserve as well as a very special magnum of 2016 Riesling in a hand-waxed bottle. These wines will be available for purchase (the Riesling will not be officially released until 2019 – but could be a great holiday gift – for your cellar or your loved ones.

We will be offering incredible bites to pair with our estate wines including grass-fed beef, pork, lamb and veal meatballs with caramelized onions, duck arancini, mac and cheese bites and three types of sliders — mojito pork, bacon and beef blue cheese and smoked salmon. There will be live jazz music by the Dave Rocha Trio and other surprises. And in our cellar, you will be able to purchase older vintages and large format bottles chosen especially for our 45th Harvest.

For those of you who wish to purchase wine, we will have order forms available in the cellar and at the pouring table of our current releases on the lawn. If you fill them out ahead of time they will be brought down to the cellar so we can prepare the wine for you that you wish to take home in advance. For those who wish to ship their wine we can also take care of that for you as well.

We hope you enjoy the nighttime photos of our newest grape sampler. Unfortunately, he seems to really enjoy eating the grapes instead of just sampling them. We are pleased that he likes our grapes so much, but he's somewhat ill-mannered because he prefers going through or over our fences instead of simply using the gate. Wouldn't you think that the American Black Bear would have better manners?

Join us for our annual open house

Saturday, October 19, 2019

Noon – 3:00 p.m.

Many great wines, from current releases to new releases including 2016 Riesling in magnum

Library wines

Great food

Top of the world scenery

Scenic scenery

Music and general good times!

An opportunity to meet the winemakers, wander through our vineyards with a glass of wine and delicious food and truly enjoy the property---only possible once a year at this open house!

Tickets are $75.00

Please buy your ticket online at https://smithmadrone.simplycms.com/store

Attendance is limited and we expect to sell out, so we urge you to buy your ticket asap!

4022 Spring Mountain Road, St. Helena CA 94574

707/963-2283

We encourage carpooling.

for immediate release
Contact: Julie Ann Kodmur, 707/963-9632, corking@julieannkodmur.com, www.smithmadrone.com
Tickets must be purchased in advance:
https://smithmadrone.wpengine.com/product/open-house
Driving directions:
https://www.smithmadrone.com/downloadables/pdfs/smithmad_directions.pdf

**SMITH-MADRONE OPEN HOUSE ON SEPTEMBER 10**
**Paella and current and library wines with a view**

St. Helena, Napa Valley August 2023 ---- After a pause for Covid, Smith-Madrone Winery is bringing back its annual open house, taking place on Sunday September 10, 12:00 p.m. to 3:30 p.m. Wine stations hosted by founders/winemakers Stuart Smith and Charles Smith and Associate Winemaker François Bugué will offer current releases as well as library wines and large format bottes and a sneak peek of a new wine, to be released later this year. There will also be paella and other tasty accoutrements as well as music. It's an opportunity to experience the magic of this mountain-top winery and to get to know the winemaking team.

There will be the opportunity to buy wines not usually available on the winery's website or when you visit the winery.

Space is limited. Tickets must be purchased in advance and will not be available at the door. The winery is located at 4022 Spring Mountain Road in St. Helena.

All of the winery's wines are made from the estate vineyards surrounding the winery, which was founded in 1971 by brothers Stuart Smith and Charles Smith The vineyards are dry-farmed on steep mountainsides surrounding the winery on top of Spring Mountain in the Napa Valley. At elevations between 1,300 and 2,000 feet, the vineyards extend in steepness up to 35% slopes. With its signature deep red Aiken loam soil, Smith-Madrone is located at the highest point in the Spring Mountain District appellation.

Smith-Madrone is open for tours and tastings Tuesdays, Thursdays and Saturdays at 10:00 a.m. by appointment at www.smithmadrone.com. Tastings and tours are always conducted by one of the Smith brothers or Mr. Bugué.

# # #