# Exhibit 2

# Delegates' Day of Wine



By Brant Ward

Maryland delegate Pearl Finnissey, delighted with a souvenir cluster of grapes, led other members of the tour

## Vineyard Tour Starts Badly, Ends in Cheers

*By Richard R. Leger*

**It started off as a delightful tour of the wine country for a busload of 50 Democratic delegates and their spouses.**

But it came close to a mutiny yesterday when the driver repeatedly got lost on the highways north of San Francisco.

"There was almost an insurrection on the bus," said attorney Scott Sidwell, a delegate from Kearney, Neb. "There was a lot of heckling especially from the rear of the bus."

"I just took a couple of wrong turns down on Highway 29," said harried bus driver Dan Coles, after the 50 scowling delegates stepped off at the Smith-Madrone Vineyards on a mountain ridge six miles west of St. Helena in Napa County.

"I gave them a good tour," the driver said, making the most of a bad situation. "I told them all about the redwood trees."

But many passengers were not having any of his excuses and explanations. They were more interested in lunch, wine and other matters.

"The first thing I need is a lady's room," said a frantic Connecticut woman, the first person to alight from the bus.

"It's an insane place to bring these people," snapped a Connecticut delegate, upset over the narrow dirt-and-gravel road that leads to the remote winery.

But the beauty of the setting quickly improved moods as the visitors began snapping pictures of the vineyard's spectacular setting. A mild breeze cooled the hot tempers, and growls turned to ooohs and aahs.

Winery owner Stuart Smith led the visitors on a 45-minute walk through the dusty red dirt of the vineyards, explaining the differences between the grapes that produce riesling, pinot noir and chardonnay.

Delegate Rosa Hereford, a school counsellor from Killeen, Texas, took a picture of a grapevine and said, "This is delightful. This is marvelous."

"Whoever decided we should come here had a great idea," said the now-mollified Hereford, "I want to stay in San Francisco for a few extra days."

"I just can't get over this place," said delegate Pat Lane, a talent agent from Houston. "It's just paradise."

After a quick stop in the small Redwood winery, where the wine-making process was described, the group was led to the front lawn, where eight red-white-and-blue-covered tables were set up for lunch.

Lunch was a cold pasta salad, fresh cantaloupe and chunks of watermelon. Dessert was vanilla ice cream, sprinkled with freshly picked blueberries.

Hostess Susan Smith, wife of the owner, received a rousing round of applause for her meal and gracious service.

Smith-Madrone is an unusual winery for reasons other than its remote setting. The owner said the winery is "about as small as you can get." And the Smiths are Republicans.

The bus tour was one of 45 that took more than 2000 delegates and spouses to 26 wineries in the Sonoma, Napa, Santa Clara and Livermore regions.

# Oldenburg Gives Up A Floor in Office To Avert Eviction

*By William Carlsen*

**San Francisco mortgage broker J. William Oldenburg has agreed to give up one of three floors at his lavish California Street headquarters after intense negotiations over a legal action to evict him.**

> He reportedly spent as much as $10 million to furnish the suite of offices

A lawsuit in San Francisco Superior Court charges that Oldenburg has fallen more than a month behind on the $230,893-a-month rent he pays for space at 101 California, one of the city's poshest office buildings.

According to court documents, a three-day notice from the owners demanding that Oldenburg either pay or give up the premises was delivered on June 18 to Investment Mortgage International Inc., the Oldenburg company occupying the 38th, 41st and 42d floors of the building.

The notice said Oldenburg had not paid the rent due on June 1.

William Thompson, senior vice president of IMI, said the firm reached a settlement with the building's owners yesterday on the rent dispute.

He would give no details of the settlement. But he said IMI signed an agreement on Monday to move out of the 38th floor and turn it over to 101 California Ventures, the company that leases space in the building.

A hearing on the eviction action is still scheduled for today in San Francisco court and Thompson said that he did not know if it would be canceled because of yesterday's settlement.

Kenneth Burns, the attorney representing Gerald Hines, the head of 101 California Ventures, refused to comment on the settlement or eviction lawsuit yesterday.

According to Thompson, IMI moved from the Embarcadero One building to the 101 California Street last November because the company "was growing at a very fast pace."

It has been reported that Oldenburg has spent as much as $10 million to furnish the new suite of offices.

Court records disclose that Oldenburg originally offered to lease the 21st, 22nd and 23rd floors of the building in addition to the 41st and 42nd that he now occupies, but the offer was later withdrawn.

In May, Oldenburg's lease was amended to add the 38th floor, bringing the total rented space to 62,000 square feet. The annual base rent is $1.96 million a year plus $565,591 for annual operating expenses, the documents said.

The eviction suit against Oldenburg was filed June 25 and it stated: "This is at root a simple case. IMI did not pay its rent. Because IMI did not, it forfeits its lease."

Another lawsuit was filed in San Francisco court this week against Oldenburg. The breach-of-contract complaint, filed by Sky Courier Network Inc., contends Oldenburg owes $89,778 for "overnight courier services."

The San Francisco suits come in the wake of a major suit filed against Oldenburg in Los Angeles County, alleging that Oldenburg has fraudulently used a $17.5 million line of credit from Valley Federal Savings and Loan Association in Van Nuys.

"Oldenburg has commingled the assets of his corporate kingdom without regard for the separate corporate identities," Valley Federal charged.

A federal grand jury is also investigating whether he has diverted funds to purchase the Los Angeles Express professional football team.

IMI spokesman Thompson said yesterday that Oldenburg has hired former Mayor Joseph Alioto to handle his legal problems.

Commenting on rumors that IMI might file for bankruptcy, he said, "No, we're not going to do that."

## Beer, Cheers Along Route Of the Torch

**The Olympic torch, flickering brightly in the darkness, came to the campus of the University of Santa Clara at 2 a.m. yesterday to the cheers of 1500 dancing and beer-swilling students.**

As runner Joseph Rust, with the torch held aloft, turned onto the campus, he was greeted by the enthusiastic crowd and a recorded blast of the stirring theme from "Chariots of Fire."

The party had started hours earlier as students waited for the torch on its circuitous route through Alameda County, across the San Mateo Bridge and down the Peninsula. When it finally arrived, the students were in just the right mood to honor the symbol of the Olympic spirit that spent the night on campus.

The Olympic flame was kept burning through the night, protected in a mobile home parked on the campus for the convenience of the crew accompanying the torch to Los Angeles for the opening of the Games.

At 6 a.m., the torch was on the road again heading south through San Jose and Morgan Hill. Thousands of early risers lined the streets, cheering and waving flags and balloons at the torch-carrying runners.

Among the athletes who carried the four-pound torch was former Olympic swimmer Lynn Vidali Gautschi, now a teacher at Live Oak High School in Morgan Hill. Town residents roared as she jogged through her leg of the 8700-mile route across 33 states.

The flame was scheduled to make it to Carmel by late last night, where the crew was to rest before continuing their journey south.

Two of yesterday's torch-bearers were Tom Hale and Mark Milward, both competitors in the Special Olympics for the handicapped.

Some 4000 runners have paid $3000 each to carry the symbolic flame, each for one kilometer. The Olympic Committee raised $12 million for youth sports by selling the privilege of carrying the torch.

### Embassy to Close

Beirut

The Libyan Foreign Ministry announced yesterday it would close the Libyan "People's Bureau" (embassy) in Mauritania. *Reuters*

## Alameda County Supervisor Seeks Larger Board

**An Alameda County Supervisor proposed enlarging the board from five to seven members yesterday because of complaints that reapportionment has sharply cut black voting strength in one supervisorial district.**

Supervisor Don Excell asked the county administrator to study increasing the board's size and to report back to the supervisors within two weeks.

Except for San Francisco, which has a combined city-county government with 11 supervisors, no county in California has more than five supervisors.

Excell's request came a day after the county registrar of voters received 55,179 signed petitions seeking to restore the old district lines that were changed last year.

Alameda's board is chosen in district elections, rather than by countywide voting. Each member represents about 230,000 constituents and earns $31,000 a year. A constituency would drop to 164,000 if the number of supervisors increased to seven.

The supervisors were widely criticized last fall when they remapped the county in a way that added a significant number of white voters to District 3 in Oakland.

Supervisor John George, who is black and the only board member to vote against the plan, called it "racial gerrymandering" designed to protect the seats of white incumbents. He said the percentage of black voters in the district was cut from 42 percent to 22 percent by reapportionment.

# Reagan to Begin Hitting Back Soon

Washington

**President Reagan, who has attempted for months to remain above the fray while the Democrats campaigned, intends to accelerate his campaign next week, informed Republican sources said yesterday.**

Reagan campaign strategists concluded that the best opportunity for the president to begin campaigning directly against Mondale, the prospective nominee, would be the week after the Democratic convention, when voter impressions from the convention should still be fresh, the sources said.

"We wanted to strike the iron while it's still hot," said one source.

The sources also said that intensified attacks on Reagan this week from San Francisco — including New York Governor Mario Cuomo's keynote address Monday night — played a role in the decision. "It's always his natural inclination to want to set the record straight," said one senior Reagan official, "and I don't argue with his sense of timing."

Officials said Reagan's political strategists previously had planned a few days of "low-visibility" events in Washington until Friday, when Reagan departs for a two-week vacation and the opening of the Los Angeles Olympic Games.

Now, the White House tentatively has scheduled a two-day campaign swing through Texas, Georgia and New Jersey. Unlike Reagan's previous campaign activity, which has been cloaked as official business, this trip will be paid for with campaign funds and laden with messages to key blue-collar and Southern audiences, officials said.

*Washington Post*

## Quentin Guards Attacked With Blowguns, Darts

**New violence flared at San Quentin Prison early yesterday when convicts in a maximum security cellblock began attacking guards with crude blowguns and darts.**

They burned clothes and paper and flooded cell tiers by plugging toilets and sinks. The disturbance raged for about an hour. No injuries were reported.

A prison spokesman said the violence in the 227-inmate unit was apparently a protest against new regulations that strictly limit the amount of personal property that a convict can keep in his cell.

Three guards were also attacked yesterday in another maximum security area by four convicts who refused to be locked in their cells.

Six convicts have been killed since January 1 by savage outbreaks of violence that appear to be linked to a continuing war between the Mexican Mafia and the Black Guerrilla Family prison gangs.

### Soviet Development Lags

Moscow

Failure to implement domestic advances in technology quickly is crippling Soviet industrial development and costs up to $7 billion a year in lost potential. *Reuters*

# Conservatives Collect $16 Million War Chest

**A $16 million war chest to battle Walter Mondale and other "liberals" has been amassed by the powerful National Conservative Political Caucus, officials said here yesterday.**

"Walter Mondale has the most liberal record in the history of modern American politics, but the media have let him get away with saying he's a centrist, a middle-of-the-road politician," said John T. Dolan, chairman of the conservative organization that won fame four years ago for its well-financed liberal "hit list."

Dolan said NCPAC has raised a total of $16 million from 300,000 contributors for use against liberal candidates in elections at all levels this fall. He said $2 million will be dedicated specifically to opposing Mondale, another $2 million to back conservative candidates for Congress and $12 million on a campaign supporting President Reagan's re-election.

Four years ago, many prominent Democrats who failed to gain re-election blamed NCPAC in part for their losses.

The core of the anti-Mondale drive, Dolan said, is a 135-page paperback book NCPAC is publishing called "Minnesota Fritz and the Party of Gloom." Dolan is listed as the author, but he said the material was compiled over the last six months by a team of writers.


COMPUTER CENTER INC

Presents: MICROCOMPUTER TRIVIA

Featuring TEXAS INSTRUMENTS

1. What 2 letter computer has 69% better graphics and 100% more colors than the leading 3 letter computer, and offers monochrome or color in both desktop and portable versions? ____

2. What 2 letter computer displays characters 20% more clearly? ____

3. What 2 letter computer has a keyboard that can be used efficiently by secretaries and other human beings? ____

4. What 2 letter computer company has a local area network available now that even allows 3, 5, 6, and 8 letter computers to share data and programs? ____



BONUS QUESTION...

What 3 letter computer retailer offers the best prices on the best 2 letter computer? A dual drive 128K color desktop or portable, with graphics & DOS on sale through July 31.

CCI 1514 University Ave. Berkeley, CA 94703 (415) 845-6366

$2795 Normally $3665 - SAVE OVER $850