# Exhibit 4

A Tradition of Stewardship
A Commitment to Service

**Planning, Building, and Environmental Services**

1195 Third Street, Suite 210
Napa, CA 94559
www.co.napa.ca.us

Main: (707) 253-4417
Fax: (707) 253-4336

**David Morrison**
Director

July 3, 2019

Grgich Hills Estate
Ms. Violet Grgich, President
P.O. Box 450, Rutherford, CA 94573

Via Certified Mail

RE: Status Determination #P19-00111-SD
Grgich Hills Estate – 1829 St. Helena Hwy, St. Helena
APN: 027-470-033 Winery; 027-470-006 Wine Train Platform
Date of Decision: **July 3, 2019**

Dear Ms. Grgich:

Your request for the County to document and/or delineate the existing property rights for the property located at1829 St. Helena Hwy, St. Helena (APN: 027-470-033 Winery; 027-470-006 Wine Train Platform) (the "property") was received by this office on March 11, 2019. Status determinations merely confirm existing legal entitlements already granted by the County. Status determinations are not permits and do not authorize new uses or structures. They also do not authorize or grandfather historic uses or structures that were not legally established.

Your request has been reviewed by the Planning Division, Code Enforcement Division, and County Counsel. Below is a historic summary, evaluation and conclusion of existing use permits, use permit modifications, other land use entitlements, and any other documentary evidence demonstrating the uses or structures on the property have been legally established.

<u>Historic Assessment of Project Approvals</u>:

Exhibit 1, as attached, provides a historical accounting of the property's entitlement to assist staff in the confirmation of existing legal entitlements already granted by the County.

<u>Staff Analysis & Conclusion</u>:

Based upon the historic assessment provided in Exhibit 1, staff has determined that Grgich Hills Estate Winery has the following <u>operational entitlements</u> based on the Conditions of Approval and Mitigation Measures adopted by the Planning Commission on October 21, 2009 for P08-00648 Major Modification/P08-00656 Variance and U-90-3 Modification Conditions of Approval and Mitigation Measures as revised on October 21, 2009, also by the Planning Commission:

Operational Entitlements:

- Production: 250,000 gallons/year averaged over 3 years not to exceed 300,000 gallons/year; 75% of production over 150,000 gallons/year from Napa County grapes. Records of annual production documenting the source of grapes and a report shall be provided to the Department upon request.

- Visitation: The maximum number of visitor carrying vehicles entering the subject winery for tours and tastings visitation, be it public or by appointment, shall be limited to 220 per day on an annualized basis. The applicant shall submit a plan to the Department for review and approval within 60 days of permit approval to implement this limitation. Based on application materials for Use Permit Major Modification #P08-00648, visitor-carrying vehicles means passenger vehicles carrying an average of 2.6 persons per vehicle on a weekday and 2.8 persons per vehicle on a weekend. On average, this allows for approximately 600 persons per day.

  No tours and tastings visitation, be it public or by-appointment is approved for the hospitality center.

- Marketing:
  a. Private Promotional Tastings with Meals (not to exceed 3 per week) - up to 75 people, with food catered or prepared on site in the hospitality center kitchen. Time of day: a 4 hour window between 11 am and 10 pm;
  b. Small Private Tastings with Food Pairings (not to exceed 4 per week) - up to 30 people, with food catered or prepared on site in the hospitality center kitchen. Time of day: a 3 hour window between 11 am and 10 pm;
  c. Private Tasting Events (not to exceed 15 per year) - up to 100 people, with food catered or prepared on site in the hospitality center kitchen. Time of day: a 4 hour window between 11 am and 10 pm;
  d. Spring and Fall Release of Wines – 2 events annually, up to 100 people, no food service;
  e. July 4th Event – 1 event annually, up to 400 people, with food service;
  f. Blessing of the Grapes – 1 event annually, up to 100 people, with food service;
  g. Anniversary Celebration – 1 event annually, up to 400 people, with food service;
  h. Employee Party – 1 event annually, up to 50 people, with food service; and
  i. Participation in Auction Napa Valley.

  All marketing events shall occur in the hospitality center. Previously-approved marketing events may be relocated to the hospitality center. No tours and tastings visitation, be it public or by-appointment, is approved at the hospitality center.

  All marketing events which are permitted to incorporate food may include catered food or food prepared on site.

No marketing event may begin, end, or otherwise create a substantial volume of traffic to or from the site between the hours of 4 pm and 6 pm on weekdays or 1 pm and 3 pm on weekends. All activity, including clean up and/or event breakdown, shall cease by 10 pm.

The 30, 75, and 100 person marketing events proposed in this project shall be scheduled such that no 30 or 75 person event shall occur on the day of a 100 person event and no two 75 person events may occur on the same day.

- Retail sales shall be limited to wine permitted by Section 12202(g)(5)(c) of the Napa County Code and wine glasses sold only in conjunction with tasting.

- Outdoor Wine Consumption Purchased On-site (e.g., Assembly Bill 2004 provisions): Limited to the following areas: 1) enclosed lawn and garden area adjacent to the private VIP tasting room of the existing winery building; 2) internal courtyard of the new hospitality center; 3) outdoor lawn and garden area surrounding and directly adjacent to the proposed hospitality center.

- All uses of the site undertaken by the winery in conjunction with marketing shall be in compliance with the Marketing Plan. The winery facility shall not be used for events hosted by entities other than the winery itself.

- Number of Employees: 38 FT, 12 PT, up to 2 peak/event employees.

- Parking: A total of 59 spaces with no restrictions on use.

  If any event is held which will exceed the requested 59 on-site parking capacity, the applicant shall arrange for off-site parking and shuttle service to the winery. Off-site parking is presumed to be necessary for any event with a visitation of more than 100 persons, unless adequate alternate measures (such as staggered arrival times) are proposed which would render approved on-site parking adequate.

- Hours of Operation
  Tours of the winery by appointment only shall occur between the hours of 9 am and 3:30 pm

All operational entitlements may be further limited by the Mitigation Measures adopted and revised on October 21, 2009.

It should be noted that a Notice of Violation (NOV) was sent on December 5, 2016 to the Wine Train and Grgich Hills Estate Winery property owners. COA #11 of the Wine Train Use Permit #93542 does not allow for evening train stops after 4pm at Grgich Hills Estate Winery. Therefore, Wine Train stops and evening events are currently outside the scope of the Wine Train Use Permit (CE16-00354 - APN 027-470-006). Please be advised that resolution of the Wine Train Stop at Grgich Hills Estate Winery will be addressed through the processing of the Wine Train's Use Permit Major Modification P19-00054-MOD as submitted on February 27, 2019. Upon resolution of this issue with the Wine Train, Grgich Hills Estate Winery may need to process a

major modification if there is a desired to incorporate additional marketing events then noted above to accommodate Wine Train activities on a regular basis.

This determination is final unless an appeal is filed to the Napa County Board of Supervisors pursuant to Chapter 2.88 of the Napa County Code, including payment of applicable fees. You will be notified if an appeal is filed.

Should you have any questions, please contact Charlene Gallina, Supervising Planner at (707) 299-1355 or e-mail at charlene.gallina@countyofnapa.org.

Sincerely,

David Morrison
Director

Charlene Gallina

By: Charlene Gallina, Supervising Planner

cc: Mitch Hoskins, Facilities Manager, Grgich Hills Estate, P.O. Box 450, Rutherford, CA 94573
Jason Dooley, Deputy County Counsel III

# EXHIBIT 1

## USE PERMITS/BUILDING PERMITS ASSOCIATED WITH THE PROPERTY

| Permit Number or Documentation | Approval Date | Applicable Condition of Approval or Other Documentation | Project Scope or Entitlement |
|---|---|---|---|
| U-407677 - Use Permit | May 4, 1977 – Planning Commission | Condition #6; Staff Report/Application Description | Established a 50,000 gallon/year winery 5,000 sf in size with no public tours and tastings; Tours and tastings by appointment only (6/day; 20 to 40/week); Number of employees 4 FT, 1 PT; 12 parking spaces authorized |
| U-297980-Major Modification | May 21, 1980 – Planning Commission | Conditions #1 & #10, Staff Report/ Application Description | 7,500 sf addition to the winery; Production capacity limited to 50,000 gallons/year; Number of employees 4 FT, 2 PT authorized |
| U-28485 Major Modification | September 20, 1984 – Planning Commission | Condition #1 & #3; Staff Report/ Application Description | 8,150 sf addition to winery; Production increased to 150,000 gallons/year; Tours & tasting by appointment increased to 20/day; 150/week; Number of employees increased to 12 FT, 2 PT; Minimum 20 parking spaces authorized |
| U-90-3 Major Modification | December 5, 1990 – Planning Commission | Conditions #1, #2, #3, #5, #7, #8, #10, #11, Exhibit A, Mitigation Measure #5 & #6 (Left Turn Lane & Driveway), #7 - #14 (Operational Restrictions), #15- #19 (Parking);<br><br>Left Turn Lane was installed;<br><br>Implementation plan determining annual maximum number of visitors was submitted on January 25, 1991; | Increased Production to 250,000 gallons/year averaged over 3 years not to exceed 300,000 gallons/year; 75% of production over 150,000 gallons/year from Napa County grapes; required reporting in December of each year the number of gallons produced during that year.<br><br>Authorized a 18,500 sf addition for fermentation/aging; no more than 35 parking spaces (no more than 15 spaces available to visitors); employees increased to 20 FT, 12 PT; no commercial kitchen or commercial food preparation, picnicking or outdoor wine tasting permitted. Exhibit A – Marketing Plan: Retail Sales open daily 9:30am to 4:30 pm; Public tours & tastings open daily 9:30 am-4:30 pm, |

| | | | |
|---|---|---|---|
| | | Compliance documents submitted 1991-1995 only | Promotional Mailings, Invitation Only Events: Seven events annually with maximums ranging from 50 to 400 people, Food service – catered only.<br><br>Left Turn Lane and Driveway Improvements required.<br><br>Maximum number of visitor carry vehicles entering the subject winery shall be limited to 220 per day on an annualized basis. The applicant shall submit a plan to the Department for review and approval within 60 days of permit approval to implement this limitation. |
| #94348 Modification | July 21, 1995 – Zoning Administrator | Condition #1 | Modification to Condition of Approval #6 of U-90-3 (Signs) – Deferral of sign installation until Left Turn Lane is installed. |
| #95639 Modification | July 19, 1996 – Zoning Administrator | Conditions #1 & #6 | Addition of a 744 sf employee lunch room attached to the east side of existing winery; No visitor or marketing use of the lunch room. |
| #98376 Modification | April 9, 1999 – Zoning Administrator | Condition #1 | Addition of a 142 sf office/record storage room with a stairway above a semi-enclosed equipment storage area of 157 sf on ground level inside the existing winery building. |
| #99528 Modification | January 16, 2001 – Zoning Administrator | Conditions #1 & #3 | 1,056 sf room addition for private tours, tastings and retail sales on the east side of winery; 2 handicapped accessible restrooms totaling 156 sf all located on the first floor; 1,482 sf addition for employee uses to the second floor; installation of an 1,800 sf deck; Authorization to convert employee lunch room to a conference room, reconfigure second floor lab to expand into a storage area; and reconfigure parking lot to provide a handicapped space and 7 additional employee parking spaces. Required the elimination of any means of access between existing public tasting room and new private tours, tasting, & retail |

| | | | |
|---|---|---|---|
| | | | sales room. |
| Administrative Determination | January 2001 – Zoning Administrator | Reference in Staff Report dated October 21, 2009 | Administrative determination made that "wine education events" taking place within the by-appointment tasting area are allowed under the existing use permit, provided that the pre-existing cap of 220 vehicles entering the day is not exceeded. |
| P08-00648 Major Modification & P08-00656 Variance | October 21, 2009 – Planning Commission | Conditions #1, #2, #3, #4, & #5 Mitigation Measures #1-#5; Major Modification U-90.3 - Previously Adopted Mitigation Measures, as revised & Reinstatement of & Amendments to Major Modification Conditions of Approval U-90-3 | Variance granted for winery road setbacks to allow additions to an existing residence to create a winery hospitality center.<br><br>Major Modification authorized conversion of and renovations to a 2,500 sf existing residence to a hospitality center including an installation of a commercial kitchen and 400 sf second story deck; phased additions to the hospitality center totaling 3,733 sf for an eventual building area of 6,200 sf; conversion of .15 acres of vineyard to into a hospitality garden; conversion of and additions to an existing 1,800 sf agricultural storage barn to create a 5,000 sf winery storage barn for barrels and case goods; widening and realignment of existing residential drives to provide access from the existing winery driveway entrance; installation of 1-6,000 gallon fire storage water tank; and installation of a new sanitary sewage septic system.<br><br>Employees changes: 3 new FT, legalization of 15FT, and 2 new peak employees (Total: 38 FT, 12 PT, up to 2 peak/event employees); Parking changes: 22 additional parking spaces for a total of 59 spaces with no restrictions on use.<br><br>Phasing Plan: The approved project was approved to occur within 3 phases: 1) winery storage barn; 2) conversion of existing residence, installation of new |

| | | | |
|---|---|---|---|
| | | | wastewater treatment system, and installation of driveway connector and vehicle barrier at Highway 29; 3) additions to hospitality center, construction of new parking areas, and installation of vehicle barrier blocking access to the private driveway to the south. Allowed for consolidation of phase 2 and 3 at the same time subject to installation of septic system.<br><br>Visitation: No changes with exception to hours of operation and location: Tours of the winery by appointment only shall occur between the hours of 9 am and 3:30 pm; No tours and tastings visitation, be it public or by-appointment is approved for the hospitality center. Refer to Mitigation Measures for specific hours of operation.<br><br>Visitation Numbers are Subject to U-90-3 Modification approval, as revised:<br><br>*The maximum number of visitor carrying vehicles entering the subject winery <u>for tours and tastings visitation, be it public or by appointment,</u> shall be limited to 220 per day on an annualized basis. The applicant shall submit a plan to the Department for review and approval within 60 days of permit approval to implement this limitation.*<br><br>Marketing: Recognized previously approved marketing activities (U-90—3 Modification - Seven events annually, with maximums ranging from 50 to 400 people); and<br><br>Added the following: Three 75-person private promotional tastings with meals per week. Time of day 4 hour window between 11 am and 10 pm; Four 30-person private tastings with food |

| | | | |
|---|---|---|---|
| | | | pairings per week. Time of day 3 hour window between 11 am and 10 pm; and Fifteen 100-person private tasting events annually. (All figures are maximum.) Time of day 4 hour window between 11 am and 10 pm.<br><br>All new and/or additional marketing events shall occur in the hospitality center. Previously-approved marketing events may be relocated to the hospitality center.<br><br>No marketing events, be it approved hereby or recognized in this approval, may begin, end, or otherwise create substantial volume of traffic to or from the site between 4 pm to 6 pm on weekdays or 1 pm to 3 pm on weekends. All activity, including clean up and /or event breakdown, shall cease by 10 pm.<br><br>Winery hours of operation were restricted through mitigation measures in order to reduce traffic congestion on State Highway 29 in the afternoon.<br><br>Outdoor wine consumption purchased on-site (e.g., Assembly Bill 2004 provisions) limited to the following areas: 1) enclosed lawn and garden area adjacent to the private VIP tasting room of the existing winery building; 2) internal courtyard of the new hospitality center; 3) outdoor lawn and garden area surrounding and directly adjacent to the proposed hospitality center.<br><br>Required the recordation of a Lot Line Adjustment to locate all winery improvements on the same parcel (13¼ acres) prior to implementation of this approval. |

| | | | |
|---|---|---|---|
| W08-01343 – Lot Line Adjustment | Public Works | | LLA – 1625 Recorded satisfying Condition 1 of P08-00648 & Variance P08-00656 |
| CE13-00217 | October 6, 2016 | Resolved through approval of P13-00423 Very Minor Modification | 2 trellis' in front of winery |
| P13-00423 – Very Minor Modification | September 22, 2014 - Director | Condition #1 | Authorization for the construction of a 900 sf storage mezzanine; miscellaneous improvements to implement conversion/ renovation of new winery hospitality center; and recognition of previously constructed trellis' and exterior landscape lighting. |
| CE15-00347 | February 8, 2016 | Resolved – Owners agreed to stop using the residence and patio until COAs for P08-00648 Major Modification was satisfied. (Refer to B16-00826) | Patio area and the home are being used for hospitality uses in violation of conditions of approval of use permit. Notice of Violation was sent on December 13, 2015. |
| CE16-00347 | | Unresolved – To be resolved through P19-00054–MOD Wine Train | Wine train stops and evening events outside the scope of the Wine Train Use Permit Conditions of Approval (COA 11 of 93542). Notice of Violation was sent on December 5, 2016 to the Wine Train and Grgich Winery property owners. COA #11 does not allow for evening train stops after 4pm. CE16-00354 - APN 027-470-006 |
| P17-00307 – Very Minor Modification | November 9, 2017 - Director | Condition #1 | Authorization to modify the previously approved barrel building by enclosing an existing 1,204 sf roof overhang area for winery storage use. |
| P18-00299 – Very Minor Modification | January 14, 2019 | Condition #1 | Miscellaneous improvements to interior and exterior spaces. |

NAPA COUNTY CALIFORNIA

A Tradition of Stewardship
A Commitment to Service

**Planning, Building & Environmental Services**

1195 Third Street, Suite 210
Napa, CA 94559
www.countyofnapa.org

**David Morrison**
Director

July 18, 2019

Domaine Carneros, Ltd.
Eileen G. Crane, CEO
1240 Duhig Road
Napa, CA 94559

Via Certified Mail

RE: Status Determination No. P19-00113
Domaine Carneros Winery, 1240 Duhig Road, Napa; Assessor's Parcel No. 047-070-007
Date of Decision: July 18, 2019

Dear Ms. Crane:

Your request for the County to document and/or delineate the existing winery entitlement rights for the property located at 1240 Duhig Road, Napa, Assessor's Parcel No. 047-070-007 (the "property") was received by this office on March 26, 2019. Status determinations merely confirm existing legal entitlements already granted by the County. Status determinations are not permits and do not authorize new uses or structures. They also do not authorize or grandfather historic uses or structures that were not legally established.

Your request has been reviewed by the Planning Division, Code Enforcement Division, and County Counsel. Below is a historic summary, evaluation and conclusion of existing use permits, use permit modifications, other land use entitlements, and any other documentary evidence demonstrating the uses or structures on the property that have been legally established.

<u>Historic Assessment of Project Approvals</u>:

Exhibit 1, as attached, provides a historical accounting of the property's entitlements to assist staff in the confirmation of existing legal entitlements already granted by the County.

<u>Staff Analysis & Conclusion</u>:

Based upon the historic assessment provided in Exhibit 1, staff has determined that the property has a winery use permit (U-668687) granted by the Napa County Planning Commission on September 12, 1987, and subsequently modified by administrative and Planning Commission actions. The discretionary use permit entitlement encompasses the following:

**Winery Production:** Maximum 432,000 gallons of wine per year. (Use Permit U-668687)

**Winery Size:** 74,160 square feet, of which up to 16,395 square feet may be used for winery accessory uses. (Use Permit U-668687, Major Modification 00170-MOD and Very Minor Modification P16-00166-VMM; Building Permits B02-00195 and B14-00425)

**Winery Visitation:** 360 public visitors plus 100 visitors by appointment per weekday, Monday through Friday; and 360 public visitors plus 600 visitors by appointment per weekend day, Saturday and Sunday. Public visitation is precluded from occurring in: 1) the 2,920 square foot accessory use area inside of the 22,800 square foot barrel storage and fermentation building; and 2) the 1,400 square foot glass enclosure. (Use Determination P12-00334-UD, Major Modifications P10-00384-MOD and P13-00258-MOD, and Very Minor Modification P16-00166-VMM; Building Permits B12-00373, B02-00195 and B14-00425)

**Winery Marketing Program:** Two events per year for up to 300 people per event, plus six events per month for up to 50 guests, plus eight events per month for up to 25 guests. (Use Permit U-668687 and Major Modification P13-00258-MOD)

**Winery Hours of Operation:** Daily, 8:00 a.m. through 6:00 p.m., for both wine production and tours and tastings. (Use Permit U-688687)

**Winery Employment:** Up to 30 full-time employees and up to 15 part-time employees. (Major Modification 00170-MOD)

**On-site Parking for Winery:** 144 vehicle stalls. (Major Modification P13-00258-MOD)

**Food and Wine Pairings at Tastings:** Allowed. (Major Modification P10-00384-MOD)

**Retail Sales:** Allowed only for wine produced on-site. (Use Permit U-668687)

**On-premises Consumption of Wine Purchased on-site:** Allowed solely in the Hospitality Building (tasting room) and patio area. (Major Modification P10-00384-MOD)

In addition to the above discretionary entitlements, the property has a Williamson Act contract (54-70) approved by the Board of Supervisors on March 10, 1970. The property also has a variance (96642-VAR and A-1997-001) allowing installation of a 14-foot, nine-inch tall by 31-foot, three-inch wide, antique gate at a distance of 55 feet from the centerline of State Route 12/121, where a 90-foot setback is required. Conditions of approval of that variance also precluded any solid element of the fence (other than the gateposts and foundation pediment up to five inches above grade) to be wider than two inches and precluded the attachment of lettering or business identification to the fence.

This determination is final unless you or another party files an appeal to the Napa County Board of Supervisors pursuant to Chapter 2.88 of the Napa County Code, including payment of applicable fees. Staff will notify you in the event that another party files an appeal of this determination.

Should you have any questions, please contact Dana Ayers, Planner III, at phone number (707) 253-4388 or by e-mail to dana.ayers@countyofnapa.org.

Sincerely,

David Morrison
Director

By: Dana Ayers, Planner III

cc: Laura Anderson, Deputy County Counsel, Napa County
David Gilbreth, Attorney for Applicant, email to davidgnapa@icloud.com

# EXHIBIT 1

## USE PERMITS/BUILDING PERMITS ASSOCIATED WITH THE PROPERTY

| Permit Number or Documentation | Approval Date | Applicable Condition of Approval (COA) or Other Documentation | Project Scope or Entitlement |
|---|---|---|---|
| 54-70 | 3/10/1970 | | To Adolph and Anna Dutra, owners of Riordan Ranch, including the subject 138-acre parcel and 366.4-acre Assessor's Parcel No. 047-120-002, the Board of Supervisors approved a Williamson Act, Type C, contract. |
| U-668687 | 9/12/1987 | COA nos. 7, 8 | Establishment of a 432,000 gallon per year winery within a 49,060 square foot building, with public tours and tastings. Buildings included a 900 square foot conservatory. COA precluded outside social activities including picnicking, outside dining, wine tasting, live music, outdoor festivals, or other activities of a similar nature. COA also allowed retail sales only of wine produced and bottled by the winery. Plans attached to the approval depicted accessory use area (visitors and administrative office space) encompassing 12,075 square feet across the conservatory and the cellar, cellar mezzanine, and first and second floors of the building. |

| Permit Number or Documentation | Approval Date | Applicable Condition of Approval (COA) or Other Documentation | Project Scope or Entitlement |
|---|---|---|---|
| U-91-11 | 9/24/1991 | COA nos. 1, 3 | Minor Modification of Use Permit U-668687 to allow a marketing plan for the Domaine Carneros Winery. Said marketing plan included two annual benefit events with no more than 300 guests per event. COA of the Minor Modification required the winery operators to notify the Conservation, Planning and Development Department at least 45 days prior to each scheduled event, except as may be permitted pursuant to an Outdoor Festival License granted by the Board of Supervisors (BOS). COA also allowed temporary signage for the event to be placed only on the winery site and only on the day of the event. |
| 96642-VAR<br>A-1997-001 | 10/13/1997 | COA no. 2; Building permit B98-01244 | Variance to allow placement of a 14-foot nine-inch tall by 31-foot three-inch wide, antique gate 55 feet from the centerline of the right-of-way of State Route 12/121, where a setback of 90 feet from right-of-way centerline is required. COA precluded any solid element wider than two inches and precluded lettering or business identification and affixing of any temporary signs. |
| 00170-MOD | 7/18/2001 | COA no. 3; Building permit B02-00195 | Major Modification allowing construction of a 22,366 square foot winery structure for barrel storage and fermentation and private tasting room for trade members, business partners, or members of the public with prior appointments; and increase in employees to 30 full-time and 15 part-time. COA required 77 all-weather surface parking stalls. Scope of work of Building Permit B02-00195 described building as 22,800 square feet. |

| Permit Number or Documentation | Approval Date | Applicable Condition of Approval (COA) or Other Documentation | Project Scope or Entitlement |
|---|---|---|---|
| 01284-MOD | 1/22/2002 | | Minor Modification to prior approval allowing construction of a new barrel storage and fermentation building attached to the existing winery. Modified approval in COA 12 of 00170-MOD to require new building to be connected to winery building by an eight-foot tall wall, material and finish to match existing and planned structures. |
| P07-00646-VMM | 10/12/2007 | | Replacement of the existing process wastewater activated sludge pond with an aerated lagoon process wastewater pond in the same location of the previously approved system. |
| P10-00384-MOD | 3/7/2012 | Building permit B13-00373 | Change use of approximately 2,400 square feet of interior space, entitled with approval of 00170-MOD, from barrel storage (winery production) to marketing (winery accessory) use. Modification also allowed food and wine pairings and on-premise consumption of wine purchased on-site (Business and Professions Code sections 23358, 23390, 23396.5). Scope of work of Building Permit B12-00373 described converted space as encompassing 2,920 gross square feet. |
| P11-00450-VMM | 9/24/2013 | | Installation of two tents for weather protection. |
| P12-00334-UD | 6/10/2013 | | Use determination of entitled marketing and visitation numbers. Marketing events were determined to include up to two events per year for up to 300 people per event. Visitation was determined to include up to 360 public visitors per day. |

| Permit Number or Documentation | Approval Date | Applicable Condition of Approval (COA) or Other Documentation | Project Scope or Entitlement |
|---|---|---|---|
| P13-00258-MOD | 1/15/14 | Engineering permit ENG14-00010 | Reconfigure parking lot to add 65 spaces for a total of 144; add to the existing marketing plan (two events per year at 300 guests per event) six events per month at 50 guests and eight events per month at 25 guests; add 100 by appointment visitors per weekday and 600 by appointment on weekend days, for a total of 460 visitors per weekday and 960 per weekend day. |
| P16-00166-VMM | 7/20/2016 | COA no. 4.0; Building permit B14-00425 | Approval for construction of a 1,400 square foot glass enclosure off of the existing winery building. COA limits wine tastings in the enclosure to tastings by appointment. |

A Tradition of Stewardship
A Commitment to Service

**Planning, Building, and Environmental Services**

1195 Third Street, Suite 210
Napa, CA 94559
www.co.napa.ca.us

Main: (707) 253-4417
Fax: (707) 253-4336

**David Morrison**
Director

September 1, 2022

Mr. Christopher Howell, General Manager
Cain Vineyard & Winery
3800 Langtry Road, St. Helena, CA 94574

Via Certified Mail

RE: Revised Status Determination #P19-00114-SD
Cain Vineyard & Winery – 3800 Langtry Road, St. Helena
APN: 027-010-030
Date of Decision: **September 1, 2022**

Dear Mr. Howell:

On March 26, 2019, Cain Cellars, Inc. dba Cain Vineyard & Winery ("Cain") submitted Status Determination Application No. P19-00-114-SD to the County requesting that the County document and/or delineate the existing property rights for the property located at 3800 Langtry Road, St. Helena (APN: 027-010-030) (the "property").

On July 23, 2019, staff issued a Status Determination that Cain was entitled to: (1) five visitors per week (or 260 visitors per year) with no public tours and tastings; (2) no marketing events; and (3) four full-time and three part-time employees. Thereafter, Cain filed a timely appeal of staff's determination.

On August 11, 2020, an appeal hearing was held by the Napa County Board of Supervisors on the PBES Director's issuance of Status Determination P19-00114-SD, dated July 23, 2019. After presentation of verbal and written testimony by Cain and Cain's representatives, the staff, and Board discussion, the Board voted unanimously to remand this matter back to the PBES Director with direction to reconsider the status determination in light of further historic information to be provided by Cain regarding operation of the winery.

On March 1, 2022, Cain submitted approximately 237 pages of additional information consisting of a cover letter, declarations from prior employees of the winery, historic newspaper articles referencing Cain's operations and a directory from 1986 of wineries offering tours at that time.

Determinations merely confirm existing legal entitlements already granted by the County. Status determinations are not permits and do not authorize new uses or structures. They also do not authorize or grandfather historic uses or structures that were not legally established.

The additional evidence and information that you submitted on March 1, 2022, has been reviewed by the Planning Division and County Counsel in light of the prior determination as directed by the Board of Supervisors. Below is an updated historic summary, and staff's conclusions of Cain's existing use permits,

use permit modifications, other land use entitlements which demonstrates the uses or structures on the property identified below have been legally established.

Historic Assessment of Project Approvals:

Exhibit 1, as attached, provides a historical accounting of the property's entitlement to assist staff in the confirmation of existing legal entitlements already granted by the County.

In recognition that the winery property was impacted by the Glass Fire, this information will assist in your rebuilding. Please note that at the time an application for a building permit to reconstruct the winery is submitted, the application will be subject to the regulations in effect at that time.

Staff Analysis & Conclusion:

Based upon the historic assessment provided in Exhibit 1, staff has determined that Cain has the following operational entitlements:

**Operational Entitlements**:

- Production: 59,000 gallons per year.
- A winery Building totaling: 26,220 square feet consisting of 22,496 square feet of Main Floor/winery and 3,274 square feet of Upper Areas (entry/office/hospitality) plus 1,890 square feet of decks and terraces.
- Tours and tastings by appointment.
- Annual Visitation 1,902:
  - 1,622 visitors per year for tours and tastings by appointment resulting in two car trips per day.
  - 280 visitors per year for marketing events resulting in approximately six (6) events. This includes private client education events, client pick up days, occasional trade visitors.
- Parking: Twenty-two (22) spaces for winery; ten (10) spaces for equipment.
- Hours of Operation: 7:00 am – 6:00 pm; Six (6) days per week (non-harvest) and Seven (7) days per week during harvest.
- Employees: Twenty (20).
- A Farm Labor Dwelling: 1,296 square feet with two (2) parking spaces.

This Determination is a final ministerial decision. Ministerial decisions are not appealable to the Napa County Board of Supervisors.

Should you have any questions, please contact Charlene Gallina, Supervising Planner at (707) 299-1355 or e-mail at charlene.gallina@countyofnapa.org.

Sincerely,

David Morrison
Director

*Charlene Gallina*
By: Charlene Gallina, Supervising Planner

cc: Andrea A. Matarazzo, Partner, Pioneer Law Group, LLP, 1122 S. Street Sacramento, CA 95811
Laura Anderson, Deputy County Counsel

# EXHIBIT 1

## USE PERMITS/BUILDING PERMITS ASSOCIATED WITH THE PROPERTY

| **Permit Number or Documentation** | **Approval Date** | **Applicable Condition of Approval or Other Documentation** | **Project Scope or Entitlement** |
|---|---|---|---|
| U-528081 - Use Permit | September 16, 1981 Planning Commission | Conditions #1, #3, #10, #12, & #13 Mitigation Measures, Staff Report & Supplemental Information Sheet – Use Permit Application | Established a 59,000 gallon/year winery and construction of a farm labor dwelling; Size of winery limited to 26,220 sf [Main Floor (winery) 22,946 sf and Upper Areas (entry/office/hospitality) 3,274 sf] plus 1,890 sf decks and terraces; A Maximum of 22 parking spaces (A minimum of 10 parking spaces for the winery and a minimum of 2 parking spaces for the farm labor dwelling); Hours of operation 7am to 6 pm, 5-6 days typical, 7 days harvest; Production Employees 4 full-time, 3 part-time; No Public Tours or Tastings; visitors anticipated +/- 5 per week; all structures shall meet the height restrictions 35' for main building and 50' for towers or spires. |
| Building Permit #30610 | Issued: July 1, 1982; Finaled: April 21, 1983 | | Winery – 5,936 sf |
| Building Permit #31705 | Issued: March 31, 1983 | | Change in Wine Cellar and Greenhouse to dwelling - 1,296 sf (one story) |
| Building Permit #31920 | Issued: May 20, 1983; Finaled: September 5, 1986 | | Winery - Loading Deck & Crushing Area |
| Building Permit #32078 | Issued: June 20, 1983; Finaled: August 27, 1987 | | Winery – Offices and Hospitality Area Addition – 1,960 sf (two stories) – B-2 Occupancy |
| Building Permit #33606 | Issued: May 15, 1984; Finaled: September 5, 1986 | | Winery – Barrel Room Addition - 6,700 (one story) – B-4 Occupancy |
| | | | |

| | | | |
|---|---|---|---|
| Declarations of Chris Howell, Lester Hardy, Kathy McCarthy, and Bob Thompson; and 1986 Directory of Vintners | | Historic Information provided by Winery Owner dated March 1, 2022 | 1,622 visitors per year for by appointment tours and tastings |
| Declarations of Chris Howell, Lester Hardy and Kathy McCarthy | | Historic Information provided by Winery Owner dated March 1, 2022 | 280 visitors per year for marketing events including private client educational events, client pick up days, and occasional trade visitors. |
| Building Plans submitted for the hospitality/office area and Declaration of Chris Howell | See Above Under BP#32078 | Plan shows eight employee offices upstairs; two offices downstairs and a commercial kitchen for a chef, assistants and servers; Historic Information provided by Winery Owner dated March 1, 2022 | 13 total hospitality/office employees |