# Exhibit 5

**From:** Morrison, David
**Sent:** Tuesday, November 3, 2015 4:10 PM PST
**To:** McDowell, John; Gallina, Charlene
**Subject:** FW: Castello di Amorosa (visitation)
**Attachments:** Castello di Amorosa visitation supporting docs.pdf

For what it's worth, this is why the Castello reads so strange on the Winery Database…

If the Castello ever comes in for a mod, we should try to clean this up.

---

**From:** Lamborn, Matt
**Sent:** Tuesday, November 03, 2015 3:58 PM
**To:** Morrison, David
**Subject:** Castello di Amorosa (visitation)

David,

There are no clear-cut answers for determining Castello's visitation and marketing numbers. What is currently in the winery database are numbers carried over from the original winery database. I went through two boxes of Castello-related files and here is what I found:

- Their "approved" visitation, which is shown on every use permit application I can find, is 200 on the busiest day and 600/week average. This accounts for/confirms the 31,200 visitors/yr shown on the winery database. This isn't specifically called out in any conditions of approval, but seems to be the recognized annual visitation figure.

- As for marketing events, the numbers are more elusive: Condition of Approval #8 for UP 94077-MINORMOD states that the applicant shall "submit a Marketing Plan to the Planning Department …" and that "the number of [marketing] visitors … must be within the visitor limitations set forth in Use Permit #U-278485."

- I can find no evidence of marketing events/visitation being limited in any of the docs associated w/ the original use permit above. The apparent approved marketing plan on file is not specific. Of the 5 winery-related marketing items listed, #3 ("Promotional Events") states "Promotional events for up to 300 people in the courtyard, hall and grounds, with or without either sit down lunches and/or dinners or buffets, will be held as needed." The plan doesn't define a frequency for these events.

The arrangement has the appearance of being open-ended, which is probably why the winery database has been silent on the marketing numbers.

I've attached a scan of all the pertinent pages I discuss above, including an email from Laura Anderson who outlines the requirements of providing a 4-5 day "down time" between temporary events. Maybe this could assist staff in determining an estimated frequency of marketing events?

Let me know if you have any questions – I would be happy to discuss.

Best,

- Matt

Matt Lamborn
Planner III / GIS

*Planning, Building, & Environmental Services*

ph: 707.265.2326 | matt.lamborn@countyofnapa.org

CONFIDENTIALITY NOTICE: This email message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient of the message, please contact the sender immediately and delete this message and any attachments. Thank you.