Joseph M. Infante (pro hac admission)
infante@millercanfield.com
Stephen M. Ragatzki (pro hac admission)
ragatzki@millercanfield.com
**MILLER, CANFIELD, PADDOCK AND STONE, PLC**
99 Monroe Avenue NW, Suite 1200
Grand Rapids, MI 49503
Tel: (616) 776-6333 / Fax: (616) 776-6322

Eugene M. Pak (Bar No. 168699)
epak@fennemorelaw.com
Angela Han (Bar No. 317137)
ahan@fennemorelaw.com
**FENNEMORE LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Tel: (510) 834-6600 / Fax: (510) 834-1928
Attorneys for Plaintiffs Hoopes Vineyard LLC, Summit Lake Vineyard, and Cook's Flat Associates a California Limited Partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOOPES VINEYARD LLC, a California limited liability company; SUMMIT LAKE VINEYARDS & WINERY LLC, a California limited liability company; and COOK'S FLAT ASSOCIATES A CALIFORNIA LIMITED PARTNERSHIP, a California limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF NAPA,<br><br>Defendant. | Case No. 3:24-cv-6256-CRB<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION TO PLAINTIFFS SMITH-MADRONE AND SUMMIT LAKE REGARDING MARKETING EVENTS**<br><br>Action Filed: September 5, 2024 |

Plaintiffs Cook's Flat Associates ("Smith-Madrone") and Summit Lake Vineyards & Winery, LLC moved under Federal Rule of Civil Procedure 65 for a preliminary injunction regarding their ability to host marketing events at their respective properties. Upon consideration of Plaintiffs' motion, and Defendant County of Napa's response, the Court **GRANTS** Plaintiffs'

motion and hereby enjoins Defendant County of Napa under Federal Rule of Civil Procedure 65 as follows.

Plaintiffs Smith-Madrone and Summit Lake may host cultural and social events by right under Napa County Code § 18.08.370 without prior approval from County of Napa. Napa is hereby enjoined from requiring a "marketing plan" under Napa County Code § 18.08.370 from Smith-Madrone or Summit Lake before Smith-Madrone or Summit Lake host cultural, social, or business events.

Except as otherwise stated, nothing in this preliminary injunction prevents Napa from enforcing neutral and generally applicable health, safety, fire, parking, noise, hours-of-operation, or alcohol-service requirements.

Good cause appearing, the Court waives the security requirement of Federal Rule of Civil Procedure 65(c).

This preliminary injunction shall continue until further order of the Court.

**IT IS SO ORDERED**.

Dated: _____________, 2026

By: ______________________________________
Honorable Charles R. Breyer
United States District Court Judge