# Exhibit 9

# WINERY DATABASE

COUNTY OF NAPA

| ASMT | Name | Status | Current permitted production * | Tours & tastings arrangement | Visitors/Day max ** | Visitors/Week max ** | Visitors/Year max ** | Visitors/Year marketing plan | # Visitors marketing plan | Total Visitors/Year *** |
|---|---|---|---|---|---|---|---|---|---|---|
| 022150026000 | 3646 SMR VINEYARD | PEND | 20,000 | APPT | 12 | 70 | 3,640 | 3,220 | 26 | 6,860 |
| 024300077000 | ABREU HOWELL MTN VINEYARDS | APVD | 20,000 | APPT | - | 12 | 624 | 170 | 7 | 794 |
| 047272012000 | ACACIA WINERY | PROD | 250,000 | APPT | 75 | 525 | 27,375 | 3,612 | 63 | 30,987 |
| 030260016000 | ACCENDO CELLARS | APVD | 50,000 | APPT | 32 | 224 | 11,648 | 1,452 | 52 | 13,100 |
| 018120036000 | ADAMVS | PROD | 20,000 | APPT | 32 | 150 | 7,800 | 521 | 11 | 8,321 |
| 018300022000 | AETNA SPRING CELLARS | PROD | 20,000 | TST APPT | - | 3 | 156 | - | - | 156 |
| 018140037000 | ALKO RANCH, LLC | PROD | 100,000 | NO | - | - | - | 864 | - | 864 |
| 022110007000 | ALLORA WINERY | PROD | 12,000 | APPT | 2 | 4 | 208 | 240 | 12 | 448 |
| 030080046000 | ALPHA OMEGA WINERY | PROD | 100,000 | PUB | 400 | - | 50,800 | 2,800 | - | 53,600 |
| 020300015000 | ALTA VINEYARD CELLAR | PROD | 5,000 | NO | - | 4 | 208 | - | - | 208 |
| 033070046000 | ALTAMURA VINEYARDS | APVD | 250,000 | APPT | 10 | 150 | 7,800 | 240 | 8 | 8,040 |
| 033070045000 | ALTAMURA WINERY | PROD | 50,000 | APPT | - | 20 | 1,040 | - | - | 1,040 |
| 017140035000 | AMICI CELLARS | PROD | 20,000 | APPT | 25 | 5 | 260 | 100 | 6 | 360 |
| 025390010000 | AMIZETTA VINEYARDS | PROD | 12,000 | TST APPT | - | - | - | - | - | - |
| 036170038000 | ANDRETTI WINERY | PROD | 100,000 | PUB | 20 | 100 | 5,200 | - | - | 5,200 |
| 031220020000 | ANNAPURNA WINERY | UNKNWN | 12,000 | APPT | 20 | 60 | 3,120 | 560 | 14 | 3,680 |
| 035470046000 | ANTHEM WINERY AND VINEYARDS | PROD | 30,000 | NO | 5 | 1 | 52 | - | - | 52 |
| 032080039000 | ANTICA NAPA VALLEY | PROD | 450,000 | PVT | 20 | 100 | 5,200 | - | - | 5,200 |
| 020340030000 | ARAUJO ESTATES WINES | PROD | 20,000 | APPT | 18 | 126 | 6,552 | 573 | 15 | 7,125 |
| 039080032000 | ARDENTE ESTATE WINERY | PROD | 8,000 | NO | - | - | - | - | - | - |
| 024450013000 | ARKENSTONE VINEYARDS | PROD | 60,000 | APPT | 30 | 210 | 10,920 | 708 | 18 | 11,628 |
| 021320004000 | ARNS WINERY | PROD | 10,000 | TST APPT | - | - | - | - | - | - |
| 046370031000 | ARROYO CREEK VINEYARDS | APVD | 125,000 | APPT | 12 | 84 | 4,368 | 2,500 | 52 | 6,868 |
| 017230020000 | ARROYO WINERY | PROD | 20,000 | APPT | 13 | 90 | 4,700 | 280 | 2 | 4,980 |
| 047080057000 | ARTESA WINERY | PROD | 900,000 | PUB | 250 | 1,750 | 91,000 | 11,714 | 1,673 | 102,714 |
| 032230027000 | ASTRALE E TERRA WINERY | PROD | 20,000 | TST APPT | - | 1 | 52 | - | - | 52 |
| 017160052000 | ATALON WINERY | PROD | 60,000 | APPT | 10 | 20 | 1,040 | - | - | 1,040 |
| 020210010000 | AZALEA SPRINGS WINERY | UNKNWN | 12,500 | APPT | 20 | 125 | 6,500 | 560 | 14 | 7,060 |
| 031070026000 | B CELLARS | PROD | 45,000 | APPT | 60 | 250 | 13,000 | 860 | 16 | 13,860 |
| 031230006000 | BALDACCI FAMILY VINEYARDS | PROD | 20,000 | TST APPT | - | - | - | - | - | - |
| 022200003000 | BALLENTINE WINERY | PROD | 50,000 | TST APPT | - | 10 | 520 | - | - | 520 |
| 020300047000 | BARNETT VINEYARDS | PROD | 20,000 | TST APPT | - | - | - | - | - | - |
| 057220030000 | BARREL TEN QUARTER CIRCLE | PROD | 44,500,000 | APPT | 10 | 70 | 3,640 | 2,640 | 36 | 6,280 |
| 039390016000 | BEAU VIGNE WINERY | PROD | 8,000 | NO | - | - | - | - | - | - |
| 039270010000 | BEAUCANON ESTATE | PROD | 70,000 | NO | - | - | - | - | - | - |
| 030110019000 | BEAULIEU VINEYARDS | PROD | 1,800,000 | PUB | 450 | 3,150 | 163,800 | - | - | 163,800 |
| 020300035000 | BEHRENS FAMILY WINERY | PROD | 10,000 | NO | - | - | - | - | - | - |
| 036110030000 | BELL WINE CELLARS | PROD | 60,000 | APPT | 100 | 250 | 12,820 | 1,760 | 28 | 14,580 |
| 022032011000 | BENESSERE | PROD | 40,000 | APPT | - | 4 | 208 | - | - | 208 |
| 017160002000 | BENNETT LANE WINERY | PROD | 50,000 | APPT | 32 | 200 | 10,400 | 2,495 | 55 | 12,895 |
| 032530037000 | BERINGER WINE ESTATES | PROD | 20,000 | NO | 1 | 7 | 364 | - | - | 364 |
| 057152014000 | BIN TO BOTTLE | PROD | 310,000 | NO | - | - | - | 400 | 12 | 400 |
| 057270009000 | BLACK CAT VINEYARD | PROD | 12,500 | APPT | 20 | 140 | 7,280 | 120 | 4 | 7,400 |
| 039390021000 | BLACK STALLION | PROD | 100,000 | PUB | 50 | 350 | 18,200 | - | - | 18,200 |
| 034030057000 | BLANKIET WINERY | PROD | 12,000 | APPT | - | 10 | 520 | - | - | 520 |
| 017110049000 | BLOSSOM CREEK | APVD | 25,000 | APPT | 10 | 50 | 2,600 | 250 | 7 | 2,850 |



*NOTE: There may be omissions or errors within this document. Please call (707) 253-4417 to submit corrections. This document is updated bi-annually.*

| ASMT | Name | Status | Current permitted production * | Tours & tastings arrangement | Visitors/Day max ** | Visitors/Week max ** | Visitors/Year max ** | Visitors/Year marketing plan | # Visitors marketing plan | Total Visitors/Year *** |
|---|---|---|---|---|---|---|---|---|---|---|
| 021200004000 | BOESCHEN WINERY | PROD | 10,000 | APPT | 10 | 70 | 3,640 | 40 | 4 | 3,680 |
| 027340054000 | BOND ESTATES | PROD | 20,000 | TST APPT | - | 10 | 520 | - | - | 520 |
| 047320031000 | BOUCHAINE VINEYARDS | PROD | 225,000 | PUB | 30 | 150 | 1,800 | 1,452 | 25 | 3,252 |
| 057270004000 | BOURASSA WINERY | PROD | 60,000 | APPT | 15 | 45 | 2,340 | 500 | 10 | 2,840 |
| 032010088000 | BRAND NAPA VALLEY | PROD | 10,000 | APPT | 18 | 108 | 5,616 | 1,870 | 19 | 7,486 |
| 024450008000 | BRAVANTE WINERY | PROD | 20,000 | APPT | 4 | 20 | 1,040 | 220 | 8 | 1,260 |
| 021400002000 | BREMER FAMILY WINERY | PROD | 15,000 | APPT | 1 | 6 | 312 | - | - | 312 |
| 021400003000 | BROMAN CELLARS | APVD | 20,000 | APPT | 2 | 10 | 520 | 195 | 10 | 715 |
| 025290030000 | BROWN ESTATE VINEYARDS | PROD | 50,000 | APPT | 2 | 2 | 104 | 220 | 9 | 324 |
| 032510010000 | BRYANT FAMILY WINERY | PROD | 8,500 | APPT | 20 | 30 | 1,560 | 320 | 6 | 1,880 |
| 025200036000 | BUEHLER VINEYARDS | PROD | 50,000 | TST APPT | - | - | - | - | - | - |
| 021420037000 | BURGESS CELLARS | PROD | 60,000 | APPT | - | - | - | - | - | - |
| 034170016000 | BURGESS NAPA CELLARS | PROD | 75,000 | NO | - | - | - | - | - | - |
| 024331001000 | CADE WINERY | PROD | 30,000 | APPT | 15 | 75 | 3,900 | 750 | 15 | 4,650 |
| 027010030000 | CAIN CELLARS | PROD | 59,000 | NO | - | - | - | - | - | - |
| 022070028000 | CAIRDEAN WINERY | PROD | 50,000 | APPT | 25 | 175 | 9,100 | 1,400 | 50 | 10,500 |
| 031010011000 | CAKEBREAD CELLARS | PROD | 500,000 | APPT | 736 | 3,240 | 168,459 | 38,614 | 732 | 207,073 |
| 045310055000 | CALDWELL WINERY | PROD | 25,000 | APPT | - | 40 | 2,080 | 270 | 13 | 2,350 |
| 031120029000 | CA'NANI WINERY | APVD | 48,000 | APPT | - | 200 | 10,400 | 1,146 | 31 | 11,546 |
| 018040030000 | CANDLESTICK RIDGE VINEYARD | UNKNWN | 20,000 | NO | - | - | - | - | - | - |
| 036180041000 | CARAVAN SERAI WINERY | PROD | 100,000 | APPT | 400 | 2,800 | 145,600 | 5,616 | 236 | 151,216 |
| 031080005000 | CARDINALE WINERY | PROD | 1,280,000 | APPT | 120 | 500 | 26,000 | 600 | 6 | 26,600 |
| 017230034000 | CARVER SUTRO WINERY | APVD | 20,000 | APPT | 20 | 120 | 6,240 | 370 | 10 | 6,610 |
| 021380001000 | CASA NUESTRA | PROD | 5,000 | APPT | 30 | 100 | 5,200 | 225 | 3 | 5,425 |
| 020390012000 | CASTELLO DI AMOROSA | PROD | 250,000 | PUB | 200 | 600 | 31,200 | - | - | 31,200 |
| 025160006000 | CASTELLUCCI FAMILY WINERY | APVD | 30,000 | APPT | 50 | 210 | 10,920 | 830 | 19 | 11,750 |
| 032400019000 | CAVUS VINEYARDS | PROD | 2,500 | NO | - | - | - | - | - | - |
| 030200066000 | CAYMUS VINEYARDS | PROD | 110,000 | PUB | - | 180 | 9,360 | - | - | 9,360 |
| 047240037000 | CEJA VINEYARDS | UNKNWN | 45,000 | APPT | 24 | 168 | 1,176 | 4,485 | 56 | 5,661 |
| 038180008000 | CELANI FAMILY VINEYARDS | PROD | 10,000 | NO | - | - | - | - | - | - |
| 032010090000 | CHAPPELLET WINERY | PROD | 150,000 | PUB | 40 | 280 | 14,560 | 585 | 9 | 15,145 |
| 052170020000 | CHATEAU 15 WINERY | APVD | 20,000 | APPT | 4 | 36 | 1,872 | 460 | 14 | 2,332 |
| 021410017000 | CHATEAU BOSWELL | PROD | 48,000 | PUB | 30 | 210 | 10,920 | - | - | 10,920 |
| 022260013000 | CHATEAU CHEVALIER WINERY | PROD | 24,500 | APPT | - | - | - | - | - | - |
| 034160033000 | CHATEAU CHEVRE WINERY | UNKNWN | 5,000 | TST APPT | - | - | - | - | - | - |
| 052170019000 | CHATEAU LANE WINERY | PROD | 30,000 | APPT | 21 | 147 | 7,644 | 270 | 9 | 7,914 |
| 017130039000 | CHATEAU MONTELENA WINERY | PROD | 128,000 | PUB | - | - | - | - | - | - |
| 034350044000 | CHATEAU POTELLE | PROD | 48,000 | PUB | 36 | 250 | 13,000 | - | - | 13,000 |
| 020390014000 | CHECKERBOARD VINEYARDS | PROD | 15,000 | APPT | 22 | 75 | 3,900 | 200 | 7 | 4,100 |
| 039051031000 | CHIMNEY ROCK VINEYARDS | PROD | 145,000 | PUB | 100 | 350 | 18,200 | 6,106 | 149 | 24,306 |
| 027570013000 | CHOW FAMILY WINERY | UNKNWN | 20,000 | APPT | 20 | 100 | 5,200 | 1,595 | 38 | 6,795 |
| 018060069000 | CIMAROSSA WINERY | APVD | 10,000 | APPT | - | 40 | 2,080 | 400 | 11 | 2,480 |
| 018310046000 | CLARK CLAUDON VINEYARD | UNKNWN | 20,000 | APPT | 4 | 8 | 416 | 220 | 7 | 636 |
| 018310011000 | CLEAVAGE CREEK WINERY | PROD | 16,000 | APPT | 15 | 75 | 3,900 | 430 | 9 | 4,330 |
| 031220023000 | CLIFF LEDE VINEYARDS | PROD | 120,000 | PUB | 145 | 1,015 | 52,780 | 1,355 | 18 | 54,135 |
| 039051030000 | CLOS DU VAL WINE CO | PROD | 350,000 | PUB | 175 | 900 | 46,800 | 4,496 | 94 | 51,296 |
| 020150012000 | CLOS PEGASE INC | PROD | 200,000 | PUB | - | 725 | 37,700 | - | - | 37,700 |



*NOTE: There may be omissions or errors within this document. Please call (707) 253-4417 to submit corrections. This document is updated bi-annually.*

| ASMT | Name | Status | Current permitted production * | Tours & tastings arrangement | Visitors/Day max ** | Visitors/Week max ** | Visitors/Year max ** | Visitors/Year marketing plan | # Visitors marketing plan | Total Visitors/Year *** |
|---|---|---|---|---|---|---|---|---|---|---|
| 032010070000 | COLGIN PARTNERS WINERY | PROD | 20,000 | APPT | 10 | 25 | 1,300 | 175 | 5 | 1,475 |
| 034160031000 | COMBS BROTHERS CELLARS | UNKNWN | 10,000 | TST APPT | 5 | 20 | 1,040 | - | - | 1,040 |
| 030120032000 | CONN CREEK WINERY | PROD | 850,000 | PUB | - | 500 | 26,000 | 20,520 | - | 46,520 |
| 032010093000 | CONTINUUM WINERY | PROD | 28,000 | APPT | 2 | 14 | 728 | 450 | 6 | 1,178 |
| 021030064000 | COOK FAMILY WINERY | PROD | 20,000 | TST APPT | - | 34 | 1,747 | - | - | 1,747 |
| 017160058000 | COQUEREL FAMILY WINERY | APVD | 75,000 | APPT | 25 | 175 | 9,100 | 2,140 | 67 | 11,240 |
| 027020064000 | CORBETT VINEYARDS | UNKNWN | 30,000 | APPT | - | 10 | 520 | 140 | 4 | 660 |
| 027120020000 | CORISON WINERY | PROD | 20,000 | APPT | 25 | 10 | 520 | 106 | 8 | 626 |
| 039190028000 | CORONA WINERY | APVD | 100,000 | APPT | 48 | 280 | 14,560 | 844 | 14 | 15,404 |
| 027540013000 | COSENTINO WINERY | PROD | 30,000 | PUB | - | 350 | 18,200 | - | - | 18,200 |
| 020350022000 | CUVAISON | PROD | 155,048 | PUB | 300 | 600 | 31,200 | 45,625 | 730 | 76,825 |
| 047120005000 | CUVAISON CARNEROS | PROD | 155,048 | APPT | 75 | 525 | 27,300 | - | - | 27,300 |
| 034160008000 | DAHL VINEYARDS | PROD | 20,000 | NO | - | - | - | - | - | - |
| 031060027000 | DALLA VALLE VINEYARDS | PROD | 20,000 | NO | - | - | - | - | - | - |
| 027440007000 | DANA ESTATES | PROD | 20,000 | APPT | 6 | 20 | 1,040 | 240 | 4 | 1,280 |
| 021420007000 | DANCING HARES VINEYARD | PROD | 15,000 | APPT | - | 16 | 192 | 70 | 5 | 262 |
| 039400084000 | DARIOUSH WINERY | PROD | 100,000 | PUB | 100 | 400 | 20,800 | 5,280 | 428 | 26,080 |
| 052130032000 | DAVIANA WINERY | PROD | 20,000 | TST APPT | - | 2 | 104 | - | - | 104 |
| 032010072000 | DAVID ARTHUR VINEYARDS | PROD | 30,000 | APPT | 20 | 35 | 1,820 | 1,377 | 13 | 3,197 |
| 057250023000 | DAVID BUSBY WINERY | APVD | 50,000 | NO | - | - | - | - | - | - |
| 021010003000 | DAVIS ESTATES | PROD | 30,000 | APPT | - | 168 | 8,736 | 300 | 4 | 9,036 |
| 027570004000 | DEL BONDIO WINERY | UNKNWN | 38,000 | PVT | - | 3 | 156 | - | - | 156 |
| 027160059000 | DEL DOTTO FAMILY WINERY | PROD | 48,000 | APPT | - | 200 | 10,400 | 1,146 | 31 | 11,546 |
| 039320008000 | DEL DOTTO WINERY | PROD | 20,000 | APPT | 10 | 50 | 2,600 | 500 | 10 | 3,100 |
| 027160001000 | DELECTUS (MILAT WINERY) | PROD | 20,000 | PUB | 20 | 140 | 7,280 | - | - | 7,280 |
| 020440004000 | DIAMOND CREEK VINEYARDS | PROD | 10,000 | APPT | 10 | 10 | 520 | 500 | 5 | 1,020 |
| 020100012000 | DIAMOND MOUNTAIN WINERY | PROD | 10,000 | APPT | 25 | 25 | 1,300 | 222 | 16 | 1,522 |
| 024201036000 | DIOGENES RIDGE WINERY | APVD | 30,000 | APPT | 15 | 90 | 4,680 | 1,020 | 41 | 5,700 |
| 047070007000 | DOMAINE CARNEROS | PROD | 432,000 | PUB | 450 | 1,400 | 72,800 | 1,100 | 16 | 73,900 |
| 034140022000 | DOMAINE CHANDON | PROD | 1,980,000 | PUB | 150 | 1,050 | 54,600 | 13,582 | 29 | 68,182 |
| 022150024000 | DOMAINE CHARBAY WINERY | PROD | 20,000 | TST APPT | 1 | 7 | 364 | - | - | 364 |
| 036190026000 | DOMAINE MONTREAUX | PROD | 20,000 | NO | - | - | - | - | - | - |
| 027421016000 | DOMINUS ESTATE WINERY | PROD | 125,000 | APPT | - | 36 | 1,872 | 1,212 | 49 | 3,084 |
| 022130010000 | DUCKHORN VINEYARDS | PROD | 160,000 | PUB | 82 | 626 | 32,552 | 5,175 | 167 | 37,727 |
| 018180040000 | DUNN VINEYARDS | PROD | 20,000 | APPT | - | 5 | 260 | - | - | 260 |
| 020120026000 | DUTCH HENRY WINERY | PROD | 20,000 | PUB | 10 | 50 | 2,600 | - | - | 2,600 |
| 033160018000 | EAGLE EYE WINERY | APVD | 30,000 | APPT | 16 | 112 | 5,824 | 1,452 | 53 | 7,276 |
| 025180045000 | EAGLES TRACE | PROD | 40,000 | APPT | 15 | 20 | 1,040 | 360 | 16 | 1,400 |
| 027020070000 | EDGE HILL ESTATE WINERY | PROD | 24,000 | APPT | - | 60 | 3,120 | 315 | 7 | 3,435 |
| 022260004000 | EEDEN VINEYARDS | PROD | 15,000 | APPT | 4 | 8 | 416 | 130 | 5 | 546 |
| 022100029000 | EHLERS ESTATE WINERY | PROD | 25,000 | PUB | - | - | 300 | 1,105 | 41 | 1,405 |
| 021410027000 | EHREN JORDAN WINE CELLARS | PROD | 25,000 | APPT | 4 | 10 | 520 | 105 | 5 | 625 |
| 022080021000 | EL MOLINO WINERY | PROD | 3,000 | NO | - | - | - | - | - | - |
| 032540035000 | ELAN VINEYARDS | PROD | 15,000 | NO | - | - | - | - | - | - |
| 038190019000 | ELEVEN ELEVEN WINES | PROD | 100,000 | APPT | 20 | 140 | 7,280 | 345 | 9 | 7,625 |
| 034160003000 | ELYSE WINERY | PROD | 60,000 | APPT | 6 | 24 | 1,248 | - | - | 1,248 |
| 031080018000 | ENTRE NOUS | PROD | 2,500 | NO | - | - | - | - | - | - |



*NOTE: There may be omissions or errors within this document. Please call (707) 253-4417 to submit corrections. This document is updated bi-annually.*

| ASMT | Name | Status | Current permitted production * | Tours & tastings arrangement | Visitors/Day max ** | Visitors/Week max ** | Visitors/Year max ** | Visitors/Year marketing plan | # Visitors marketing plan | Total Visitors/Year *** |
|---|---|---|---|---|---|---|---|---|---|---|
| 017210027000 | ENVY WINES | PROD | 20,000 | APPT | 8 | 56 | 2,912 | 1,460 | 26 | 4,372 |
| 047230033000 | ETUDE WINERY | PROD | 150,000 | PUB | 200 | 740 | 38,480 | 19,725 | 1,127 | 58,205 |
| 022250008000 | FANTESCA ESTATE | PROD | 30,000 | APPT | 18 | 100 | 5,200 | 1,205 | 43 | 6,405 |
| 027280018000 | FAR NIENTE WINERY | PROD | 175,000 | PUB | - | 500 | 26,000 | 21,550 | 832 | 47,550 |
| 052130021000 | FARELLA PARK VINEYARDS | PROD | 12,500 | APPT | 4 | 4 | 208 | 50 | - | 258 |
| 057300004000 | FARM COLLECTIVE WINERY | APVD | 80,000 | APPT | 30 | 210 | 10,920 | 1,300 | 13 | 12,220 |
| 020150004000 | FISHER WINERY | APVD | 30,000 | APPT | 10 | 50 | 2,600 | 575 | 23 | 3,175 |
| 030070018000 | FLEURY FAMILY WINERY | PROD | 20,000 | APPT | - | - | 1,800 | - | - | 1,800 |
| 027100037000 | FLORA SPRINGS WINE CO | PROD | 120,000 | APPT | 65 | 455 | 23,660 | - | - | 23,660 |
| 030190004000 | FOLEY JOHNSON WINERY | PROD | 20,000 | APPT | 50 | 350 | 18,200 | 1,700 | 56 | 19,900 |
| 027540006000 | FOLIE A DEUX | PROD | 50,000 | PUB | 50 | 350 | 18,200 | - | - | 18,200 |
| 050010018000 | FONTANELLA WINERY | PROD | 30,000 | APPT | 4 | 10 | 520 | 220 | 5 | 740 |
| 030070009000 | FRANCISCAN WINERY | PROD | 1,200,000 | PUB | 500 | 3,500 | 182,000 | 36,040 | 4,612 | 218,040 |
| 020290007000 | FRANK FAMILY VINEYARDS | PROD | 564,500 | PUB | - | 2,050 | 106,600 | 4,040 | 118 | 110,640 |
| 030120016000 | FRANK FAMILY VINEYARDS RUTHERFORD | PEND | 475,000 | APPT | 50 | 350 | 18,200 | - | - | 18,200 |
| 022130023000 | FREEMARK ABBEY | PROD | 60,000 | PUB | - | 1,800 | 93,600 | - | - | 93,600 |
| 035470031000 | FRISINGER VINEYARDS | PROD | 20,000 | APPT | - | - | - | - | - | - |
| 030090033000 | FROGS LEAP WINERY | PROD | 240,000 | APPT | 50 | 350 | 18,200 | 900 | 36 | 19,100 |
| 027360018000 | FUTO WINERY | PROD | 10,000 | APPT | 10 | 25 | 1,300 | 152 | 5 | 1,452 |
| 031100031000 | GAMBLE FAMILY VINEYARDS | PROD | 50,000 | APPT | 30 | 300 | 15,600 | 1,410 | 34 | 17,010 |
| 031110018000 | GAMBLE WINERY | UNKNWN | 12,000 | APPT | 20 | 100 | 5,200 | 550 | 12 | 5,750 |
| 032010079000 | GANDONA WINERY | PROD | 20,000 | APPT | 6 | 18 | 936 | 125 | 6 | 1,061 |
| 031070012000 | GARGIULO WINERY | PROD | 20,000 | APPT | 10 | 70 | 3,640 | 480 | 12 | 4,120 |
| 057250029000 | GATEWAY WINERY | APVD | 600,000 | APPT | 30 | 200 | 10,400 | 9,000 | 36 | 19,400 |
| 020150017000 | GIRARD NAPA VALLEY | PEND | 200,000 | APPT | 42 | 294 | 15,288 | 1,600 | 9 | 16,888 |
| 031180035000 | GOOSECROSS CELLARS | PROD | 30,000 | APPT | 50 | 350 | 18,200 | 710 | 15 | 18,910 |
| 022210005000 | GRACE FAMILY WINERY | PROD | 7,000 | APPT | 10 | 20 | 1,040 | - | - | 1,040 |
| 025240037000 | GREEN & RED VINEYARD | PROD | 2,560 | APPT | 20 | 10 | 520 | 24 | 12 | 544 |
| 027470033000 | GRGICH HILLS CELLARS | PROD | 250,000 | APPT | 572 | 4,004 | 208,208 | 20,590 | 385 | 228,798 |
| 050352002000 | GRIEVE FAMILY WINERY | APVD | 15,000 | NO | - | - | - | 100 | 3 | 100 |
| 032400018000 | GRIFFIN WINERY | APVD | 2,400 | APPT | 4 | 28 | 1,456 | - | - | 1,456 |
| 052432006000 | GRIGGS WINERY | UNKNWN | 20,000 | APPT | - | - | - | - | - | - |
| 031050053000 | GROTH WINERY AND OAKCROSS VINEYARDSS | PROD | 200,000 | APPT | - | 180 | 9,360 | 5,400 | 77 | 14,760 |
| 022150015000 | GUILLIAMS | PROD | 3,000 | TST APPT | - | 2 | 104 | - | - | 104 |
| 036150062000 | H&L WINERY | APVD | 30,000 | APPT | 20 | 140 | 7,280 | 400 | 11 | 7,680 |
| 039130002000 | HAGAFEN CELLARS | PROD | 50,000 | APPT | 25 | 150 | 7,800 | 725 | 12 | 8,525 |
| 027340025000 | HAKANSON WINERY | UNKNWN | 20,000 | NO | - | - | - | - | - | - |
| 027120061000 | HALL WINERY | PROD | 1,260,000 | PUB | 500 | 3,500 | 182,000 | 7,380 | 171 | 189,380 |
| 027490021000 | HARLAN ESTATE I | PROD | 20,000 | TST APPT | 4 | 20 | 1,040 | - | - | 1,040 |
| 027360021000 | HARLAN ESTATE II | PROD | 144,000 | PUB | 100 | 700 | 36,400 | - | - | 36,400 |
| 039040004000 | HARTWELL WINERY | PROD | 36,000 | APPT | 24 | 120 | 6,240 | 465 | 8 | 6,705 |
| 039270020000 | HDV | PROD | 20,000 | APPT | 10 | 25 | 1,300 | 210 | 7 | 1,510 |
| 025180013000 | HEITZ WINE CELLARS | PROD | 144,000 | PUB | 30 | 60 | 3,120 | 5,240 | 52 | 8,360 |
| 017120039000 | HELENA VIEW - JOHNSTON VINEYARDS | PROD | 20,000 | TST APPT | 10 | 50 | 2,600 | - | - | 2,600 |
| 035120031000 | HENDRY RANCH WINERY | PROD | 59,000 | APPT | - | 20 | 1,040 | 60 | 2 | 1,100 |
| 038190001000 | HERMAN WINERY | APVD | 24,000 | APPT | 4 | 10 | 520 | 450 | 18 | 970 |
| 050010021000 | HESS COLLECTION WINERY | PROD | 1,000,000 | PUB | - | 610 | 31,720 | 3,220 | 503 | 34,940 |



*NOTE: There may be omissions or errors within this document. Please call (707) 253-4417 to submit corrections. This document is updated bi-annually.*