# Exhibit 10

A Tradition of Stewardship
A Commitment to Service

**Planning, Building & Environmental Services**

1195 Third Street, Suite 210
Napa, CA 94559
www.countyofnapa.org

**David Morrison**
Director

July 18, 2019

Domaine Carneros, Ltd.
Eileen G. Crane, CEO
1240 Duhig Road
Napa, CA 94559

Via Certified Mail

RE: Status Determination No. P19-00113
Domaine Carneros Winery, 1240 Duhig Road, Napa; Assessor's Parcel No. 047-070-007
Date of Decision: July 18, 2019

Dear Ms. Crane:

Your request for the County to document and/or delineate the existing winery entitlement rights for the property located at 1240 Duhig Road, Napa, Assessor's Parcel No. 047-070-007 (the "property") was received by this office on March 26, 2019. Status determinations merely confirm existing legal entitlements already granted by the County. Status determinations are not permits and do not authorize new uses or structures. They also do not authorize or grandfather historic uses or structures that were not legally established.

Your request has been reviewed by the Planning Division, Code Enforcement Division, and County Counsel. Below is a historic summary, evaluation and conclusion of existing use permits, use permit modifications, other land use entitlements, and any other documentary evidence demonstrating the uses or structures on the property that have been legally established.

Historic Assessment of Project Approvals:

Exhibit 1, as attached, provides a historical accounting of the property's entitlements to assist staff in the confirmation of existing legal entitlements already granted by the County.

Staff Analysis & Conclusion:

Based upon the historic assessment provided in Exhibit 1, staff has determined that the property has a winery use permit (U-668687) granted by the Napa County Planning Commission on September 12, 1987, and subsequently modified by administrative and Planning Commission actions. The discretionary use permit entitlement encompasses the following:

**Winery Production:** Maximum 432,000 gallons of wine per year. (Use Permit U-668687)

**Winery Size:** 74,160 square feet, of which up to 16,395 square feet may be used for winery accessory uses. (Use Permit U-668687, Major Modification 00170-MOD and Very Minor Modification P16-00166-VMM; Building Permits B02-00195 and B14-00425)

**Winery Visitation:** 360 public visitors plus 100 visitors by appointment per weekday, Monday through Friday; and 360 public visitors plus 600 visitors by appointment per weekend day, Saturday and Sunday. Public visitation is precluded from occurring in: 1) the 2,920 square foot accessory use area inside of the 22,800 square foot barrel storage and fermentation building; and 2) the 1,400 square foot glass enclosure. (Use Determination P12-00334-UD, Major Modifications P10-00384-MOD and P13-00258-MOD, and Very Minor Modification P16-00166-VMM; Building Permits B12-00373, B02-00195 and B14-00425)

**Winery Marketing Program:** Two events per year for up to 300 people per event, plus six events per month for up to 50 guests, plus eight events per month for up to 25 guests. (Use Permit U-668687 and Major Modification P13-00258-MOD)

**Winery Hours of Operation:** Daily, 8:00 a.m. through 6:00 p.m., for both wine production and tours and tastings. (Use Permit U-688687)

**Winery Employment:** Up to 30 full-time employees and up to 15 part-time employees. (Major Modification 00170-MOD)

**On-site Parking for Winery:** 144 vehicle stalls. (Major Modification P13-00258-MOD)

**Food and Wine Pairings at Tastings:** Allowed. (Major Modification P10-00384-MOD)

**Retail Sales:** Allowed only for wine produced on-site. (Use Permit U-668687)

**On-premises Consumption of Wine Purchased on-site:** Allowed solely in the Hospitality Building (tasting room) and patio area. (Major Modification P10-00384-MOD)

In addition to the above discretionary entitlements, the property has a Williamson Act contract (54-70) approved by the Board of Supervisors on March 10, 1970. The property also has a variance (96642-VAR and A-1997-001) allowing installation of a 14-foot, nine-inch tall by 31-foot, three-inch wide, antique gate at a distance of 55 feet from the centerline of State Route 12/121, where a 90-foot setback is required. Conditions of approval of that variance also precluded any solid element of the fence (other than the gateposts and foundation pediment up to five inches above grade) to be wider than two inches and precluded the attachment of lettering or business identification to the fence.

This determination is final unless you or another party files an appeal to the Napa County Board of Supervisors pursuant to Chapter 2.88 of the Napa County Code, including payment of applicable fees. Staff will notify you in the event that another party files an appeal of this determination.

Should you have any questions, please contact Dana Ayers, Planner III, at phone number (707) 253-4388 or by e-mail to dana.ayers@countyofnapa.org.

Sincerely,

David Morrison
Director

By: Dana Ayers, Planner III

cc: Laura Anderson, Deputy County Counsel, Napa County
David Gilbreth, Attorney for Applicant, email to davidgnapa@icloud.com

# EXHIBIT 1

## USE PERMITS/BUILDING PERMITS ASSOCIATED WITH THE PROPERTY

| Permit Number or Documentation | Approval Date | Applicable Condition of Approval (COA) or Other Documentation | Project Scope or Entitlement |
|---|---|---|---|
| 54-70 | 3/10/1970 | | To Adolph and Anna Dutra, owners of Riordan Ranch, including the subject 138-acre parcel and 366.4-acre Assessor's Parcel No. 047-120-002, the Board of Supervisors approved a Williamson Act, Type C, contract. |
| U-668687 | 9/12/1987 | COA nos. 7, 8 | Establishment of a 432,000 gallon per year winery within a 49,060 square foot building, with public tours and tastings. Buildings included a 900 square foot conservatory. COA precluded outside social activities including picnicking, outside dining, wine tasting, live music, outdoor festivals, or other activities of a similar nature. COA also allowed retail sales only of wine produced and bottled by the winery. Plans attached to the approval depicted accessory use area (visitors and administrative office space) encompassing 12,075 square feet across the conservatory and the cellar, cellar mezzanine, and first and second floors of the building. |

| Permit Number or Documentation | Approval Date | Applicable Condition of Approval (COA) or Other Documentation | Project Scope or Entitlement |
|---|---|---|---|
| U-91-11 | 9/24/1991 | COA nos. 1, 3 | Minor Modification of Use Permit U-668687 to allow a marketing plan for the Domaine Carneros Winery. Said marketing plan included two annual benefit events with no more than 300 guests per event. COA of the Minor Modification required the winery operators to notify the Conservation, Planning and Development Department at least 45 days prior to each scheduled event, except as may be permitted pursuant to an Outdoor Festival License granted by the Board of Supervisors (BOS). COA also allowed temporary signage for the event to be placed only on the winery site and only on the day of the event. |
| 96642-VAR<br>A-1997-001 | 10/13/1997 | COA no. 2; Building permit B98-01244 | Variance to allow placement of a 14-foot nine-inch tall by 31-foot three-inch wide, antique gate 55 feet from the centerline of the right-of-way of State Route 12/121, where a setback of 90 feet from right-of-way centerline is required. COA precluded any solid element wider than two inches and precluded lettering or business identification and affixing of any temporary signs. |
| 00170-MOD | 7/18/2001 | COA no. 3; Building permit B02-00195 | Major Modification allowing construction of a 22,366 square foot winery structure for barrel storage and fermentation and private tasting room for trade members, business partners, or members of the public with prior appointments; and increase in employees to 30 full-time and 15 part-time. COA required 77 all-weather surface parking stalls. Scope of work of Building Permit B02-00195 described building as 22,800 square feet. |

| Permit Number or Documentation | Approval Date | Applicable Condition of Approval (COA) or Other Documentation | Project Scope or Entitlement |
|---|---|---|---|
| 01284-MOD | 1/22/2002 | | Minor Modification to prior approval allowing construction of a new barrel storage and fermentation building attached to the existing winery. Modified approval in COA 12 of 00170-MOD to require new building to be connected to winery building by an eight-foot tall wall, material and finish to match existing and planned structures. |
| P07-00646-VMM | 10/12/2007 | | Replacement of the existing process wastewater activated sludge pond with an aerated lagoon process wastewater pond in the same location of the previously approved system. |
| P10-00384-MOD | 3/7/2012 | Building permit B13-00373 | Change use of approximately 2,400 square feet of interior space, entitled with approval of 00170-MOD, from barrel storage (winery production) to marketing (winery accessory) use. Modification also allowed food and wine pairings and on-premise consumption of wine purchased on-site (Business and Professions Code sections 23358, 23390, 23396.5). Scope of work of Building Permit B12-00373 described converted space as encompassing 2,920 gross square feet. |
| P11-00450-VMM | 9/24/2013 | | Installation of two tents for weather protection. |
| P12-00334-UD | 6/10/2013 | | Use determination of entitled marketing and visitation numbers. Marketing events were determined to include up to two events per year for up to 300 people per event. Visitation was determined to include up to 360 public visitors per day. |

| **Permit Number or Documentation** | **Approval Date** | **Applicable Condition of Approval (COA) or Other Documentation** | **Project Scope or Entitlement** |
|---|---|---|---|
| P13-00258-MOD | 1/15/14 | Engineering permit ENG14-00010 | Reconfigure parking lot to add 65 spaces for a total of 144; add to the existing marketing plan (two events per year at 300 guests per event) six events per month at 50 guests and eight events per month at 25 guests; add 100 by appointment visitors per weekday and 600 by appointment on weekend days, for a total of 460 visitors per weekday and 960 per weekend day. |
| P16-00166-VMM | 7/20/2016 | COA no. 4.0; Building permit B14-00425 | Approval for construction of a 1,400 square foot glass enclosure off of the existing winery building. COA limits wine tastings in the enclosure to tastings by appointment. |