# Exhibit 12

Planning, Building, and Environmental Services

1195 Third Street, Suite 210
Napa, CA 94559
www.co.napa.ca.us

Main: (707) 253-4417
Fax: (707) 253-4336

**David Morrison**
Director

A Tradition of Stewardship
A Commitment to Service

July 2, 2019

Robert Sinskey Vineyards
C/O Robert Sinskey
6320 Silverado Trail
Napa, CA 94558

Via Certified Mail

RE: Status Determination #P19-00137-UD
Robert Sinskey Vineyards – 6320 Silverado Trail, Napa; APN: 031-230-017
Date of Decision: July 2, 2019

Dear Mr. Sinskey:

Your request for the County to document and/or delineate the existing property rights for the property located at 6320 Silverado Trail, Napa; APN: 031-230-017 (the "property") was received by this office on March 28, 2019. Status determinations merely confirm existing legal entitlements already granted by the County. Status determinations are not permits and do not authorize new uses or structures. They also do not authorize or grandfather historic uses or structures that were not legally established.

Your request has been reviewed by the Planning Division and County Counsel. Below is a historic summary, evaluation, and conclusion of existing use permits, use permit modifications, other land use entitlements, and any other documentary evidence demonstrating the uses or structures on the property that have been legally established.

Historic Assessment of Project Approvals:

Exhibit 1, as attached, provides a historical accounting of the property's entitlement to assist staff in the confirmation of existing legal entitlements already granted by the County.

Staff Analysis & Conclusion:

Your application requests clarification on the visitation that was modified with Use Permit Modification P09-00480-MOD. Staff has determined the following in response to your question. Based upon the historic assessment provided in Exhibit 1, the winery may have a total of up to 132 visitors for tours and tastings per day. Per Use Permit Modification #U-90-7, this "Public" visitation is your recognized Pre-WDO level and is allowed to occur without prior appointment. Of the total 132 "Public" visitors, 75 visitors may participate in private tours and tastings with food pairings pursuant to Use Permit Modification P09-00480-MOD Condition of approval #3(a) and (b). The 75 "food pairing" visitors are included within the 132 "Public" visitors and are not an addition to that total number.

Your application contains a footnote stating that "the winery already had an existing entitlement for 50 visitors/day for private visitation…" Based upon staff's review, pursuant to Use Permit Modification P09-00480-MOD Condition of approval #2(a), this is a once-a-day marketing event permitted to be held not more than once per day, up to five (5) times per week. This is a marketing event and does not constitute daily private, by-appointment visitation.

Summary of Entitlements:

Based upon the historic assessment from Exhibit 1, staff has provided the following summary of the primary entitlements associated with your winery. Additional details on building sizes, specified uses of buildings and rooms within buildings, marketing events, parking, the process waste water system, and the water system, are contained within the Conditions of Approval for Use Permit U-368586 and Use Permit Modifications U-90-07; #94099; #97431; P09-00480; and P11-00441.

**Production:** Total of 143,000 gallons of which 24,000 gallons was approved prior to the WDO and is not subject to the County's "75% Rule"; the remaining 119,000 gallons is subject to the County's "75% Rule"
**Number of Employees:** 10 full-time and 5 part-time
**Hours of Operation:** Seven days a week; 7:00 AM to 6:00 PM
**Cave:** 17,509 square feet; Production only
**Retail sales**: Produce and animal products grown, raised, or produced on the winery property and adjacent parcel, also owned by the applicant's family
**Visitation:** 132 "Public" visitors a day; allowed to occur without prior appointment
**Marketing Events:**

a. Frequency: 5 times per week (no more than once per day)
   Number of persons: 50 maximum
   Time of Day: 9:00 AM - 5:00 PM
   Days per Week: Seven

b. Frequency: 28 times per year, with catered dinners
   Number of persons: 50 maximum
   Time of Day: 9:00 AM – 11:30 PM
   Days per Week: Seven

c. Frequency: 12 times per year (monthly, with hors d'oeuvres or catered dinners)
   Number of persons: 80 maximum
   Time of Day: 6:00 to 10:00 PM
   Days per Week: Seven

d. Frequency: Two times per year
   Number of persons: 150 maximum
   Time of Day: 6:00 to 10:00 PM
   Days per Week: Seven

e. Participation in the annual Napa Valley Wine Auction is permitted as a Category 5 Temporary Event

f. Any single Marketing or Temporary Event shall not be held on the same day as any other By Appointment Only Tours & Tasting.

g. Any single Marketing or Temporary Event may include food that is either catered or prepared in an on-site commercial kitchen in accordance with Napa County Department of Environmental Management and/or the Napa County Temporary Events Ordinance.

This determination is final unless an appeal is filed to the Napa County Board of Supervisors pursuant to Chapter 2.88 of the Napa County Code, including payment of applicable fees. You will be notified if an appeal is filed.

Should you have any questions, please contact Emily Hedge at (707) 259-8226 or e-mail at emily.hedge@countyofnapa.org.

Sincerely,

David Morrison
Director

By: Emily Hedge, Planner III Emily Hedge

cc: Phil Abram, General Manager via email: phil@robertsinskey.com
Katherine Philippakis, Consultant via email: kp@fbm.com
Chris Apallas, Deputy County Counsel

# EXHIBIT 1

## USE PERMITS ASSOCIATED WITH THE PROPERTY

| Permit Number or Documentation | Approval Date | Applicable Condition of Approval or Other Documentation | Project Scope or Entitlement |
|---|---|---|---|
| U-368586 | PC: 2/4/87 | | Use Permit for a new winery with an annual production of 24,000 gallons, a 12,000 square foot building, public tours and tastings, and retail sales. |
| U-90-07 | PC: 12/5/90<br>Appealed<br><br>BOS: 3/12/91<br>Upheld the appeal which approved the Major Modification with a set of modified conditions. | | Major Modification increase production to 65,000 gallons, install a demonstration kitchen, and add a marketing plan. |
| #94099 | PC: 12/21/94<br>Appealed<br>BOS: 8/22/95<br>Denied appeal | | Major Modification to increase marketing events and revise previous conditions of approval and mitigation measures related to marketing event noticing requirements, production equipment, and traffic during production operations. |
| #97431 | ZA: 5/1/98 | | Minor Modification to allow a cave expansion (approximately 7,685 square feet) for production purposes only and installation of new fermentation tanks. |
| A1997-018 | Withdrawn | | Appeal of COA #4 from #97431 |
| P09-00480 | PC: 8/4/10 | Conditions of Approval:<br>#2 Marketing<br>#3 Tours and Tasting | Major Modification to increase production to 143,000 gallons, expand the demonstration kitchen, construct an office addition, expand outdoor terrace, increase parking lot, increase employees, construct a new wastewater disposal system, modify the marketing plan, modify previously conditions of approval and mitigation measures, |

| | | | |
|---|---|---|---|
| | | | allow retail sales of produce and animal products produced on site or on adjacent parcel under family ownership. |
| P11-00441 | ZA: 2/27/12 | Same P09-00480 COA referenced above | Very Minor Modification to clarify construction phasing. |
| P13-00150 | PBES Director: 6/6/13 | | Use Determination for P09-00480. Permit was deemed "Used". |