# Exhibit 14

# Planning

Cover Sheet

| | |
|---|---|
| APN | 022-150-024-000 |
| Permit # | |
| Program | USE |
| DocType | ASM |
| Street # | 4001 |
| Street Name | Spring MtN Rd |
| Year | |

RECEIVED
SEP 19 1980
Napa County Conservation, Development & Planning Commission

APPLICATION FOR
SMALL WINERY USE PERMIT EXEMPTION
Please fill in all appropriate information
Items in ( ) are County Requirements for Use Permit Exemption

Proposed Winery Name: DOMAINE KARAKASH Assessor's Parcel No.: 22-150-24

Applicant's Name: MILES KARAKASEVIC Telephone No.: 963-9327

Address: 4001 SPRING MTN. RD. ST. HELENA, CAL. 94574
No. Street City State Zip Code

Status of Applicant's Interest in Property: OWNER

Property Owner's Name: MILES & SUSAN KARAKASEVIC

Address: 4001 SPRING MTN. RD. ST. HELENA Telephone No.: 963-9327
No. Street City State

| | FOR COUNTY USE ONLY YES | NO |
|---|---|---|
| 1. Operating Features: (Check the appropriate spaces) | | |
| ✓ CRUSHING ✓ FERMENTATION ✓ STORAGE/AGING ✓ BOTTLING/PACKING | | |
| ✓ SHIPPING VIA: SPRING MTN. RD ✓ ADMINISTRATIVE: (NO) TOURS/PUBLIC TASTING | | |
| ✓ OTHER: VISITS BY APPOINTMENT ONLY (not regular practice) | X | |
| GALLONS OF WINE TO BE PRODUCED: (NOT TO EXCEED 20,000 GAL.) INITIAL OR CURRENT PRODUCTION 20,000 GAL/YEAR | | |
| REQUESTED PRODUCTION CAPACITY 20,000 GAL/YEAR | X | |
| HOURS OF OPERATION 7 A.M. TO 7 P.M. DAYS OF OPERATION 7 | X | |
| NUMBER OF SHIFTS: ___ (Currently) EMPLOYEES PER SHIFT: ___ (Currently) FULL TIME ___ PART TIME ___ | | |
| NUMBER OF SHIFTS PROPOSED: 1 TOTAL EMPLOYEES PER SHIFTS PROPOSED: FAMILY OPERATION 0 FULL TIME 0 PART TIME 0 | X | |
| NO. VISITORS ANTICIPATED: PER DAY 1 PER WEEK 7 (possible) | X | |
| 2. Building Features: (Wood, stucco or rock facing required on any non-historic structures). | | |
| FLOOR AREA: EXISTING STRUCTURES ___ SQ. FT. NEW CONSTRUCTION 7500 SQ. FT. | | |
| TYPE OF CONSTRUCTION: STEEL, WOOD, CONCRETE | X | |
| TYPE OF EXTERIOR WALL FACING: WOOD | X | |
| TYPE OF ROOF: STEEL | X | |
| MAX. HEIGHT (FT.): EXISTING STRUCTURES ___ PROPOSED STRUCTURES (HEIGHT 35') 25' | X | |
| COMPLIANCE WITH THE U.S. SECRETARY OF INTERIOR'S "STANDARDS FOR REHABILITATION" AND ASSOCIATED "GUIDELINES FOR REHABILITATING HISTORIC STRUCTURES" N/A YES ___ NO ___ | X | |

| | | FOR COUNTY USE ONLY YES | NO |
|---|---|---|---|
| EXISTING STRUCTURES OR IMPROVEMENTS TO BE REMOVED: | NONE | X | |
| TYPE OF SHIELDS TO BE INSTALLED ON EXTERIOR LIGHTS: | DIRECTIONAL | X | ✓ |
| WIDTH OF FIRE CLEAR ZONE AROUND WINERY TO BE MAINTAINED: (NOT LESS THAN 100 FT.) | 100 FT. | X | |
| METHOD OF DOMESTIC WASTE DISPOSAL: | WASHROOM IN RESIDENSE WILL BE USED | X | |
| METHOD OF INDUSTRIAL WASTE DISPOSAL: | SEPTIC TK. & LEACH LINE | X | |

3. Site Characteristics:

| | | YES | NO |
|---|---|---|---|
| PARCEL ACREAGE: (NOT LESS THAN 6 AC.) | 10.5 ACRES | X | |
| ZONING DISTRICT INVOLVED: (AW,AP ONLY) | AW | X | |
| WINERY COMPLEX SETBACK FROM CENTERLINE OF NEAREST PUBLIC ROAD: (NOT LESS THAN 400 FT. SILVERADO TRAIL AND STATE HIGHWAYS OR 200 FT. OTHER PUBLIC ROADS.) | 1200 FT. | X | |
| ROAD FRONTAGE SEPARATION BETWEEN PROPOSED WINERY & NEAREST APPROVED WINERY: (NOT LESS THAN 2,000 FT. WITHIN 1,000 FT. CORRIDOR). | 2500 FT. | X | |
| DISTANCE BETWEEN PROPOSED WINERY & NEAREST OFF-SITE RESIDENCE: (NOT LESS THAN 500 FT.) | 900 FT. | X | |
| MINIMUM DISTANCE BETWEEN THE PROPOSED WINERY COMPLEX INCLUDING SEWAGE SYSTEM AND ACCESS ROAD AND THE TOP OF THE BANK OF THE ORDINARY HIGH WATER CHANNEL OF THE NEAREST RIVER OR STREAM NOT COVERED BY COUNTY FLOOD PLAIN MANAGEMENT ORDINANCE. (NOT LESS THAN 50 FT. | 8,000 FT. | X | |
| NAME OF NEAREST RIVER OR STREAM: | YORK CREEK | X | |

4. Access and Parking:

| | | YES | NO |
|---|---|---|---|
| PUBLIC ROAD FOR ACCESS TO WINERY: | SPRING MTN. RD | | |
| WIDTH OF FIRST 30 FEET OF ACCESS ROAD: (NOT LESS THAN 16 FT.) | 16 FT. | | |
| WIDTH OF REMAINDER OF ACCESS ROAD TO WINERY BUILDING: (DETERMINED BY PUBLIC WORKS) | 11 FT. | | |
| ACCESS ROAD SURFACE: | BLACK TOP & GRAVEL | | |
| ACCESS ROAD GRADE: | +0-±5% | | |
| NUMBER OF PARCELS PROVIDED ACCESS VIA ACCESS ROAD TO WINERY | 2 | | |
| NUMBER OF USES OTHER THAN THE PROPOSED WINERY AND RELATED ON-SITE RESIDENTIAL STRUCTURES PROVIDED ACCESS VIA ACCESS ROAD TO WINERY | 0 | | |
| COUNTY PUBLIC WORKS DEPARTMENT ACCESS ROAD REQUIREMENT MET: | YES ✓ NO | | |

DELETED BY B.O.S. ACTION OF SEPT. 30, 1980.

| | | NAPA COUNTY USE ONLY YES | NO |
|---|---|---|---|
| PARKING SPACES: EXISTING SPACES: | 1 | X | |
| PROPOSED SPACES: | 0 | X | |

5. Building Site Requirements:

| | | YES | NO |
|---|---|---|---|
| MONTH DURING WHICH WINERY CONSTRUCTION RELATED GROUND DISTURBING ACTIVITIES WILL OCCUR: (APRIL THROUGH OCTOBER ONLY) UNLESS CATCH BASINS INSTALLED. | APRIL - OCTOBER | X | |
| NUMBER OF DEBRIS CATCH BASINS TO BE INSTALLED: | N.A | X | |
| TYPE OF EROSION CONTROL MEASURES INSTALLED TO DISCHARGE ALL CONCENTRATED RUN-OFF AT NON-EROSIVE VELOCITIES: | N.A | X | |
| TYPE OF GRASS MIXTURE TO BE USED IN AREAS DISTURBED BY WINERY CONSTRUCTION: | RYE GRASS | X | |
| DATE BY WHICH DISTURBED AREAS WILL BE RESEEDED: | AUGUST '81 | X | |

6. Landscaping Requirements: PLEASE SEE ATTACHED SHEET

| | YES | NO |
|---|---|---|
| LANDSCAPE PLAN TO INCLUDE: | X | |
| a. DESIGNATION OF PLANTINGS TO SOFTEN GEOMETRIC FORM OF BUILDING AND BLEND IT WITH AGRICULTURAL CHARACTER OF SURROUNDING AREA | X | |
| b. THE NAMES AND LOCATIONS OF THE PLANT MATERIALS TO BE EMPLOYED (Attach List to Application Form) | X | |
| c. THE LOCATION OF THE PARKING AREA(S) PROPOSED WITH PARKING SPACES IDENTIFIED | X | |
| d. DESIGNATION OF PLANTINGS TO SCREEN PARKING LOTS, OUTDOOR WORK AND STORAGE AREAS FROM VIEW FROM SURROUNDING PROPERTIES AND HIGHWAYS | X | |
| e. PROPOSED METHOD OF LANDSCAPE MAINTENANCE | X | |

7. Environmental Considerations:

| | YES | NO |
|---|---|---|
| I. DOES THE PROPOSED SMALL WINERY BUILDING OR RELATED FACILITIES LIE WITHIN AN "ENVIRONMENTALLY SENSITIVE AREA" (I.E., WITHIN: | | X |
| no a. A DESIGNATED FLOODWAY | | X |
| no b. A RECOGNIZED ACTIVE EARTHQUAKE FAULT ZONE | | X |
| no c. AN AREA THREATENED BY LANDSLIDES | | X |
| no d. THE EXTENDED CLEAR ZONE OF A HELIPORT OR AIRPORT | | X |
| no e. AN ARCHAEOLOGICALLY SENSITIVE AREA | | X |
| no f. THE HABITAT AREA OF A RARE AND/OR ENDANGERED PLANT OR ANIMAL | | X |

| | USE ONLY YES | NO |
|---|---|---|
| 2. DOES THE PROPOSED SMALL WINERY LIE WITHIN: | | |
| no a. A HIGH FIRE RISK HAZARD AREA | | X |
| no b. A RECOGNIZED HISTORIC STRUCTURE | | X |

I certify that the above statements are correct and that the plans submitted are accurate:

[signature] Signature of Applicant

[signature] Signature of Property Owner

Sep. 18 1980 Date

_______ 198__ Date

FOR COUNTY USE ONLY

ACCEPTABLE PLOT PLAN SUBMITTED: X YES ___ NO

TOPOGRAPHIC SITE LOCATION MAP SUBMITTED: X YES ___ NO

ACCEPTABLE LANDSCAPING PLAN SUBMITTED: X YES ___ NO

QUALIFIES FOR A SMALL WINERY
USE PERMIT EXEMPTION

X YES ___ NO

Evaluation made october 17 1980
Date

BY [signature] E. Grundall

Applicant notified october 17 1980
Date

# Planning

Cover Sheet

| | |
|---|---|
| APN | 031-080-038-000 |
| Permit # | |
| Program | USE |
| DocType | ASM |
| Street # | 915 |
| Street Name | Oakville Cross Rd |
| Year | |

# APPLICATION FOR SMALL WINERY USE PERMIT EXEMPTION

Please fill in all appropriate information
Items in ( ) are County Requirements for Use Permit Exemption

Proposed Winery Name: Silver Oak Cellars  Assessor's Parcel No.: 31-080-~~26~~ 030

Applicant's Name: Silver Oak Cellars  Telephone No.: (707) 944-8866

Address: 915 Oakville Crossroad, Oakville, CA 94562
No. Street City State Zip Code

Status of Applicant's Interest in Property: Owner and Operator

Property Owner's Name: J. Meyer & R. Duncan dba Silver Oak Cellars

Address: P.O. Box 414, Oakville, CA 94562  Telephone No.: (707) 944-8866
No. Street City State

| | FOR COUNTY USE ONLY YES | NO |
|---|---|---|
| 1. Operating Features: (Check the appropriate spaces) | | |
| X CRUSHING  X FERMENTATION  X STORAGE/AGING  X BOTTLING/PACKING | | |
| X SHIPPING VIA: Truck  X ADMINISTRATIVE: (NO) TOURS/PUBLIC TASTING | | |
| ___ OTHER: ___ | X | |
| GALLONS OF WINE TO BE PRODUCED: INITIAL OR CURRENT PRODUCTION 4,000 GAL/YEAR (NOT TO EXCEED 20,000 GAL.) | | |
| REQUESTED PRODUCTION CAPACITY 18,000 GAL/YEAR | X | |
| HOURS OF OPERATION 7 A.M. TO 6 P.M. DAYS OF OPERATION 6 | X | |
| NUMBER OF SHIFTS: 1 (Currently) EMPLOYEES PER SHIFT: 5 (Currently) FULL TIME 3 PART TIME 2 | X | |
| NUMBER OF SHIFTS PROPOSED: 1 TOTAL EMPLOYEES PER SHIFTS PROPOSED: 7-9 FULL TIME 6 PART TIME 2-3 | X | |
| NO. VISITORS ANTICIPATED: PER DAY 5 PER WEEK 30 (MAXIMUM) | X | |
| 2. Building Features: (Wood, stucco or rock facing required on any non-historic structures). | | |
| FLOOR AREA: EXISTING STRUCTURES 3,650 SQ. FT. NEW CONSTRUCTION 11,000 SQ. FT. | | |
| TYPE OF CONSTRUCTION: Split Face Block | X | |
| TYPE OF EXTERIOR WALL FACING: Split Face Block | X | |
| TYPE OF ROOF: Tile | X | |
| MAX. HEIGHT (FT.): EXISTING STRUCTURES 18' PROPOSED STRUCTURES 30-35' (HEIGHT 35') | X | |
| COMPLIANCE WITH THE U.S. SECRETARY OF INTERIOR'S "STANDARDS FOR REHABILITATION" AND ASSOCIATED "GUIDELINES FOR REHABILITATING HISTORIC STRUCTURES" (N/A) YES ___ NO ___ | N/A | |

| | | FOR COUNTY USE ONLY YES | NO |
|---|---|---|---|
| EXISTING STRUCTURES OR IMPROVEMENTS TO BE REMOVED: | Cement Silo | X | |
| TYPE OF SHIELDS TO BE INSTALLED ON EXTERIOR LIGHTS: | As Required ( DIRECT AWAY FROM ADJACENT RESIDENCES. | X | |
| WIDTH OF FIRE CLEAR ZONE AROUND WINERY TO BE MAINTAINED: (NOT LESS THAN 100 FT.) | 100 FT. | X | |
| METHOD OF DOMESTIC WASTE DISPOSAL: | Own Septic System | X | |
| METHOD OF INDUSTRIAL WASTE DISPOSAL: | Own Septic System | X | |

3. Site Characteristics:

| | | YES | NO |
|---|---|---|---|
| PARCEL ACREAGE: (NOT LESS THAN 6 AC.) | 21.5 ACRES | X | |
| ZONING DISTRICT INVOLVED: (AW,AP ONLY) | AP | X | |
| WINERY COMPLEX SETBACK FROM CENTERLINE OF NEAREST PUBLIC ROAD: (NOT LESS THAN 400 FT. SILVERADO TRAIL AND STATE HIGHWAYS OR 200 FT. OTHER PUBLIC ROADS.) | 2,200 FT. | X | |
| ROAD FRONTAGE SEPARATION BETWEEN PROPOSED WINERY & NEAREST APPROVED WINERY: (NOT LESS THAN 2,000 FT. WITHIN 1,000 FT. CORRIDOR). | 5,000 FT. | X | |
| DISTANCE BETWEEN PROPOSED WINERY & NEAREST OFF-SITE RESIDENCE: (NOT LESS THAN 500 FT.) | 2,200 FT. | X | |
| MINIMUM DISTANCE BETWEEN THE PROPOSED WINERY COMPLEX INCLUDING SEWAGE SYSTEM AND ACCESS ROAD AND THE TOP OF THE BANK OF THE ORDINARY HIGH WATER CHANNEL OF THE NEAREST RIVER OR STREAM NOT COVERED BY COUNTY FLOOD PLAIN MANAGEMENT ORDINANCE. (NOT LESS THAN 50 FT. | 3,000 FT. | X | |
| NAME OF NEAREST RIVER OR STREAM: | Conn Creek | X | |

4. Access and Parking:

| | | YES | NO |
|---|---|---|---|
| PUBLIC ROAD FOR ACCESS TO WINERY: | 0.4 Mi Private Drive from Oakville Crossroad | | |
| WIDTH OF FIRST 30 FEET OF ACCESS ROAD: (NOT LESS THAN 16 FT.) | 16 FT. | | |
| WIDTH OF REMAINDER OF ACCESS ROAD TO WINERY BUILDING: (DETERMINED BY PUBLIC WORKS) | FT. | | |
| ACCESS ROAD SURFACE: | Asphalt | | |
| ACCESS ROAD GRADE: | Flat | | |
| NUMBER OF PARCELS PROVIDED ACCESS VIA ACCESS ROAD TO WINERY | 1 | | |
| NUMBER OF USES OTHER THAN THE PROPOSED WINERY AND RELATED ON-SITE RESIDENTIAL STRUCTURES PROVIDED ACCESS VIA ACCESS ROAD TO WINERY | 0 | | |
| COUNTY PUBLIC WORKS DEPARTMENT ACCESS ROAD REQUIREMENT MET: | YES ___ NO ___ | | |

DELETED BY B.O.S. ACTION OF SEPT. 30, 1980

| | | NAPA COUNTY USE ONLY YES | NO |
|---|---|---|---|
| PARKING SPACES: EXISTING SPACES: | 6-10 | X | |
| PROPOSED SPACES: | 6-10 | X | |

5. Building Site Requirements:

| | | YES | NO |
|---|---|---|---|
| MONTH DURING WHICH WINERY CONSTRUCTION RELATED GROUND DISTURBING ACTIVITIES WILL OCCUR: (APRIL THROUGH OCTOBER ONLY) UNLESS CATCH BASINS INSTALLED. | June-September | X | |
| NUMBER OF DEBRIS CATCH BASINS TO BE INSTALLED: | As Required | X | |
| TYPE OF EROSION CONTROL MEASURES INSTALLED TO DISCHARGE ALL CONCENTRATED RUN-OFF AT NON-EROSIVE VELOCITIES: | Landscaping & Ditches | X | |
| TYPE OF GRASS MIXTURE TO BE USED IN AREAS DISTURBED BY WINERY CONSTRUCTION: | HYDRO - MULCH | X | |
| DATE BY WHICH DISTURBED AREAS WILL BE RESEEDED: | November, 1981 | X | |

6. Landscaping Requirements:

| | YES | NO |
|---|---|---|
| LANDSCAPE PLAN TO INCLUDE: | X | |
| a. DESIGNATION OF PLANTINGS TO SOFTEN GEOMETRIC FORM OF BUILDING AND BLEND IT WITH AGRICULTURAL CHARACTER OF SURROUNDING AREA | X | |
| b. THE NAMES AND LOCATIONS OF THE PLANT MATERIALS TO BE EMPLOYED ~~(Attach List to Application Form)~~ SEE LANDSCAPE PLAN. | X | |
| c. THE LOCATION OF THE PARKING AREA(S) PROPOSED WITH PARKING SPACES IDENTIFIED See Drawings Attached | X | |
| d. DESIGNATION OF PLANTINGS TO SCREEN PARKING LOTS, OUTDOOR WORK AND STORAGE AREAS FROM VIEW FROM SURROUNDING PROPERTIES AND HIGHWAYS | X | |
| e. PROPOSED METHOD OF LANDSCAPE MAINTENANCE Part-time Gardener | X | |

7. Environmental Considerations:

| | YES | NO |
|---|---|---|
| I. DOES THE PROPOSED SMALL WINERY BUILDING OR RELATED FACILITIES LIE WITHIN AN "ENVIRONMENTALLY SENSITIVE AREA" (I.E., WITHIN: | | X |
| No a. A DESIGNATED FLOODWAY | | X |
| No b. A RECOGNIZED ACTIVE EARTHQUAKE FAULT ZONE | | X |
| No c. AN AREA THREATENED BY LANDSLIDES | | X |
| No d. THE EXTENDED CLEAR ZONE OF A HELIPORT OR AIRPORT | | X |
| No e. AN ARCHAEOLOGICALLY SENSITIVE AREA | | X |
| No f. THE HABITAT AREA OF A RARE AND/OR ENDANGERED PLANT OR ANIMAL | | X |

| | FOR COUNTY USE ONLY YES | NO |
|---|---|---|
| 2. DOES THE PROPOSED SMALL WINERY LIE WITHIN: | | |
| No a. A HIGH FIRE RISK HAZARD AREA | | X |
| No b. A RECOGNIZED HISTORIC STRUCTURE | | X |

I certify that the above statements are correct and that the plans submitted are accurate:

Paul Spitler - Silver Oak Cellars
Signature of Applicant

Paul Spitler - Silver Oak Cellars
Signature of Property Owner

5/8 1981
Date

5/8 1981
Date

944-8866

FOR COUNTY USE ONLY

ACCEPTABLE PLOT PLAN SUBMITTED: X YES ___ NO

TOPOGRAPHIC SITE LOCATION MAP SUBMITTED: X YES ___ NO

ACCEPTABLE LANDSCAPING PLAN SUBMITTED: X YES ___ NO

QUALIFIES FOR A SMALL WINERY
USE PERMIT EXEMPTION

X YES ___ NO

Evaluation made June 4 1981
Date

BY Philip E. Grundahl

Applicant notified June 4 1981
Date

QUADRANGLE TITLE: RUTHERFORD FILE NO.




## LEGEND

| | Existing | Proposed |
|---|---|---|
| Parcel Boundary | | |
| Structure | | |
| Septic System | | |
| Well | | |
| Spring | | |
| Reservoir | | |
| Road | | |
| Parking Lot or Outdoor Storage Area | | |

Dec '79

NAPA COUNTY
CONSERVATION, DEVELOPMENT AND PLANNING COMMISSION
1195 Third Street, Room 210 • Napa, California 94558 • (707) 253-4416

# TOPOGRAPHIC SITE LOCATION INFORMATION

INSTRUCTIONS:

Every application for a rezoning, General Plan amendment, use permit, temporary trailer permit, timber harvest permit, geothermal permit, variance, parcel map, or subdivision shall be accompanied by a 7 by 7½" portion of the 7½ Minute U.S. Geological Survey Topographic Map that covers the project vicinity. This map shall be affixed to the back of this information sheet. The following information shall be presented on said map:

1) the location of the boundary lines of all existing parcels involved and any new parcels to be formed.

2) the location of all existing improvements to be employed including but not limited to existing access roads.

3) the location of all new improvements proposed including but not limited to:

    a) buildings
    b) septic systems
    c) wells or developed springs
    d) reservoirs
    e) access roads and/or driveways
    f) parking lots and outdoor storage areas

For the purpose of this section proposed building sites on parcel maps with all the associated improvements necessary to put a home at the location selected shall be considered as proposed improvements.

All location designations required above must be accurate to within 50 feet.

The symbols to be used in preparing this location map are specified on the reverse side of this sheet.

(OVER)

B.M. ...
Top of R.R. Spike in
... No. 36, North Side
Oakville Cross Road, 30± West of Money Way.

RECEIVED
MAY 8 1981
Napa County Conservation, Development & Planning Commission




NOTE

1) Location of Flood Plane obtained from County of Napa, Department of Public Works.

2) Flood Plane Elev. 120.5 M.S.L. obtained from County of Napa, Department of Public Works.

3) Datum, County of Napa B.M. #711, Elev. = 122.38.

Surveyed at the request of Ray Recker, in April, 1981.

Signed [signature]

LICENSED LAND SURVEYOR
JAMES ... THOMPSON
No. 3511
STATE OF CALIFORNIA

## PLAT OF SURVEY

Establishing the ground elevation on Assessor's Parcel Number AP No. 31-080-26

Napa County California

By

Thompson & Associates Inc.

Land Surveyor

St Helena California

SILVER OAK CELLARS
P. O. BOX 414, OAKVILLE, CALIFORNIA 94562
(707) 944-8866

June 3, 1981

Mr. Phillip Crundall
Senior Planner
Conservation, Development & Planning Dept.
1195 3rd Street
Room 210
Napa, CA 94558

Dear Mr. Crundall,

Please accept this letter as an amendment to the Application For Small Winery Use Permit Exemption submitted by Silver Oak Cellars.

There will be no public tastings at the prospective new winery location, as all tours will be by appointment only; therefore, not more than 5 customers per day are expected to visit the facility. In checking our records, the indication is that this figure is on the high side.

Thank you for your attention to this matter.

Sincerely,

Justin Meyer

Justin Meyer

JM:pt

RECEIVED
JUN 4 1981
Napa County Conservation,
Development & Planning Commission

CABERNET SAUVIGNON

Small winery use permit.

J. Meyer APN 31-080-~~26~~ 030

Silver Oaks Cellars

Small Winery Exemption Approved June 4, 1981

QUADRANGLE TITLE: RUTHERFORD FILE NO.




# LEGEND

| | Existing | Proposed |
|---|---|---|
| Parcel Boundary | | |
| Structure | | |
| Septic System | | |
| Well | | |
| Spring | | |
| Reservoir | | |
| Road | | |
| Parking Lot or Outdoor Storage Area | | |

Dec '79

# INSTRUCTIONS FOR REQUESTING A SMALL WINERY USE PERMIT EXEMPTION

The following information shall be required to support a request for a small winery use permit exemption:

1) A completed application form for a small winery use permit exemption.

2) An accurate scaled plot plan showing:

   a) the proposed winery building's, parking area's, outdoor storage and work area's, sewage disposal system's and access road's location on the subject parcel.

   b) the distances specified in Section 3 of the Small Winery Use Permit Exemption Application.

   c) location of any debrie catch basins or erosion control measures installed.

3) A front building elevation and landscaping plan supplying the information specified in Section 6 of the Small Winery Use Permit Exemption Application.

4) A topographic site location map indicating the location of the proposed winery building, access road, and sewage disposal system (SEE ATTACHED TOPOGRAPHIC SITE LOCATION INFORMATION SHEET).

RECEIVED
MAY 8 1981
Napa County Conservation, Development & Planning Commission

APPLICATION FOR
SMALL WINERY USE PERMIT EXEMPTION
Please fill in all appropriate information
Items in ( ) are County Requirements for Use Permit Exemption

Proposed Winery Name: Silver Oak Cellars Assessor's Parcel No.: 31-080-26

Applicant's Name: Silver Oak Cellars Telephone No.: (707) 944-8866

Address: 915 Oakville Crossroad, Oakville, CA 94562
No. Street City State Zip Code

Status of Applicant's Interest in Property: Owner and Operator

Property Owner's Name: J. Meyer & R. Duncan dba Silver Oak Cellars

Address: P.O. Box 414, Oakville, CA 94562 Telephone No.: (707) 944-8866
No. Street City State

| | FOR COUNTY USE ONLY YES | NO |
|---|---|---|
| 1. Operating Features: (Check the appropriate spaces) | | |
| X CRUSHING X FERMENTATION X STORAGE/AGING X BOTTLING/PACKING | | |
| X SHIPPING VIA: Truck X ADMINISTRATIVE: (NO) TOURS/PUBLIC TASTING | | |
| OTHER: | X | |
| GALLONS OF WINE TO BE PRODUCED: (NOT TO EXCEED 20,000 GAL.) INITIAL OR CURRENT PRODUCTION 4,000 GAL/YEAR | | |
| REQUESTED PRODUCTION CAPACITY 18,000 GAL/YEAR | X | |
| HOURS OF OPERATION 7 A.M. TO 6 P.M. DAYS OF OPERATION 6 | X | |
| NUMBER OF SHIFTS: (Currently) 1 EMPLOYEES PER SHIFT: (Currently) 5 FULL TIME 3 PART TIME 2 | X | |
| NUMBER OF SHIFTS PROPOSED: 1 TOTAL EMPLOYEES PER SHIFTS PROPOSED: 7-9 FULL TIME 6 PART TIME 2-3 | X | |
| NO. VISITORS ANTICIPATED: PER DAY 5 PER WEEK 30 (MAXIMUM) | X | |
| 2. Building Features: (Wood, stucco or rock facing required on any non-historic structures). | | |
| FLOOR AREA: EXISTING STRUCTURES 3,650 SQ. FT. NEW CONSTRUCTION 11,000 SQ. FT. | | |
| TYPE OF CONSTRUCTION: Split Face Block | X | |
| TYPE OF EXTERIOR WALL FACING: Split Face Block | X | |
| TYPE OF ROOF: Tile | X | |
| MAX. HEIGHT (FT.): EXISTING STRUCTURES 18' PROPOSED STRUCTURES 30-35' (HEIGHT 35') | X | |
| COMPLIANCE WITH THE U.S. SECRETARY OF INTERIOR'S "STANDARDS FOR REHABILITATION" AND ASSOCIATED "GUIDELINES FOR REHABILITATING HISTORIC STRUCTURES" (N/A) YES___ NO___ | N/A | |

FOR USE
YES

| | | |
|---|---|---|
| EXISTING STRUCTURES OR IMPROVEMENTS TO BE REMOVED: Cement Silo | X | |
| TYPE OF SHIELDS TO BE INSTALLED ON EXTERIOR LIGHTS: As Required ( DIRECT AWAY FROM ADJACENT RESIDENCES. | X | |
| WIDTH OF FIRE CLEAR ZONE AROUND WINERY TO BE MAINTAINED: (NOT LESS THAN 100 FT.) 100 FT. | X | |
| METHOD OF DOMESTIC WASTE DISPOSAL: Own Septic System | X | |
| METHOD OF INDUSTRIAL WASTE DISPOSAL: Own Septic System | X | |

3. Site Characteristics:

| | | |
|---|---|---|
| PARCEL ACREAGE: (NOT LESS THAN 6 AC.) 21.5 ACRES | X | |
| ZONING DISTRICT INVOLVED: (AW,AP ONLY) AP | X | |
| WINERY COMPLEX SETBACK FROM CENTERLINE OF NEAREST PUBLIC ROAD: (NOT LESS THAN 400 FT. SILVERADO TRAIL AND STATE HIGHWAYS OR 200 FT. OTHER PUBLIC ROADS.) 2,200 FT. | X | |
| ROAD FRONTAGE SEPARATION BETWEEN PROPOSED WINERY & NEAREST APPROVED WINERY: (NOT LESS THAN 2,000 FT. WITHIN 1,000 FT. CORRIDOR). 5,000 FT. | X | |
| DISTANCE BETWEEN PROPOSED WINERY & NEAREST OFF-SITE RESIDENCE: (NOT LESS THAN 500 FT.) 2,200 FT. | X | |
| MINIMUM DISTANCE BETWEEN THE PROPOSED WINERY COMPLEX INCLUDING SEWAGE SYSTEM AND ACCESS ROAD AND THE TOP OF THE BANK OF THE ORDINARY HIGH WATER CHANNEL OF THE NEAREST RIVER OR STREAM NOT COVERED BY COUNTY FLOOD PLAIN MANAGEMENT ORDINANCE. (NOT LESS THAN 50 FT. 3,000 FT. | X | |
| NAME OF NEAREST RIVER OR STREAM: Conn Creek | X | |

4. Access and Parking:

| | | |
|---|---|---|
| PUBLIC ROAD FOR ACCESS TO WINERY: 0.4 Mi Private Drive from Oakville Crossroad | | |
| WIDTH OF FIRST 30 FEET OF ACCESS ROAD: (NOT LESS THAN 16 FT.) 16 FT. | | |
| WIDTH OF REMAINDER OF ACCESS ROAD TO WINERY BUILDING: (DETERMINED BY PUBLIC WORKS) ____ FT. | | |
| ACCESS ROAD SURFACE: Asphalt | | |
| ACCESS ROAD GRADE: Flat | | |
| NUMBER OF PARCELS PROVIDED ACCESS VIA ACCESS ROAD TO WINERY 1 | | |
| NUMBER OF USES OTHER THAN THE PROPOSED WINERY AND RELATED ON-SITE RESIDENTIAL STRUCTURES PROVIDED ACCESS VIA ACCESS ROAD TO WINERY 0 | | |
| COUNTY PUBLIC WORKS DEPARTMENT ACCESS ROAD REQUIREMENT MET: YES ____ NO ____ | | |

DELETED BY B.O.S. ACTION OF SEPT. 30, 1980

| | | NAPA COUNTY USE ONLY YES | NO |
|---|---|---|---|
| PARKING SPACES: EXISTING SPACES: | 6-10 | X | |
| PROPOSED SPACES: | 6-10 | X | |
| **5. Building Site Requirements:** | | | |
| MONTH DURING WHICH WINERY CONSTRUCTION RELATED GROUND DISTURBING ACTIVITIES WILL OCCUR: (APRIL THROUGH OCTOBER ONLY) UNLESS CATCH BASINS INSTALLED. | June-September | X | |
| NUMBER OF DEBRIS CATCH BASINS TO BE INSTALLED: | As Required | X | |
| TYPE OF EROSION CONTROL MEASURES INSTALLED TO DISCHARGE ALL CONCENTRATED RUN-OFF AT NON-EROSIVE VELOCITIES: | Landscaping & Ditches | X | |
| TYPE OF GRASS MIXTURE TO BE USED IN AREAS DISTURBED BY WINERY CONSTRUCTION: | HYDRO-MULCH | X | |
| DATE BY WHICH DISTURBED AREAS WILL BE RESEEDED: | November, 1981 | X | |
| **6. Landscaping Requirements:** | | | |
| LANDSCAPE PLAN TO INCLUDE: | | X | |
| a. DESIGNATION OF PLANTINGS TO SOFTEN GEOMETRIC FORM OF BUILDING AND BLEND IT WITH AGRICULTURAL CHARACTER OF SURROUNDING AREA | | X | |
| b. THE NAMES AND LOCATIONS OF THE PLANT MATERIALS TO BE EMPLOYED ~~(Attach List to Application Form)~~ SEE LANDSCAPE PLAN. | | X | |
| c. THE LOCATION OF THE PARKING AREA(S) PROPOSED WITH PARKING SPACES IDENTIFIED See Drawings Attached | | X | |
| d. DESIGNATION OF PLANTINGS TO SCREEN PARKING LOTS, OUTDOOR WORK AND STORAGE AREAS FROM VIEW FROM SURROUNDING PROPERTIES AND HIGHWAYS | | X | |
| e. PROPOSED METHOD OF LANDSCAPE MAINTENANCE Part-time Gardener | | X | |
| **7. Environmental Considerations:** | | | |
| 1. DOES THE PROPOSED SMALL WINERY BUILDING OR RELATED FACILITIES LIE WITHIN AN "ENVIRONMENTALLY SENSITIVE AREA" (I.E., WITHIN: | | | X |
| No a. A DESIGNATED FLOODWAY | | | X |
| No b. A RECOGNIZED ACTIVE EARTHQUAKE FAULT ZONE | | | X |
| No c. AN AREA THREATENED BY LANDSLIDES | | | X |
| No d. THE EXTENDED CLEAR ZONE OF A HELIPORT OR AIRPORT | | | X |
| No e. AN ARCHAEOLOGICALLY SENSITIVE AREA | | | X |
| No f. THE HABITAT AREA OF A RARE AND/OR ENDANGERED PLANT OR ANIMAL | | | X |

FOR ... USE ... YES

2. DOES THE PROPOSED SMALL WINERY LIE WITHIN:

No a. A HIGH FIRE RISK HAZARD AREA X

No b. A RECOGNIZED HISTORIC STRUCTURE X

I certify that the above statements are correct and that the plans submitted are accurate:

Paul Spitler - Silver Oak Cellars
Signature of Applicant

Paul Spitler - Silver Oak Cellars
Signature of Property Owner

5/8 1981
Date
944-8866

5/8 1981
Date

FOR COUNTY USE ONLY

| | | |
|---|---|---|
| ACCEPTABLE PLOT PLAN SUBMITTED: | X YES | ___ NO |
| TOPOGRAPHIC SITE LOCATION MAP SUBMITTED: | X YES | ___ NO |
| ACCEPTABLE LANDSCAPING PLAN SUBMITTED: | X YES | ___ NO |

QUALIFIES FOR A SMALL WINERY
USE PERMIT EXEMPTION

X YES ___ NO

Evaluation made June 4 1981
Date

BY Philip E. Crandall

Applicant notified June 4 1981
Date

# Planning

Cover Sheet

| | |
|---|---|
| APN | 022-180 -015 -000 |
| Permit # | |
| Program | USE |
| DocType | ASM |
| Street # | 2849 |
| Street Name | Spring Mountain Rd |
| Year | |

File No.: ____________

RECEIVED
AUG 9 - 1984
Napa County Conservation,
Development & Planning Department

NAPA COUNTY
CONSERVATION, DEVELOPMENT AND PLANNING DEPARTMENT
1195 Third Street, Room 210 . Napa, California 94559 . (707) 253-4416

APPLICATION FOR
SMALL WINERY USE PERMIT EXEMPTION
Please fill in all appropriate information
Items in ( ) are County Requirements for Use Permit Exemption

Proposed Winery Name: Streblow Assessor's Parcel No.: 022-180-15-00

Applicant's Name: Jack Streblow Telephone No.: (707) 963-5454

Address: 2849 Spring Mt. Road St. Helena California 94574
No. Street City State Zip Code

Status of Applicant's Interest in Property: owner

Property Owner's Name: Jack and Patricia Streblow

Address: 2849 Spring Mt. Road St. Helena CA Telephone No.: (707) 963-5454
No. Street City State

| | FOR COUNTY USE ONLY YES | NO |
|---|---|---|
| 1. Operating Features: (Check the appropriate spaces) | | |
| X CRUSHING X FERMENTATION X STORAGE/AGING X BOTTLING/PACKING | | |
| X SHIPPING VIA: TRUCK ADMINISTRATIVE:(NO) TOURS/PUBLIC TASTING | | |
| ____ OTHER: ____ | ✓ | |
| GALLONS OF WINE TO BE PRODUCED: INITIAL OR CURRENT PRODUCTION 2,000 GAL/YEAR (NOT TO EXCEED 20,000 GAL.) | ✓ | |
| ULTIMATE PRODUCTION CAPACITY 2,500 GAL/YEAR | ✓ | |
| HOURS OF OPERATION 8:00 A.M. TO 5:00 P.M. DAYS OF OPERATION Mon-Fri. | ✓ | |
| NUMBER OF SHIFTS: 1 (Currently) EMPLOYEES PER SHIFT: 1 (Currently) FULL TIME 1 PART TIME ____ | ✓ | |
| NUMBER OF SHIFTS: 1 (Proposed) TOTAL EMPLOYEES PER SHIFTS: 1 (Proposed) FULL TIME ____ PART TIME ____ | ✓ | |
| NO. VISITORS ANTICIPATED: PER DAY ____ PER WEEK ____ | ✓ | ✓ |

** Occasional private visits.
Not open to the public.
No estimate of visitors, but expected
to be very limited.

| | FOR COUNTY USE ONLY YES | NO |
|---|---|---|
| 2. Building Features: (Wood, stucco or rock facing required on any non-historic structures). | | |
| FLOOR AREA: EXISTING STRUCTURES 360 SQ. FT. NEW CONSTRUCTION N/A SQ. FT. | | |
| TYPE OF CONSTRUCTION: concrete slab floor, wood roof. concrete block walls with stone facing. | ✓ | |
| TYPE OF EXTERIOR WALL FACING: natural stone | ✓ | |
| TYPE OF ROOF: wood frame with composite shingles | ✓ | |
| MAX. HEIGHT (FT.): EXISTING STRUCTURES 16' PROPOSED STRUCTURES ___ (Height 35') | ✓ | |
| COMPLIANCE WITH THE U.S. SECRETARY OF INTERIOR'S "STANDARDS FOR REHABILITATION" AND ASSOCIATED "GUIDELINES FOR REHABILITATING HISTORIC STRUCTURES" NA x YES ___ NO ___ | ✓ | |
| EXISTING STRUCTURES OR IMPROVEMENTS TO BE REMOVED: none | ✓ | |
| TYPE OF SHIELDS TO BE INSTALLED ON EXTERIOR LIGHTS: none- frosted lenses | ✓ | |
| WIDTH OF FIRE CLEAR ZONE AROUND WINERY TO BE MAINTAINED: (Not less than 100 ft. is located with County designated high fire risk area). 100 FT. | ✓ | |
| METHOD OF DOMESTIC WASTE DISPOSAL: septic tank | ✓ | |
| METHOD OF INDUSTRIAL WASTE DISPOSAL: french drain | ✓ | |
| 3. Site Characteristics: | | |
| PARCEL ACREAGE: (Not less than 4 AC.) 33 ACRES | ✓ | |
| ZONING DISTRICT INVOLVED: (AW, AP, and WR ONLY) AW | ✓ | |
| WINERY COMPLEX SETBACK FROM CENTERLINE OF NEAREST PUBLIC ROAD: (Not less than 400 ft. Silverado Trail and State Highways or 200 ft. other public roads). 900 ~~2800~~ FT. | ✓ | |
| ROAD FRONTAGE SEPARATION BETWEEN PROPOSED WINERY: (Not less than 2,000 ft. with 1,000 ft. corridor). 3,000 FT. | ✓ | |
| DISTANCE BETWEEN PROPOSED WINERY & NEAREST OFF-SITE RESIDENCE: (Not less than 500 ft.) approx. 750 FT. | ✓ | |
| MINIMUM DISTANCE BETWEEN THE PROPOSED WINERY COMPLEX INCLUDING SEWAGE SYSTEM AND ACCESS ROAD AND THE TOP OF THE BANK OF THE ORDINARY HIGH WATER CHANNEL OF THE NEAREST RIVER OR STREAM NOT COVERED BY COUNTY FLOOD PLAIN MANAGEMENT ORDINANCE. (Not less than 50 ft.) 40 400 FT. | ✓ | |
| NAME OF NEAREST RIVER OR STREAM: York Creek | ✓ | |

| | FOR COUNTY USE ONLY YES | NO |
|---|---|---|
| 4. Access and Parking: | | |
| PUBLIC ROAD FOR ACCESS TO WINERY: Spring Mt. Road | ✓ | |
| (Small wineries requiring access by means of the following roadways shall not be eligible for use permit exemption. | | |
| (1) State Highway Route 29 between Yountville and St. Helena (Lodi Lane) and all dead-end roads extending from that section of highway; | | |
| (2) State Highway 121 west of the City of Napa; | | |
| (3) American Canyon Road west of Flosden Road; | | |
| (4) Flosden Road). | | |
| PARKING SPACES: EXISTING SPACES: 12 | ✓ | |
| PROPOSED SPACES: none | ✓ | |
| 5. Building Site Requirements: | | |
| MONTH DURING WHICH WINERY CONSTRUCTION RELATED GROUND DISTURBING ACTIVITIES WILL OCCUR: (April through October ONLY unless catch basin installed). structure already complete | ✓ | |
| NUMBER OF DEBRIS CATCH BASINS TO BE INSTALLED: one existing | ✓ | |
| TYPE OF EROSION CONTROL MEASURES INSTALLED TO DISCHARGE ALL CONCENTRATED RUN-OFF AT NON-EROSIVE VELOCITIES: 4" line into french drain- no threat of erosion | ✓ | |
| TYPE OF GRASS MIXTURE TO BE USED IN AREAS DISTURBED BY WINERY CONSTRUCTION: structure already complete | ✓ | |
| DATE BY WHICH DISTURBED AREAS WILL BE RESEEDED: N/A | ✓ | |
| 6. Landscaping Requirements: | | |
| a. INDICATE ON THE PLOT PLAN THE NAMES AND LOCATIONS OF THE PLANT MATERIALS TO BE PLANTED TO SCREEN WINERY STRUCTURES, PARKING LOTS, AND OUTDOOR WORK AND STORAGE AREAS FROM VIEW FROM SURROUNDING PROPERTIES AND ROADWAYS.* Site not visible from other properties or roadway EXISTING LANDSCAPING. | | |
| b. PROPOSED METHOD OF LANDSCAPE MAINTENANCE: by own forces | ✓ | |

| | NAPA COUNTY USE ONLY YES | NO |
|---|---|---|
| 7. Environmental Considerations: | | |
| 1. DOES THE PROPOSED SMALL WINERY BUILDING OR RELATED FACILITIES LIE WITHIN AN "ENVIRONMENTALLY SENSITIVE AREA": | | X |
| NO a. A DESIGNATED FLOODWAY | | X |
| NO b. A RECOGNIZED ACTIVE EARTHQUAKE FAULT ZONE | | X |
| YES c. AN AREA THREATENED BY LANDSLIDES *( have been some landslides in vineyard area. existing structure not affected.) | | X |
| NO d. THE EXTENDED CLEAR ZONE OF A HELIPORT OR AIRPORT | | X |
| NO e. AN ARCHAEOLOGICALLY SENSITIVE AREA | X | * |
| NO f. THE HABITAT AREA OF A RARE AND/OR ENDANGERED PLANT OR ANIMAL | | X |
| 2. DOES THE PROPOSED SMALL WINERY LIE WITHIN: | | |
| YES a. A HIGH FIRE RISK HAZARD AREA | X | |
| NO b. A RECOGNIZED HISTORIC STRUCTURE | | X |

I CERTIFY THAT THE ABOVE STATEMENTS ARE CORRECT AND THAT THE PLANS SUBMITTED ARE ACCURATE:

Jack Stuebbeau [signature]
SIGNATURE OF APPLICANT

SIGNATURE OF PROPERTY OWNER
(If different from applicant)

August 6 1984
DATE

198_
DATE

FOR COUNTY USE ONLY

DATE FILED: august 9, 1984 ACCEPTABLE PLOT PLAN SUBMITTED: ✓ YES ___ NO

FILE NO: ______ TOPOGRAPHIC SITE LOCATION MAP SUBMITTED: ✓ YES ___ NO

RECEIVED BY: Phillip E. Grundee [signature]

* Use of existing structure: "cellar".
No expansion or associated excavation without first performing Arch. survey.

SMALL WINERY USE PERMIT EXEMPTION NO.:__________

FINDINGS

ASSESSOR'S PARCEL NO. (S): 22-180-15

THIS APPLICATION DOES QUALIFY FOR A SMALL WINERY USE PERMIT EXEMPTION
does/does not

BY: Phillip E. Rundall
Conservation, Development and
Department

DATE: 9/7/84

☐ *Failure to active this application within one year of the Planning Department determination shall invalidate this application and a new application will be required.*

cc: BUILDING INSPECTION DEPARTMENT

NAPA COUNTY
CONSERVATION, DEVELOPMENT AND PLANNING DEPARTMENT
1195 Third Street, Room 210
Napa, California 94559
(707) 253-4416

# Planning

Cover Sheet

| | |
|---|---|
| APN | 034-160-031 - 000 |
| Permit # | |
| Program | USE |
| DocType | ASM |
| Street # | 6075A |
| Street Name | St Helena Hwy |
| Year | |

File No.: ____________

NAPA COUNTY
CONSERVATION, DEVELOPMENT AND PLANNING DEPARTMENT
1195 Third Street, Room 210 . Napa, California 94559 . (707) 253-4416

APPLICATION FOR
SMALL WINERY USE PERMIT EXEMPTION
Please fill in all appropriate information
Items in ( ) are County Requirements for Use Permit Exemption

Proposed Winery Name: COMBS BROTHERS CELLARS Assessor's Parcel No.: 34-160-31-00

Applicant's Name: EUGENE F. COMBS Telephone No.: 707-944-2012 (MORNING)

Address: 6075A ST. HELENA HWY (No. Street) NAPA (City) CALIF (State) 94558 (Zip Code)

Status of Applicant's Interest in Property: 1/3 OWNER

Property Owner's Name: J.D./G.B. & E.F. COMBS

Address: SAME AS APPLICANT (No. Street City State) Telephone No.: SAME AS APPLICANT

I. Operating Features: (Check the appropriate spaces)

| | FOR COUNTY USE ONLY YES | NO |
|---|---|---|
| ✓ CRUSHING ✓ FERMENTATION X STORAGE/AGING X BOTTLING/PACKING | | |
| X SHIPPING VIA: ____; X ADMINISTRATIVE: (NO) TOURS/PUBLIC TASTING | | |
| ____ OTHER: WINE COMES FROM OWNERS SUBJECT PARCEL. | ✓ | |
| GALLONS OF WINE TO BE PRODUCED: INITIAL OR CURRENT PRODUCTION 2000 GAL/YEAR (NOT TO EXCEED 20,000 GAL.) | ✓ | |
| ULTIMATE PRODUCTION CAPACITY 10000 GAL/YEAR | ✓ | |
| SEASONAL HOURS OF OPERATION 9 A.M. TO 5 P.M. DAYS OF OPERATION FRI/SAT/SUN | ✓ | |
| NUMBER OF SHIFTS: N/A (Currently) EMPLOYEES PER SHIFT: N/A (Currently) FULL TIME N/A PART TIME N/A | ✓ | |
| NUMBER OF SHIFTS: N/A (Proposed) TOTAL EMPLOYEES PER SHIFTS: N/A (Proposed) FULL TIME N/A PART TIME N/A | ✓ | |
| NO. VISITORS ANTICIPATED: PER DAY 5 PER WEEK 15 to 20 | ✓ | |

| | FOR COUNTY USE ONLY YES | NO |
|---|---|---|
| 2. Building Features: (Wood, stucco or rock facing required on any non-historic structures). | | |
| FLOOR AREA: EXISTING STRUCTURES 900 SQ. FT. NEW CONSTRUCTION ___ SQ. FT. | | |
| TYPE OF CONSTRUCTION: WOOD AND METAL | ✓ | |
| TYPE OF EXTERIOR WALL FACING: METAL | | |
| TYPE OF ROOF: GABLE | ✓ | |
| MAX. HEIGHT (FT.): EXISTING STRUCTURES 18' PROPOSED STRUCTURES ___ (Height 35') | ✓ | |
| COMPLIANCE WITH THE U.S. SECRETARY OF INTERIOR'S "STANDARDS FOR REHABILITATION" AND ASSOCIATED "GUIDELINES FOR REHABILITATING HISTORIC STRUCTURES" NA X YES ___ NO ___ | ✓ | |
| EXISTING STRUCTURES OR IMPROVEMENTS TO BE REMOVED: NONE | ✓ | |
| TYPE OF SHIELDS TO BE INSTALLED ON EXTERIOR LIGHTS: NONE PLANNED (ONE LIGHT ONLY) | ✓ | |
| WIDTH OF FIRE CLEAR ZONE AROUND WINERY TO BE MAINTAINED: (Not less than 100 ft. is located with County designated high fire risk area). 100+ FT. | ✓ | |
| METHOD OF DOMESTIC WASTE DISPOSAL: EXISTING SEPTIC TK/LEACH SYSTEM | ✓ | |
| METHOD OF INDUSTRIAL WASTE DISPOSAL: None Planned | | |
| 3. Site Characteristics: | | |
| PARCEL ACREAGE: (Not less than 4 AC.) 18.8 ACRES | ✓ | |
| ZONING DISTRICT INVOLVED: (AW, AP, and WR ONLY) AP | ✓ | |
| WINERY COMPLEX SETBACK FROM CENTERLINE OF NEAREST PUBLIC ROAD: (Not less than 400 ft. Silverado Trail and State Highways or 200 ft. other public roads). 1550 FT. | ✓ | |
| ROAD FRONTAGE SEPARATION BETWEEN PROPOSED WINERY: (Not less than 2,000 ft. with 1,000 ft. corridor). N/A FT. | ✓ | |
| DISTANCE BETWEEN PROPOSED WINERY & NEAREST OFF-SITE RESIDENCE: (Not less than 500 ft.) 500+ FT. | ✓ | |
| MINIMUM DISTANCE BETWEEN THE PROPOSED WINERY COMPLEX INCLUDING SEWAGE SYSTEM AND ACCESS ROAD AND THE TOP OF THE BANK OF THE ORDINARY HIGH WATER CHANNEL OF THE NEAREST RIVER OR STREAM NOT COVERED BY COUNTY FLOOD PLAIN MANAGEMENT ORDINANCE. (Not less than 50 ft.) 400 FT. | ✓ | |
| NAME OF NEAREST RIVER OR STREAM: NO NAME (DRAINAGE DITCH TO NAPA RIVER) | ✓ | |

| | FOR COUNTY USE ONLY YES | NO |
|---|---|---|
| 4. Access and Parking: | | |
| PUBLIC ROAD FOR ACCESS TO WINERY: SOLANO AVE | ✓ | |
| (Small wineries requiring access by means of the following roadways shall not be eligible for use permit exemption.<br>(1) State Highway Route 29 between Yountville and St. Helena (Lodi Lane) and all dead-end roads extending from that section of highway;<br>(2) State Highway 121 west of the City of Napa;<br>(3) American Canyon Road west of Flosden Road;<br>(4) Flosden Road). | | |
| PARKING SPACES: EXISTING SPACES: 10 to 15 | ✓ | |
| PROPOSED SPACES: NONE | ✓ | |
| 5. Building Site Requirements: | | |
| MONTH DURING WHICH WINERY CONSTRUCTION RELATED GROUND DISTURBING ACTIVITIES WILL OCCUR: (April through October ONLY unless catch basin installed). N/A (NO NEW CONST.) | ✓ | |
| NUMBER OF DEBRIS CATCH BASINS TO BE INSTALLED: N/A | ✓ | |
| TYPE OF EROSION CONTROL MEASURES INSTALLED TO DISCHARGE ALL CONCENTRATED RUN-OFF AT NON-EROSIVE VELOCITIES: N/A | ✓ | |
| TYPE OF GRASS MIXTURE TO BE USED IN AREAS DISTURBED BY WINERY CONSTRUCTION: N/A | ✓ | |
| DATE BY WHICH DISTURBED AREAS WILL BE RESEEDED: N/A | ✓ | |
| 6. Landscaping Requirements: | | |
| a. INDICATE ON THE PLOT PLAN THE NAMES AND LOCATIONS OF THE PLANT MATERIALS TO BE PLANTED TO SCREEN WINERY STRUCTURES, PARKING LOTS, AND OUTDOOR WORK AND STORAGE AREAS FROM VIEW FROM SURROUNDING PROPERTIES AND ROADWAYS. | | |
| b. PROPOSED METHOD OF LANDSCAPE MAINTENANCE: NONE PLANNED — Buildings already screened heavily by Cedar, walnut and fruit trees + VINEYARD. BUILDING SETBACK FROM PUBLIC HWY. 1500'. | ✓ | |

| | NAPA COUNTY USE ONLY YES | NO |
|---|---|---|
| 7. Environmental Considerations: | | |
| 1. DOES THE PROPOSED SMALL WINERY BUILDING OR RELATED FACILITIES LIE WITHIN AN "ENVIRONMENTALLY SENSITIVE AREA": | ~~✓~~ | ✓ |
| No a. A DESIGNATED FLOODWAY | | ✓ |
| ? b. A RECOGNIZED ACTIVE EARTHQUAKE FAULT ZONE West Napa Fault based on geo survey by Cleary Consultants Oct 30, 1985 | ~~✓~~ | ✓ |
| No c. AN AREA THREATENED BY LANDSLIDES | | ✓ |
| No d. THE EXTENDED CLEAR ZONE OF A HELIPORT OR AIRPORT | | ✓ |
| No e. AN ARCHAEOLOGICALLY SENSITIVE AREA | | ✓ |
| No f. THE HABITAT AREA OF A RARE AND/OR ENDANGERED PLANT OR ANIMAL | | ✓ |
| 2. DOES THE PROPOSED SMALL WINERY LIE WITHIN: | | |
| No a. A HIGH FIRE RISK HAZARD AREA | | ✓ |
| No b. A RECOGNIZED HISTORIC STRUCTURE | | ✓ |

I CERTIFY THAT THE ABOVE STATEMENTS ARE CORRECT AND THAT THE PLANS SUBMITTED ARE ACCURATE:

Eugene Combs
SIGNATURE OF APPLICANT

SIGNATURE OF PROPERTY OWNER
(if different from applicant)

Sept 19, 1985
DATE

198_
DATE

FOR COUNTY USE ONLY

DATE FILED: Sept 19, 1985 ACCEPTABLE PLOT PLAN SUBMITTED: X YES __ NO

FILE NO: ______ TOPOGRAPHIC SITE LOCATION MAP SUBMITTED: X YES __ NO

RECEIVED BY: Barbara Abate

SMALL WINERY USE PERMIT EXEMPTION NO.:_________

FINDINGS

ASSESSOR'S PARCEL NO. (S): 34-160-31

THIS APPLICATION DOES QUALIFY FOR A SMALL WINERY USE PERMIT EXEMPTION
does/~~does not~~

BY: Philip E. Grundall
Conservation, Development and Department

DATE: 12/30/85

☐ *Failure to activate this application within one year of the Planning Department determination shall invalidate this application and a new application will be required.*

cc: BUILDING INSPECTION DEPARTMENT

NAPA COUNTY
CONSERVATION, DEVELOPMENT AND PLANNING DEPARTMENT
1195 Third Street, Room 210
Napa, California 94559
(707) 253-4416

RECEIVED
DEC 26 1985
Napa County Conservation, Development & Planning Department

Combs Brothers
6075 Saint Helena Hwy.
Napa, Ca. 94558

Napa Planning Department
1195 Third St., Room 210
Philip Crundall
Senior Planner

December 23, 1985

Re: Small Winery
Application

Dear Mr. Crundall,

This letter is in response to our telephone conversation on December 12, 1985, concerning our application for a small winery permit.

As we discussed, due to a short sighted concern of my own, I inadvertently omitted two primary winery functions on our application.

I do want to assure the County that we will be in a position to both crush and ferment in our own winery when established.

Thank you for your understanding in this matter. If you should have any further questions, I may be reached at the number below.

Sincerely,

E. F. Combs
707 944-2012

File No.: ____________

NAPA COUNTY
CONSERVATION, DEVELOPMENT AND PLANNING DEPARTMENT
1195 Third Street, Room 210 . Napa, California 94559 . (707) 253-4416

APPLICATION FOR
SMALL WINERY USE PERMIT EXEMPTION
Please fill in all appropriate information
Items in ( ) are County Requirements for Use Permit Exemption

Proposed Winery Name: COMBS BROTHERS CELLARS Assessor's Parcel No.: 34-160-31-00

Applicant's Name: EUGENE F. COMBS Telephone No.: 707-944-2012 (MORNING)

Address: 6075A St. HELENA HWY NAPA CALIF 94558
No. Street City State Zip Code

Status of Applicant's Interest in Property: 1/3 OWNER

Property Owner's Name: J.D./G.B. & E.F. COMBS

Address: SAME AS APPLICANT Telephone No.: SAME AS APPLICANT
No. Street City State

FOR COUNTY USE ONLY: YES / NO

1. Operating Features: (Check the appropriate spaces)

✓ CRUSHING ✓ FERMENTATION X STORAGE/AGING X BOTTLING/PACKING

X SHIPPING VIA: ____; X ADMINISTRATIVE: (NO) TOURS/PUBLIC TASTING

____ OTHER: WINE COMES FROM OWNERS SUBJECT PARCEL. — YES ✓

GALLONS OF WINE TO BE PRODUCED: INITIAL OR CURRENT PRODUCTION 2000 GAL/YEAR (NOT TO EXCEED 20,000 GAL.) — YES ✓

ULTIMATE PRODUCTION CAPACITY 10000 GAL/YEAR — YES ✓

SEASONAL
HOURS OF OPERATION 9 A.M. TO 5 P.M. DAYS OF OPERATION FRI/SAT/SUN — YES ✓

NUMBER OF SHIFTS: N/A EMPLOYEES PER SHIFT: N/A FULL TIME N/A PART TIME N/A — YES ✓
(Currently) (Currently)

NUMBER OF SHIFTS: N/A TOTAL EMPLOYEES PER SHIFTS: N/A FULL TIME N/A PART TIME N/A — YES ✓
(Proposed) (Proposed)

NO. VISITORS ANTICIPATED: PER DAY 5 PER WEEK 15 to 20 — YES ✓

| | YES | |
|---|---|---|
| 2. Building Features: (Wood, stucco or rock facing required on any non-historic structures). | | |
| FLOOR AREA: EXISTING STRUCTURES 900 SQ. FT. NEW CONSTRUCTION ___ SQ. FT. | | |
| TYPE OF CONSTRUCTION: Wood and Metal | ✓ | |
| TYPE OF EXTERIOR WALL FACING: Metal | | |
| TYPE OF ROOF: Gable | ✓ | |
| MAX. HEIGHT (FT.): EXISTING STRUCTURES 18' PROPOSED STRUCTURES ___ (Height 35') | ✓ | |
| COMPLIANCE WITH THE U.S. SECRETARY OF INTERIOR'S "STANDARDS FOR REHABILITATION" AND ASSOCIATED "GUIDELINES FOR REHABILITATING HISTORIC STRUCTURES" NA X YES ___ NO ___ | ✓ | |
| EXISTING STRUCTURES OR IMPROVEMENTS TO BE REMOVED: None | ✓ | |
| TYPE OF SHIELDS TO BE INSTALLED ON EXTERIOR LIGHTS: None planned (one light only) | ✓ | |
| WIDTH OF FIRE CLEAR ZONE AROUND WINERY TO BE MAINTAINED: (Not less than 100 ft. is located with County designated high fire risk area). 100+ FT. | ✓ | |
| METHOD OF DOMESTIC WASTE DISPOSAL: Existing Septic TK/Leach System | ✓ | |
| METHOD OF INDUSTRIAL WASTE DISPOSAL: None Planned | | |
| 3. Site Characteristics: | | |
| PARCEL ACREAGE: (Not less than 4 AC.) 18.8 ACRES | ✓ | |
| ZONING DISTRICT INVOLVED: (AW, AP, and WR ONLY) AP | ✓ | |
| WINERY COMPLEX SETBACK FROM CENTERLINE OF NEAREST PUBLIC ROAD: (Not less than 400 ft. Silverado Trail and State Highways or 200 ft. other public roads). 1550 FT. | ✓ | |
| ROAD FRONTAGE SEPARATION BETWEEN PROPOSED WINERY: (Not less than 2,000 ft. with 1,000 ft. corridor). N/A FT. | ✓ | |
| DISTANCE BETWEEN PROPOSED WINERY & NEAREST OFF-SITE RESIDENCE: (Not less than 500 ft.) 500+ FT. | ✓ | |
| MINIMUM DISTANCE BETWEEN THE PROPOSED WINERY COMPLEX INCLUDING SEWAGE SYSTEM AND ACCESS ROAD AND THE TOP OF THE BANK OF THE ORDINARY HIGH WATER CHANNEL OF THE NEAREST RIVER OR STREAM NOT COVERED BY COUNTY FLOOD PLAIN MANAGEMENT ORDINANCE. (Not less than 50 ft.) 400 FT. | ✓ | |
| NAME OF NEAREST RIVER OR STREAM: No Name (Drainage Ditch to Napa River) — | ✓ | |

| | FOR COUNTY USE ONLY YES | NO |
|---|---|---|
| Access and Parking: | | |
| PUBLIC ROAD FOR ACCESS TO WINERY: SOLANO AVE | ✓ | |
| (Small wineries requiring access by means of the following roadways shall not be eligible for use permit exemption.<br>(1) State Highway Route 29 between Yountville and St. Helena (Lodi Lane) and all dead-end roads extending from that section of highway;<br>(2) State Highway 121 west of the City of Napa;<br>(3) American Canyon Road west of Flosden Road;<br>(4) Flosden Road). | | |
| PARKING SPACES: EXISTING SPACES: 10 to 15 | ✓ | |
| PROPOSED SPACES: NONE | ✓ | |
| 5. Building Site Requirements: | | |
| MONTH DURING WHICH WINERY CONSTRUCTION RELATED GROUND DISTURBING ACTIVITIES WILL OCCUR: (April through October ONLY unless catch basin installed). N/A (NO NEW CONST.) | ✓ | |
| NUMBER OF DEBRIS CATCH BASINS TO BE INSTALLED: N/A | ✓ | |
| TYPE OF EROSION CONTROL MEASURES INSTALLED TO DISCHARGE ALL CONCENTRATED RUN-OFF AT NON-EROSIVE VELOCITIES: N/A | ✓ | |
| TYPE OF GRASS MIXTURE TO BE USED IN AREAS DISTURBED BY WINERY CONSTRUCTION: N/A | ✓ | |
| DATE BY WHICH DISTURBED AREAS WILL BE RESEEDED: N/A | ✓ | |
| 6. Landscaping Requirements: | | |
| a. INDICATE ON THE PLOT PLAN THE NAMES AND LOCATIONS OF THE PLANT MATERIALS TO BE PLANTED TO SCREEN WINERY STRUCTURES, PARKING LOTS, AND OUTDOOR WORK AND STORAGE AREAS FROM VIEW FROM SURROUNDING PROPERTIES AND ROADWAYS. | | |
| b. PROPOSED METHOD OF LANDSCAPE MAINTENANCE: NONE PLANNED — Buildings already screened heavily by Cedar, walnut and fruit Trees — + VINEYARD. BUILDING SETBACK FROM PUBLIC HWY. 1500'. | ✓ | |

4

| | | NO | YES |
|---|---|---|---|
| **7. Environmental Considerations:** | | | |
| 1. DOES THE PROPOSED SMALL WINERY BUILDING OR RELATED FACILITIES LIE WITHIN AN "ENVIRONMENTALLY SENSITIVE AREA": | | | ✓ |
| No | a. A DESIGNATED FLOODWAY | | ✓ |
| ? | b. A RECOGNIZED ACTIVE EARTHQUAKE FAULT ZONE West Napa Fault based on geo survey by Cleary Consultants Oct 30, 1985 | | ✓ |
| No | c. AN AREA THREATENED BY LANDSLIDES | | ✓ |
| No | d. THE EXTENDED CLEAR ZONE OF A HELIPORT OR AIRPORT | | ✓ |
| No | e. AN ARCHAEOLOGICALLY SENSITIVE AREA | | ✓ |
| No | f. THE HABITAT AREA OF A RARE AND/OR ENDANGERED PLANT OR ANIMAL | | ✓ |
| 2. DOES THE PROPOSED SMALL WINERY LIE WITHIN: | | | |
| No | a. A HIGH FIRE RISK HAZARD AREA | | ✓ |
| No | b. A RECOGNIZED HISTORIC STRUCTURE | | ✓ |

I CERTIFY THAT THE ABOVE STATEMENTS ARE CORRECT AND THAT THE PLANS SUBMITTED ARE ACCURATE:

Eugene Combs
SIGNATURE OF APPLICANT

_______________
SIGNATURE OF PROPERTY OWNER
(if different from applicant)

Sept 19, 1985
DATE

_______________ 198_
DATE

FOR COUNTY USE ONLY

DATE FILED: Sept 19, 1985 ACCEPTABLE PLOT PLAN SUBMITTED: X YES ___ NO

FILE NO: _______________ TOPOGRAPHIC SITE LOCATION MAP SUBMITTED: X YES ___ NO

RECEIVED BY: Barbara Abate

SMALL WINERY USE PERMIT EXEMPTION NO.:__________

FINDINGS

ASSESSOR'S PARCEL NO. (S): 34-160-31

THIS APPLICATION DOES QUALIFY FOR A SMALL WINERY USE PERMIT EXEMPTION
does/~~does not~~

BY: Philip E. Grundall
Conservation, Development and
Department

DATE: 12/30/85

☐ *Failure to activate this application within one year of the Planning Department determination shall invalidate this application and a new application will be required.*

cc: BUILDING INSPECTION DEPARTMENT

NAPA COUNTY
CONSERVATION, DEVELOPMENT AND PLANNING DEPARTMENT
1195 Third Street, Room 210
Napa, California 94559
(707) 253-4416

# Planning

Cover Sheet

| | |
|---|---|
| APN | 035-390-008-000 |
| Permit # | |
| Program | USE |
| DocType | ASM |
| Street # | 3315 |
| Street Name | Dry Creek Rd. |
| Year | |

File No.: ____________

NAPA COUNTY
CONSERVATION, DEVELOPMENT AND PLANNING DEPARTMENT
1195 Third Street, Room 210 . Napa, California 94559 . (707) 253-4416

APPLICATION FOR
SMALL WINERY USE PERMIT EXEMPTION
Please fill in all appropriate information
Items in ( ) are County Requirements for Use Permit Exemption

Proposed Winery Name: V.-V- Vineyard Assessor's Parcel No.: 035-390-08-00

Applicant's Name: Andrew & Maria VERMES Telephone No.: 252-3563

Address: 3315 Dry Creek Rd Napa Ca 94558
No. Street City State Zip Code

Status of Applicant's Interest in Property: owners

Property Owner's Name: Andrew R. & Maria A. Vermes

Address: 3315 Dry Creek Rd Napa Ca Telephone No.: 252-3563
No. Street City State

| | FOR COUNTY USE ONLY YES | NO |
|---|---|---|
| I. Operating Features: (Check the appropriate spaces) | | |
| ✓ CRUSHING ✓ FERMENTATION ✓ STORAGE/AGING ✓ BOTTLING/PACKING | | |
| ✓ SHIPPING VIA: TRUCK; ✓ ADMINISTRATIVE: (NO) TOURS/PUBLIC TASTING | | |
| ___ OTHER: only by invitation | ✓ | |
| GALLONS OF WINE TO BE PRODUCED: INITIAL OR CURRENT PRODUCTION 2,300 GAL/YEAR (NOT TO EXCEED 20,000 GAL.) | ✓ | |
| ULTIMATE PRODUCTION CAPACITY 20,000 GAL/YEAR | ✓ | |
| HOURS OF OPERATION 8 A.M. TO 5 P.M. DAYS OF OPERATION 7 | ✓ | |
| NUMBER OF SHIFTS: O EMPLOYEES PER SHIFT: O FULL TIME O PART TIME O (Currently) (Currently) | ✓ | |
| NUMBER OF SHIFTS: 1 TOTAL EMPLOYEES PER SHIFTS: 1 FULL TIME 1 PART TIME ___ (Proposed) (Proposed) | ✓ | |
| NO. VISITORS ANTICIPATED: PER DAY 1 PER WEEK 7 | ✓ | |

| | FOR COUNTY USE ONLY YES | NO |
|---|---|---|
| 2. Building Features: (Wood, stucco or rock facing required on any non-historic structures). | | |
| FLOOR AREA: EXISTING STRUCTURES ~~410~~ 23,418' WINERY PORTION OF HOUSE SQ. FT. NEW CONSTRUCTION NONE SQ. FT. | | |
| TYPE OF CONSTRUCTION: meditarranean (tile & stucco) | ✓ | |
| TYPE OF EXTERIOR WALL FACING: stucco | ✓ | |
| TYPE OF ROOF: tile | ✓ | |
| MAX. HEIGHT (FT.): EXISTING STRUCTURES 20' cellar PROPOSED STRUCTURES N/A (Height 35') | ✓ | |
| COMPLIANCE WITH THE U.S. SECRETARY OF INTERIOR'S "STANDARDS FOR REHABILITATION" AND ASSOCIATED "GUIDELINES FOR REHABILITATING HISTORIC STRUCTURES" NA ✓ YES ___ NO ___ | ✓ | |
| EXISTING STRUCTURES OR IMPROVEMENTS TO BE REMOVED: NONE | ✓ | |
| TYPE OF SHIELDS TO BE INSTALLED ON EXTERIOR LIGHTS: DOWNWARD FACING | ✓ | |
| WIDTH OF FIRE CLEAR ZONE AROUND WINERY TO BE MAINTAINED: (Not less than 100 ft. is located with County designated high fire risk area). 100 FT. | ✓ | |
| METHOD OF DOMESTIC WASTE DISPOSAL: septic | ✓ | |
| METHOD OF INDUSTRIAL WASTE DISPOSAL: same | ✓ | |
| 3. Site Characteristics: | | |
| PARCEL ACREAGE: (Not less than 4 AC.) 8.5 ACRES | ✓ | |
| ZONING DISTRICT INVOLVED: (AW, AND AP ONLY) AW | ✓ | |
| WINERY COMPLEX SETBACK FROM CENTERLINE OF NEAREST PUBLIC ROAD: (Not less than 400 ft. Silverado Trail and State Highways for new structures; 200 ft. in all other cases). 1,300 FT. | ✓ | |
| ROAD FRONTAGE SEPARATION BETWEEN PROPOSED WINERY: (1500') (Not less than 2,000 ft. with 1,000 ft. corridor). N/A FT. | ✓ | |
| DISTANCE BETWEEN PROPOSED WINERY & NEAREST OFF-SITE RESIDENCE: (Not less than 500 ft. unless a waiver is granted by property owner). 1200 FT. | ✓ | |
| MINIMUM DISTANCE BETWEEN THE PROPOSED WINERY COMPLEX INCLUDING SEWAGE SYSTEM AND ACCESS ROAD AND THE TOP OF THE BANK OF THE ORDINARY HIGH WATER CHANNEL OF THE NEAREST RIVER OR STREAM NOT COVERED BY COUNTY FLOOD PLAIN MANAGEMENT ORDINANCE. (Not less than 50 ft.) 500 FT. | ✓ | |
| NAME OF NEAREST RIVER OR STREAM: ~~Dry Creek~~ UNNAMED | ✓ | |

FOR COUNTY USE ONLY

| | YES | NO |
|---|---|---|

4. Access and Parking:

PUBLIC ROAD FOR ACCESS TO WINERY: Dry Creek Rd — YES ✓

(Small wineries requiring access by means of the following roadways shall not be eligible for use permit exemption.

(1) State Highway Route 29 between Yountville and St. Helena (Lodi Lane) and all dead-end roads extending from that section of highway;

(2) State Highway 121 west of the City of Napa;

(3) American Canyon Road west of Flosden Road;

(4) Flosden Road).

PARKING SPACES: EXISTING SPACES: 10 — YES ✓

PROPOSED SPACES: same — YES ✓

5. Building Site Requirements:

MONTH DURING WHICH WINERY CONSTRUCTION RELATED GROUND DISTURBING ACTIVITIES WILL OCCUR: (April through October ONLY unless catch basin installed). N/A — YES ✓

NUMBER OF DEBRIS CATCH BASINS TO BE INSTALLED: N/A — YES ✓

TYPE OF EROSION CONTROL MEASURES INSTALLED TO DISCHARGE ALL CONCENTRATED RUN-OFF AT NON-EROSIVE VELOCITIES: N/A — YES ✓

TYPE OF GRASS MIXTURE TO BE USED IN AREAS DISTURBED BY WINERY CONSTRUCTION: N/A — YES ✓

DATE BY WHICH DISTURBED AREAS WILL BE RESEEDED: N/A — YES ✓

6. Landscaping Requirements:

a. INDICATE ON THE PLOT PLAN THE NAMES AND LOCATIONS OF THE PLANT MATERIALS TO BE PLANTED TO SCREEN WINERY STRUCTURES, PARKING LOTS, AND OUTDOOR WORK AND STORAGE AREAS FROM VIEW FROM SURROUNDING PROPERTIES AND ROADWAYS. (EXISTING VINEYARD)

b. PROPOSED METHOD OF LANDSCAPE MAINTENANCE: OWNER MAINTAINED — YES ✓

| | NAPA COUNTY USE ONLY YES | NO |
|---|---|---|
| **7. Environmental Considerations:** | | |
| 1. DOES THE PROPOSED SMALL WINERY BUILDING OR RELATED FACILITIES LIE WITHIN AN "ENVIRONMENTALLY SENSITIVE AREA": | | X |
| no a. A DESIGNATED FLOODWAY | | X |
| no b. A RECOGNIZED ACTIVE EARTHQUAKE FAULT ZONE | | X |
| no c. AN AREA THREATENED BY LANDSLIDES | | X |
| no d. THE EXTENDED CLEAR ZONE OF A HELIPORT OR AIRPORT | | X |
| no e. AN ARCHAEOLOGICALLY SENSITIVE AREA | | X |
| no f. THE HABITAT AREA OF A RARE AND/OR ENDANGERED PLANT OR ANIMAL | | X |
| 2. DOES THE PROPOSED SMALL WINERY LIE WITHIN: | | |
| no a. A HIGH FIRE RISK HAZARD AREA | X | |
| no b. A RECOGNIZED HISTORIC STRUCTURE | | X |

I CERTIFY THAT THE ABOVE STATEMENTS ARE CORRECT AND THAT THE PLANS SUBMITTED ARE ACCURATE:

Andrew R. Vernes
Maria Vernes
SIGNATURE OF APPLICANT

Andrew R. Vernes
Maria Vernes
SIGNATURE OF PROPERTY OWNER
(if different from applicant)

June 18 1987
DATE

June 18 1987
DATE

FOR COUNTY USE ONLY

DATE FILED: 7/24/87 ACCEPTABLE PLOT PLAN (from building file) SUBMITTED: ok YES ___ NO

FILE NO: ________ TOPOGRAPHIC SITE LOCATION MAP SUBMITTED: ok YES ___ NO

RECEIVED BY: Robert Nelson 7-1-87 receipt # 82094

SMALL WINERY USE PERMIT EXEMPTION NO.:__________

FINDINGS

ASSESSOR'S PARCEL NO. (S): 35-390-08

THIS APPLICATION DOES (does/does not) QUALIFY FOR A SMALL WINERY USE PERMIT EXEMPTION

BY: Philip E. Crandall
Conservation, Development and Department

DATE: 9/22/87

☐ *Failure to activate this application within one year of the Planning Department determination shall invalidate this application and a new application will be required.*

cc: BUILDING INSPECTION DEPARTMENT
ENVIRONMENTAL HEALTH
ASSESSOR

NAPA COUNTY
CONSERVATION, DEVELOPMENT AND PLANNING DEPARTMENT
1195 Third Street, Room 210
Napa, California 94559
(707) 253-4416



Dry
Creek
Reservoir
Gaging Station
Res
Reservoir
Oak Knoll
ST HELENA
SOUTHERN
Dry
Trailer Park
ORCHARD AVE
DRY CREEK
Pickle Canyon
MT VEEDER RD
Redwood Canyon
REDWOOD
Redwood
ROAD
N A P
PARTRICK ROAD
Browns Valley
Browns
BM 100
BM 180
BM 107
4246000m N.
4245
4243
4242
4241
20′
1560 IV SW (SONOMA)
1045
835
758
339
292
239
1008
381
837
567
360
243
168


RECEIVED
JUL 1 1 1983
DIVISION OF ENVIRONMENTAL HEALTH
LEGAL LOT YES ✓ NO
ZONE AW
MINIMUM PROPERTY LINE SETBACKS:
FRONT 20'
SIDE 20'
REAR 20'
MINIMUM STREET CENTERLINE SETBACK:
50'
BLDG. CE PLANNING
7/11/83
4 Bedrm. Dwelg./gar. Cellar
to be winery
1" = 200'
DRY CREEK
50'
ORCHARD AVE.
50'
60'
634.44'
519.0'
598.12'
20' SETBACK
PROP. 2-200' LEACH LINES @ 10'-0" C-C MIN.
PROP SEPT. TANK SOLID SEWER
EXIST WELL SITE
971.76'
EXIST. 10' GRAVEL ACCESS RD.
1442.66'
20' SETBACK
PROP. AC DRIVE & PAVING
PROP. RESIDENCE & winery
PLANS APPROVED
Dept of Public Health
Co. of Napa
8-18-83
PLOT PLAN
A.P.N. 35-39-08
MR. & MRS. ANDY VERMES
7898 WIDE RIDGE DR.
FAIR OAKS, CALIF. 95628
DRN: MAGUINTE
SCALE: 1"=20'-0"
DATE: JUNE 27, 1983
JOB: VERMES RESID.
GILBERT LABRIE, AIA
WALNUT GROVE, CA.
PH: (916) 776-1161
SHEET 1 OF 1