# Exhibit 16

**Case Nos. 25-2715 & 25-3903 [Consolidated]**

**IN THE UNITED STATES COURT OF APPEAL**
**FOR THE NINTH CIRCUIT**

---

HOOPES VINEYARD, LLC, SUMMIT LAKE VINEYARDS & WINERY LLC, COOK'S FLAT ASSOCIATES a California limited partnership,

*Plaintiffs-Appellants,*

v.

COUNTY OF NAPA,

*Defendant-Appellee.*

---

On Appeal from the United States District Court
for the Northern District of California
No. 3:24-cv-06256-CRB
Hon. Charles R. Breyer

---

# APPELLEE'S ANSWERING BRIEF

---

SHERYL L. BRATTON
JASON M. DOOLEY
Napa County Counsel's Office
1195 Third Street, Suite 301
Napa, CA 94559
Tel: (707) 253-4521

ARTHUR A. HARTINGER
RYAN P. MCGINLEY-STEMPEL
JAKE FREITAS
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230

*Counsel for Defendant-Appellee County of Napa*

continue operating without further approval, but only as to their previously authorized, legally established uses. 3-ER-456–70, § 10, 13; NCC §§ 18.16.020(G)–(I), 18.20.020(H)–(J). Under the Code, a "small winery" has a maximum production capacity of 20,000 gallons per year and "does not conduct public tours, provide wine tastings, sell wine-related items or hold social events of a public nature." NCC § 18.08.600; *see also* 3-ER-442–450, Ord. No. 629, §§ 1–2 (1980). To continue their operations after the WDO, small wineries must operate "in conformance with the applicable certificate of exemption" for that winery. NCC §§ 18.16.020(H), 18.20.020(H). Public tours, wine tastings, sale of items that are not agricultural products grown, raised, or produced on the premises, and public events are all prohibited uses for small wineries operating solely with a certificate of exemption, although they are allowable with a use permit. *See id.* §§ 18.16.020–030, 18.20.020–030, 18.08.370.

## II. PLAINTIFFS' AUTHORIZING LAND USE DOCUMENTS AND ASSOCIATED ENTITLEMENTS

### A. Hoopes Vineyard LLC

Hoopes is located in the AP District and operates a winery pursuant to a SWE obtained in 1984 by its predecessor in interest and