# Exhibit 18

A Tradition of Stewardship
A Commitment to Service

Planning, Building & Environmental Services

1195 Third Street, Suite 210
Napa, CA 94559
www.countyofnapa.org

David Morrison
Director

| DATE: |
|---|
| September 19, 2016 |

# NOTICE OF VIOLATION

## IMPORTANT ENFORCEMENT INFORMATION

This letter is a courtesy notice to advise you that multiple code violations exist on the property identified below. Our department encourages voluntary compliance and you are being given the opportunity to correct the violation identified in this notice before further enforcement action is taken.

| NAME OF PERSON/ENTITY | ADDRESS OF VIOLATION: | MAILING ADDRESS: |
|---|---|---|
| John Alex & Laura Joyce Bremer TTEE<br>Bremer Family 1995 Living Trust<br>Dba Bremer Family Winery<br><br>American Ag Credit, FLCA | 975 Deer Park Road<br>St. Helena, CA<br><br>APN#s 021-400-002 & 021-400-005 | 975 Deer Park Rd<br>St. Helena, CA. 94574<br><br>42429 Winchester Rd<br>Temecula, CA 92590 |

| CODE SECTION(S) VIOLATED: | VIOLATION DESCRIPTION: |
|---|---|
| 2013 California Building Code Section 105.1 - Permits Required and 111 – Certificate of Occupancy | The following items were constructed or installed without building permits:<br>APN: 021-400-002<br>• Outdoor plumbing to a sink.<br>• Alteration of residential structure for winery-related improvements or uses without proper building permit.<br>• Occupancy and use of the cave for wine storage has changed and used for events and tastings. Cave is permitted as a type II and requires a building permit to change occupancy.<br>APN: 021-400-005<br>• Construction of rock walls in excess of four feet in height.<br>• Construction/installation of three (3) 10,000 gallon water tanks |
| Napa County Code Section 18.104.240 Wineries - Use Permit and Modifications | The following uses and expansion of the winery development area, inconsistent with Use Permit U-697879, include:<br>APN: 021-400-002<br>• Expansion of winery uses in the main residence for additional offices, and accessory uses such as tastings of wine.<br>• Use of Wine Storage cave for events and tastings.<br>• Increase of winery parking beyond the number of approved spaces. |

| | |
|---|---|
| | • Visitation over the allowed number and days per week- per use permit U-697879.<br><br>• Visitation on Saturdays and Sundays is not permissible and outside of the allowed days per week. Per U-697879: the Hours of Operation are 8:00am to 5:00pm Monday thru Friday.<br>• Marketing events and food service. |
| Napa County Code Section 18.20.010-040, AW Zoning District, Winery Definition Ordinance (WDO), and Napa County General Plan | APN: 021-400-002<br>• Rental of the winery for events.<br>• Use of tractor storage shed and grounds with bocce ball court, and pizza oven, for events and wine tastings. |
| California Health and Safety Code Section 25189.5 and Napa County Code Section 16.28.110 | APN: 021-400-005<br>• Improper storage of hazardous materials, e.g. fuel and mechanical fluids stored and/or leaking onto the ground. On September 14, 2016, you indicated that this item would be promptly remedied. If not, this constitutes an ongoing violation. |
| Napa County Code Section 18.108.070(B) – No otherwise permitted earthmoving activity, grading, improvement shall commence on slopes over five percent until an erosion control plan which complies with the requirements of Section 18.108.080 has been submitted to and approved by the director or designee. | APN: 021-400-005<br>• Ongoing grading and installation of subsurface drainage and related infrastructure within Block N without first receiving County Erosion Control Plan Application review and approval. This activity represents continued and further deviation from the specification contained in previously approved erosion control plan application P11-00317-ECPA. |

**CORRECTION(S) REQUIRED AND DEADLINE TO CORRECT:**

1. Submit a *complete* winery Use Permit Modification application within 30 days of the receipt of this letter or inform this office, upon receipt of this letter, of your willingness to immediately cease all activities not recognized as allowed in UP U-697879 et. seq. The activities to be ceased include but are not limited to: all visitation not allowed per the Use Permit and all marketing events, in any areas and structures not approved for these purposes.

2. Cease all event activities inside the cave, to include: food service, rental of the property for weddings/parties/lunches/dinners.

3. Vacate the following structures/areas not allowed per the WDO and/or approved for winery use by the use permit or subsequent use permit modifications and have not received a Certificate of Occupancy from the Building Official for winery accessory uses such as wine tastings, wine and food events, wine marketing, and retail sales of wine:
   a. use of the upper floor of the residence
   b. outdoor pizza oven area
   c. bocce ball area

4. If a Use Permit Modification is approved for the winery parcel, please submit a complete building permit application

for the above mentioned winery building code violations, within 30 days of the date of the modification approval. When the plans are ready to submit to the Building Division please make an appointment with the Code Enforcement Division so that we may assist you with the application process.

5. Please submit a complete building permit application for the above mentioned non-winery building code violations within 30 days of the receipt of this letter.

6. Grading and vineyard development must cease until the current ECPA modification (P16-00271) has been approved. Vineyard related activity shall be limited to winterization activities necessary to properly protect the site from erosion and as required by approved erosion control plan P11-00317-ECPA.

7. Immediately cease or obtain proper permits to store hazardous materials if such storage is continuing. If materials are stored outside they must be kept in such a manner so as to prevent contact with areas of potential or actual stormwater runoff. Contact Doug Calhoun at (707) 253.4839, with the Environmental Health Division to ensure the storage of all hazardous materials meets State and County code requirements.

8. Within 30 days of the date of this letter, please submit wine production records in the format of copies of the Tax and Trade Bureau forms (TTB) beginning January 2009 through December 2015 for Bremer Family wines and Bob Bolan wines.

9. Please call this office within ten days of your receipt of this notice to arrange a life safety inspection of the winery property.

| NAME OF CODE ENFORCEMENT OFFICERS: | DEPT. PHONE NUMBER: |
|---|---|
| Linda St. Claire *PS AMENDED HEADER 9/19/19* | (707) 299-1348 |
| **District Supervisor:** | |
| Diane Dillon | Supervisor District 3 |

**YOU FACE THE ENFORCEMENT MEASURES BELOW UNLESS YOU PROMPTLY CORRECT THE ABOVE-DESCRIBED CODE VIOLATION(S)**

**Unless you come into compliance with the County Code and correct the violations described above by the date specified above, one or more of the following code enforcement measures will be implemented by the County:**

1. **Issuance of a Citation pursuant to Napa County Code Chapter 1.28.**
Under Chapter 1.28 of the Napa County Code, Code Enforcement staff may issue a Citation. The issuance of a Citation for a violation of the Code shall, unless the violation is corrected prior to the deadline stated in the Citation, result in the imposition of administrative penalties. Such penalties may vary with the type of violation, but currently the lowest penalties that may be levied are as follows:

- $100 for the first violation
- $200 for the second violation of the same Code provision within 1 year
- $500 for the third violation and for each additional violation of the same Code provision within 1 year.

a) For violations that pertain to real property, the Citation will be recorded with the Napa County Recorder's office and constitute a lien on the property if you fail to correct the violation by the deadline stated in the Citation.
b) You will be given an opportunity to request a hearing before a hearing officer to contest the Citation and/or to contest the administrative penalties or recordation of the Citation.
c) If you fail to pay an administrative penalty and/or fail to correct the Code violation after a Citation is issued, the matter will then be referred to County Counsel or the District Attorney for further enforcement through civil litigation proceedings and a lien for the amount of unpaid penalties will be recorded on the property and may be subject to foreclosure proceedings to enforce the lien.

**2. Issuance of Notice of Nuisance pursuant to Napa County Code Chapter 1.20**

a) Alternatively, the Enforcement Officer may issue a Notice of Nuisance pursuant to Napa County Code Section 1.20.040, which will be copied to all lienholders of record of the property.
b) This Notice will include an order to abate the nuisance by a specified, reasonable time.
c) If the violation is not corrected by the stated deadline, an abatement hearing may be held before the Napa County Board of Supervisors.
d) The Board may, if it finds a nuisance exists, order the violator to pay all administrative costs incurred in the course of abatement proceedings and investigation.
e) Recordation of the notice of nuisance and imposition of administrative penalties under Chapter 1.28 may also occur.
f) Depending on the nature of the violation and whether it poses a threat to health and safety, County Code Enforcement may choose to engage in summary (immediate) abatement steps to eliminate the nuisance without an administrative hearing before the Board of Supervisors.

**3. Issuance, if applicable, of a Notice of Violation and Order to Repair or Abate Substandard Housing Conditions pursuant to Health and Safety Code Sections 17980 and 17980.6.**

a) The Notice of Violation as to substandard housing conditions will include an order to remedy the violation(s) within a reasonable period of time.
b) Administrative penalties under Chapter 1.28 may also be imposed if the conditions are not corrected by the deadline stated in the Notice.
c) If the violations are not corrected by the deadline, the Notice of Violation will be recorded with the Napa County Recorder's office and constitute a lien on the property.
d) Failure to correct substandard housing conditions may also result in appointment of a receiver for the property affected by the violation.

**4. Referral to County Counsel or the District Attorney for Filing of Enforcement Proceedings in Court.**

Depending on the circumstances and severity of the violation, direct referral of a violation to County Counsel or to the District Attorney for filing of enforcement proceedings may occur at the outset, without the issuance of a Citation or the other Notices described above. Pursuant to Napa County Code Section 1.20.155, in the course of such litigation, the County may seek civil penalties up to $1,000.00 for each day that the violation continues to exist.

A Tradition of Stewardship
A Commitment to Service

**Form 1 – Information Sheet**
**Planning, Building & Environmental Services**

1195 Third Street, Suite 210
Napa, CA 94559
www.countyofnapa.org

**Brian Bordona**
Interim Director

**INFORMATION AND NOTICE**
**REGARDING APPARENT CODE VIOLATION**

June 15, 2023

Robert J. Brakesman TR, ETAL
2000 Summit Lake Dr.
Angwin, CA 94508

**Via Certified and Regular Mail**

**LOCATION: 2000 Summit Lake Dr, Angwin, CA; APN [018-200-021] CE23-00130**

Dear Property Owner(s):

The Napa County Department of Planning, Building, & Environmental Services received information and/or observed that Building code violation(s) exists or has occurred at the above-referenced property to include ceiling frame repair and hallway bathroom remodeling without the benefits of a building permit.

County Staff conducted a site visit on June 09, 2023, during which building violations that require immediate attention were observed. Please refer to the attached notice and informational sheet that describes in more detail the reported or apparent Code violation(s) and the references to the provisions that appear to have been violated. Also included with the Apparent Notice of Violation is the Code Compliance Building Violation Correction Checklist. Please review the document and remember to bring the document with you to every meeting.

Please contact us within ten (10) calendar days of the date of this Notice (by June 26, 2023) to acknowledge receipt of this notice. We look forward to discussing this situation with you and resolving the apparent violation promptly. You may reach me at (707) 259-8194 or at Anthony.Encinas@CountyofNapa.org

Sincerely,

Anthony Encinas
Code Compliance Officer
Planning, Building & Environmental Services

cc: Anne Cottrell-D3

06/15/2023

# REPORTED OR APPARENT CODE VIOLATION

## IMPORTANT ENFORCEMENT INFORMATION

This letter is a courtesy notice to advise you that a code violation exists on the property identified below. The altering and ceiling frame repair to the hallway bathroom without the proper building permits. The violations above violate section R-105 of the California Residential Code (CRC). Our department encourages voluntary compliance, and you are being given the opportunity to correct the violation identified in this notice before further enforcement action is taken.

| NAME OF PERSON/ENTITY | ADDRESS OF VIOLATION: | MAILING ADDRESS: |
|---|---|---|
| Robert J. Brakesman TR, ETAL. | 2000 Summit Lake Drive<br>Angwin, CA 94508 | 2000 Summit Lake Drive<br>Angwin, CA 94508 |

| CODE SECTION(S) VIOLATED: | VIOLATION DESCRIPTION: |
|---|---|
| 2022 California Residential Code (CRC) Section R105 Permits Required | The Altering of the hallway bathroom which involved ceiling frame repair, exterior wall insulation, drywall and bathroom fixtures. |

**CORRECTION(S) REQUIRED AND DEADLINE TO CORRECT:**

Permit all items listed above.

- Submit a complete building permit application within 30 days of the date of this Notice (by Thursday, July 17, 2023). Please call and make an appointment with me so I may review your plans for completeness, provide and assist you in the application process and with any questions you may have.
- Please note that the plans will need to comply with the 2022 California Residential Code.
- Obtain a Permit Final from all divisions within 60 days from the date of issuance or your permit may expire.

- Please keep me informed of your progress and if you have any questions, please do not hesitate to contact me. You may reach me at (707) 259-8194; Anthony.Encinas@countyofnapa.org

| NAME OF CODE ENFORCEMENT OFFICER: | DEPT. PHONE NUMBER & EMAIL CONTACT: |
|---|---|
| Anthony Encinas | (707) 259-8194; Anthony.Encinas@countyofnapa.org. |
| **District Supervisor:** | |
| Anne Cottrell- D3 | District #3 |

**YOU FACE THE MEASURES ON THE BACK OF THIS NOTICE UNLESS YOU PROMPTLY CONTACT AND WORK WITH COUNTY STAFF TO ADDRESS THE ABOVE DESCRIBED REPORTED OR APPARENT CODE VIOLATION(S)**

**Unless you promptly contact County staff and work with staff to address the above-described reported and/or apparent Code violations by the date specified above, one or more of the following code compliance measures will be implemented by the County:**

**1. Issuance of a Citation pursuant to Napa County Code Chapter 1.28.**

Under Chapter 1.28 of the Napa County Code, Code Enforcement staff may issue a Citation. The issuance of a Citation for a violation of the Code shall, unless the violation is corrected prior to the deadline stated in the Citation, result in the imposition of administrative penalties. Such penalties may vary with the type of violation, but currently the lowest penalties that may be levied are as follows:

- $100 for the first violation
- $200 for the second violation of the same Code provision within 1 year
- $500 for the third violation and for each additional violation of the same Code provision within 1 year.

- For violations that pertain to real property, the Citation will be recorded with the Napa County Recorder's office and constitute a lien on the property if you fail to correct the violation by the deadline stated in the Citation.
- You will be given an opportunity to request a hearing before a hearing officer to contest the Citation and/or to contest the administrative penalties or recordation of the Citation.
- If you fail to pay an administrative penalty and/or fail to correct the Code violation after a Citation is issued, the matter will then be referred to County Counsel or the District Attorney for further enforcement through civil litigation proceedings.

**2. Issuance of Notice of Nuisance pursuant to Napa County Code Chapter 1.20**

a. Alternatively, the Enforcement Officer shall (unless circumstances dictate otherwise) issue a Notice of Nuisance pursuant to Napa County Code Section 1.20.040, which will be copied to all lienholders of record of the property.
b. This Notice will include an Order to abate the nuisance by a specified, reasonable time.
c. If the violation is not corrected by the stated deadline, an abatement hearing may be held before the Napa County Board of Supervisors.
d. The Board may, if it finds a nuisance exists, order the violator to pay all administrative costs incurred in the course of abatement proceedings and investigation.
e. Recordation of the notice of nuisance and imposition of administrative penalties under Chapter 1.28 may also occur.
f. Depending on the nature of the violation and whether it poses a threat to health and safety, County Code Enforcement may choose to engage in summary (immediate) abatement steps to eliminate the nuisance without an administrative hearing before the Board of Supervisors.

**3. Issuance, if applicable, of a Notice of Violation and Order to Repair or Abate Substandard Housing Conditions pursuant to Health and Safety Code Sections 17980 and 17980.6.**

a. The Notice of Violation as to substandard housing conditions will include an order to remedy the violation(s) within a reasonable period of time.
b. Administrative penalties under Chapter 1.28 may also be imposed if the conditions are not corrected by the deadline stated in the Notice.
c. If the violations are not corrected by the deadline, the Notice of Violation will be recorded with the Napa County Recorder's office and constitute a lien on the property.
d. Failure to correct substandard housing conditions may also result in appointment of a receiver for the property affected by the violation.

### 4. Referral to County Counsel or the District Attorney for Filing of Enforcement Proceedings in Court

Depending on the circumstances and severity of the violation, direct referral of a violation to County Counsel or to the District Attorney for filing of enforcement proceedings may occur at the outset, without the issuance of a Citation or the other Notices described below. Pursuant to Napa County Code Section 1.20.155, in the course of such litigation, the County may seek civil penalties up to $1,000.00 for each day that the violation continues to exist.

The County's remedies and procedural steps for enforcement of the County Code and other statutes and regulations enforced by the County, as described herein, are cumulative, alternative, and subject to the County's discretion depending on the circumstances presented. The County, in enforcing the County Code and other statutes and regulations, has prosecutorial discretion to select -- based on the particular circumstances -- the appropriate enforcement measures to be taken, as permitted by the County Code and other laws.

Updated 10/20/22