Joseph M. Infante (pro hac admission)
infante@millercanfield.com
Stephen M. Ragatzki (pro hac admission)
ragatzki@millercanfield.com
**MILLER, CANFIELD, PADDOCK AND STONE, PLC**
99 Monroe Avenue NW, Suite 1200
Grand Rapids, MI 49503
Tel: (616) 776-6333 / Fax: (616) 776-6322

Eugene M. Pak (Bar No. 168699)
epak@fennemorelaw.com
Angela Han (Bar No. 317137)
ahan@fennemorelaw.com
**FENNEMORE LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Tel: (510) 834-6600 / Fax: (510) 834-1928
Attorneys for Plaintiffs Hoopes Vineyard LLC, Summit Lake Vineyard, and Cook's Flat Associates a California Limited Partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HOOPES VINEYARD LLC, a California limited liability company; SUMMIT LAKE VINEYARDS & WINERY LLC, a California limited liability company; and COOK'S FLAT ASSOCIATES A CALIFORNIA LIMITED PARTNERSHIP, a California limited partnership,

Plaintiffs,

v.

COUNTY OF NAPA,

Defendant.

Case No. 3:24-cv-6256-CRB

**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION TO PLAINTIFFS SMITH-MADRONE AND SUMMIT LAKE REGARDING TASTINGS**

Action Filed: September 5, 2024

Plaintiffs Cook's Flat Associates ("Smith-Madrone") and Summit Lake Vineyards & Winery, LLC moved under Federal Rule of Civil Procedure 65 for a preliminary injunction regarding their ability to conduct wine tastings at their respective properties. Upon consideration of Plaintiffs' motion, and Defendant County of Napa's response, the Court **GRANTS** Plaintiffs'

motion and hereby enjoins Defendant County of Napa under Federal Rule of Civil Procedure 65 as follows.

As to Plaintiff Smith-Madrone, Napa is preliminarily enjoined from prohibiting private, by-appointment tastings authorized by Smith-Madrone's permit or imposing a visitor cap not stated in that permit.

As to Plaintiff Summit Lake, Napa is preliminarily enjoined from prohibiting private, scheduled appointment tastings or enforcing the "2" visitors anticipated per week as a maximum visitor cap.

As to both Smith-Madrone and Summit Lake, Napa is preliminarily enjoined from prohibiting an otherwise lawful tasting or sale solely because Smith-Madrone or Summit Lake truthfully advertised, invited, or solicited a customer to schedule the visit.

Except as otherwise stated, nothing in this preliminary injunction prevents Napa from enforcing neutral and generally applicable health, safety, fire, parking, or noise requirements.

Good cause appearing, the Court waives the security requirement of Federal Rule of Civil Procedure 65(c).

This preliminary injunction shall continue until further order of the Court.

**IT IS SO ORDERED**.

Dated: ____________, 2026

By: ______________________________________
Honorable Charles R. Breyer
United States District Court Judge

51802893.1/162870.00001